**United States Bankruptcy Court**
**For the District of Colorado**

| | | |
|---|---|---|
| In re: | ) | |
| Shilo Dion Sanders | ) | Bankruptcy Case No. 23-14859-MER |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**NOTICE OF DEFICIENCY**

The following missing documents are required for your case and are due **Monday, November 6, 2023:**

• Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 10/24/2023         Kenneth S. Gardner, Clerk
                         U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
          Call: 720-904-7300
          Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.