United States Bankruptcy Court
District of Colorado

In re:  Case No. 23-14859-MER
Shilo Dion Sanders  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2
Date Rcvd: Oct 24, 2023      Form ID: 769      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shilo Dion Sanders, PO Box 1864, Longmont, CO 80502-1864 |
| 19483410 | + | AT-T Wireless c/o Bankruptcy, 4331 Communications Dr., Fl. 4W, Dallas, TX 75211-1300 |
| 19483414 | + | John Darjean, c/o Ori Raphael, Mathias Raphael, PLLC, 13101 Preston Rd., STE 501, Dallas, TX 75240-5231 |
| 19483419 | | State of Colorado, Division of Securities, 1560 Broadway, Suite 900, Denver, CO 80202-5150 |
| 19483420 | + | Utica Mutual, c/o Robert Turner, The Silvera Firm, 17070 Dallas Pkwy., STE 100, Dallas, TX 75248-1906 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: klr@kutnerlaw.com | Oct 25 2023 00:33:00 | Keri L. Riley, Kutner Brinen Dickey Riley, P.C., 1660 Lincoln Street, Suite 1720, Denver, CO 80264 |
| tr | + | EDI: BDVWADSWORTH.COM | Oct 25 2023 04:24:00 | David V. Wadsworth, Trustee, 2580 West Main Street, Suite 200, Littleton, CO 80120-4631 |
| 19483411 | + | EDI: CODEPREV.COM | Oct 25 2023 04:24:00 | Colorado Department of Revenue, 1881 Pierce Street, Attn Bankruptcy Dept., RM 104, Lakewood, CO 80214-1407 |
| 19483413 | | EDI: IRS.COM | Oct 25 2023 04:24:00 | Internal Revenue Service, Insolvency Unit, 1999 Broadway, MS 5012 DEN, Denver, CO 80202-3025 |
| 19483415 | + | EDI: MERCEDES | Oct 25 2023 04:24:00 | Mercedes - Benz Financial Services, P.O. Box 685, Roanoke, TX 76262-0685 |
| 19483416 | ^ | MEBN | Oct 25 2023 00:22:35 | Office of the Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Suite 4400, Washington, DC 20530-0001 |
| 19483417 | + | Email/Text: bankruptcy@coag.gov | Oct 25 2023 00:33:00 | Office of the Attorney General, State of Colorado, 1300 Broadway, Denver, CO 80203-2104 |
| 19483418 | + | Email/Text: USACO.ECFBankruptcy@usdoj.gov | Oct 25 2023 00:33:00 | Office of the US Attorney, District of Colorado, 1225 Seventeenth Street, Suite 700, Denver, CO 80202-5598 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19483421 | | Visa Credit Card |
| 19483412 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 24, 2023 | Form ID: 769 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David V. Wadsworth, Trustee | dwadsworth@wgwc-law.com  CO30@ecfcbis.com |
| Keri L. Riley | on behalf of Debtor Shilo Dion Sanders klr@kutnerlaw.com  vlm@kutnerlaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Shilo Dion Sanders<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2504 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | District of Colorado | Date case filed for chapter: | 7  10/23/23 |
| Case number: | 23–14859–MER | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shilo Dion Sanders | |
| 2. | **All other names used in the last 8 years** | ods Big 21, LLC, ods SS21, LLC | |
| 3. | **Address** | PO Box 1864<br>Longmont, CO 80502 | |
| 4. | **Debtor's attorney**<br>Name and address | Keri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264 | Contact phone 303–832–2400<br>Email klr@kutnerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David V. Wadsworth, Trustee<br>2580 West Main Street, Suite 200<br>Littleton, CO 80120 | Contact phone 303–296–1999<br>Email dwadsworth@wgwc–law.com |
| | | The person designated as Bankruptcy Trustee has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection. | |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#769**    page 1
b309a_7cna

Debtor **Shilo Dion Sanders**                                                                                          Case number **23–14859–MER**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone 720–904–7300<br><br>Date: 10/24/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 30, 2023** at **09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 720–853–3165, Enter Meeting ID 527 781 3835, Passcode 4106111032**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  1/29/24** |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page **2**