UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                                                                                                 Bankr. Case No. 23-14859

Shilo Dion Sanders                                                                               Chapter 7

     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Mercedes-Benz Financial Services USA LLC
                c/o BK Servicing, LLC
                PO Box 131265
                Roseville, MN  55113-0011

                        BK Servicing, LLC

                      By /s/ Ed Gezel
                      _____

                      Ed Gezel, Agent
                      BK Servicing, LLC
                      PO Box 131265
                      Roseville, MN  55113-0011
                      651-366-6390
                      notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on November 1, 2023 :

Keri L. Riley
Kutner Brinen Dickey Riley, P.c.
1660 Lincoln Street
Suite 1720
Denver, CO  80264

David V. Wadsworth, Trustee
2580 West Main Street, Suite 200
Littleton, CO  80120

By  /s/ Ed Gezel, Agent
　　　Ed Gezel

520628