**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | **Civil Action No.:** 23-14859-MER |
| SHILO DION SANDERS ) | |
| ) | **Chapter:** 7 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that James Van Horn of Barnes & Thornburg LLP appears on behalf of Shilo Dion Sanders, a debtor in the above-referenced case and hereby submits this notice of appearance. The undersigned respectfully requests notice of all hearings and conferences herein and respectfully makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §1109(b) of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served upon the undersigned counsel at the following addresses:

> James Van Horn
> Barnes & Thornburg LLP
> 555 12th Street N.W., Suite 1200
> Washington, DC 20004-1275
> Telephone:  202-371-6351
> Facsimile:  202-289-1330
> Email:  JVanHorn@btlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery

1

request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the neither this demand nor any later appearance, pleading, proof of claim, claim, or suit shall constitute waiver of: (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases, or any case, controversy, or proceedings related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of any remedy; and (vi) any other rights, claims, actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 3, 2023              Respectfully submitted,

                                         By:    */s/James Van Horn*
                                                      James Van Horn (D.C. Bar No. 999859)
                                                      (admitted to U.S. District Court for the
                                                      District of Colorado)
                                                      Barnes & Thornburg LLP
                                                      555 12th Street, N.W., Suite 1200
                                                      Washington, D.C. 20004
                                                      Ph. (202) 289-1313
                                                      Fax (202) 289-1330
                                                      JVanHorn@btlaw.com

                                                      *Attorney for Debtor, Shilo Dion Sanders*

**CERTIFICATE OF SERVICE**

      I hereby further certify that I caused a copy of the foregoing *Notice of Appearance, Request for all Notices, and Demand for Services of Papers* to be served via U.S. Mail, First Class, Postage Pre-Paid upon parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                             */s/ Keri L. Riley*
                                             Keri L. Riley
                                             Kutner Brinen Dickey Riley, P.C.
                                             1660 Lincoln Street, Suite 1720
                                             Denver, CO 80264