# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SHILO DION SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| Debtor. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Sweetbaum Miller PC appears herein on behalf of John Darjean and requests pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Alan D. Sweetbaum, Esq.
Andrew Miller, Esq.
Sweetbaum Miller PC
1200 17th Street, Suite 1250
Denver, CO 80202

or by electronic mail to asweetbaum@sweetbaumlaw.com and amiller@sweetbaumlaw.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise: (1) which affect or seek to affect in any way any rights or interests of creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

Dated this 20th day of November, 2023.

Sweetbaum Miller PC

By: *S/Alan D. Sweetbaum*
Alan D. Sweetbaum, #13491
1200 17th Street, Suite 1250
Denver, CO 80202
(303) 296-3377
asweetbaum@sweetbaumlaw.com