UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)   Case No. 23-14859 MER
SHILO DION SANDERS, )
)
)   Chapter 7
Debtor. )
_____

APPLICATION TO EMPLOY SIMON E. RODRIGUEZ
AS ATTORNEYS FOR THE TRUSTEE
_____

David V. Wadsworth, Chapter 7 trustee, by and through his counsel Simon E. Rodriguez, hereby applies to this Court for authorization to employ the law firm of Simon E. Rodriguez as attorney for the Trustee, and states as follows:

1. SHILO DION SANDERS ("Debtor") filed for relief under Chapter 7 of the Bankruptcy Code on October 23, 2023.

2. David V. Wadsworth is the duly appointed Chapter 7 trustee (the "Trustee") for the Debtor's bankruptcy estate.

3. The Trustee desires to hire the law firm of Simon E. Rodriguez ("SER") to handle general representation of the Trustee and litigation matters arising in this case; assist the Trustee in investigating the Debtor's disposition of assets; if appropriate, file fraudulent conveyance, preference or recovery actions; and, generally assist the Trustee in the administration of this case.

4. The firm of Simon E. Rodriguez is available to provide the necessary services.

5. The professional's hourly rates for the services referenced above are as follows:

SIMON E. RODRIGUEZ     $350.00 per hour

All compensation to the professionals shall be subject to approval by the Court after additional motion and notice.

6. To the best of SER's knowledge, it and its employees have no connection or conflict of interest between SER and the bankruptcy estate, the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee, except as follows:

(a) Simon E. Rodriguez serves as chapter 7 panel trustees for the Office of the United States Trustee in other matters.

    (b) David V. Wadsworth and his Firm Wadsworth, Garber, Warner, and Conrardy represent me in my capacity as a Chapter 7 trustee in other unrelated cases.

7.    SER is a disinterested person qualified to be employed under 11 USC 327(a) and F.R.B.P. 2014(a). See attached Affidavit of Simon E. Rodriguez.

8.    The Trustee asserts that appointment of SER is in the best interests of the estate and that the appointment be approved as of December 1, 2023 the date the first services were provided.

WHEREFORE, the Trustee requests that Simon E. Rodriguez be appointed to act as attorney for the Trustee and for such other and further relief as to this Court may seem just and proper.

DATED: November 30, 2023

Respectfully submitted,

SIMON E. RODRIGUEZ

*/s/ Simon E. Rodriguez*
Simon E. Rodriguez, #18967
P.O. Box 36324
Denver, Colorado 80236
303-969-9100
lawyercolo@aol.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 30, 2023, I served by prepaid first class mail a copy of the Application to Employ Simon E. Rodriguez as Attorney for the Trustee by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered an appearance in the above referenced case:

David V. Wadsworth, Trustee
VIA CMECF

SHILO DION SANDERS
PO BOX 1864
LONGMONT, CO 80502

KERI L. RILEY, Esq.
VIA CMECF

United States Trustee
VIA CMECF

*/s/ Simon E. Rodriguez*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )   Case No. 23-14859 MER
SHILO DION SANDERS,                       )
                                          )
                                          )   Chapter 7
         Debtor.                          )

---

## AFFIDAVIT OF SIMON E. RODRIGUEZ

---

STATE OF COLORADO      )
                       ) SS
City and County of Denver  )

I, Simon E. Rodriguez, being first duly sworn upon oath, state and aver as follows:

1. I am an attorney licensed to practice in Colorado.

2. I maintain an office at PO Box 36324, Denver, Colorado, 80236. I am a sole proprietor.

3. The firm's services will consist of general representation of the Trustee and litigation matters arising in the case; assisting the Trustee in investigating the Debtor's disposition of assets; if appropriate, filing fraudulent conveyance, preference or recovery actions; and, generally assisting the Trustee in the administration of the case.

4. To the best of my knowledge and belief, neither the firm nor any employee of the firm represents or holds any adverse interest to the Debtor or the bankruptcy estate with respect to the matters on which it is proposed to be employed. Furthermore, neither the firm nor any employee of the firm have any connection with the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee, except as follows:

   (a) I serve as chapter 7 panel trustees for the Office of the United States Trustee in other matters.

5. To the best of my knowledge and belief, the firm is a "disinterested person" as defined in 11 U.S.C. § 101(14).

6. The fees to be charged will be billed and accrued on an hourly basis at the firm's customary rates and are as follows:

    Simon E. Rodriguez    $350.00 per hour

r

7. Neither I nor the firm have made any agreement or reached any understanding with any other person for a division of any compensation which may be awarded herein, except as such compensation will be shared or otherwise distributed among the employees and owners of the firm.

8. The fees to be charged in this matter for which the firm is being employed and predicated upon normal charges and costs.

9. Simon E. Rodriguez will seek compensation and reimbursement of expenses in accordance with the Bankruptcy Code and Rules.

_____
Simon E. Rodriguez

Subscribed and sworn to before me this November 30, 2023. WITNESS my hand and official seal.

My commission expires: 11/3/26

JORDAN M FOX
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19944014235
MY COMMISSION EXPIRES 11/03/2026

_____
Notary Public