UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-14859 MER |
| SHILO DION SANDERS, ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**ORDER AUTHORIZING EMPLOYMENT OF SIMON E. RODRIGUEZ
AS ATTORNEY FOR THE TRUSTEE**

THIS MATTER came before the Court upon the Application to Employ Simon E Rodriguez ("Rodriguez") as Attorney for the Trustee pursuant to the provisions of 11 U.S.C. § 327(a) to generally asset the trustee in his administration of the estate. The Court,

FINDING RODRIGUEZ is a disinterested person who is eligible to serve as counsel for the Trustee and RODRIGUEZ is aware of the provisions of 11 U.S.C. § 328 and, notwithstanding such provisions, has agreed to accept the employment as counsel for the trustee, hereby

ORDERS Simon E Rodriguez be and hereby is employed as counsel for the Trustee under 11 U.S.C. § 327(a), to generally asset the trustee in his administration of the estate with his compensation to be paid in such amounts as the Court may hereafter determine and allow. No fees may be paid without Court approval upon proper application therefore.

Dated: December 5, 2023.

BY THE COURT:

_____
United States Bankruptcy Judge