United States Bankruptcy Court
District of Colorado

In re:  
Shilo Dion Sanders  
    Debtor

Case No. 23-14859-MER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2  
Date Rcvd: Dec 05, 2023     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shilo Dion Sanders, PO Box 1864, Longmont, CO 80502-1864 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Sweetbaum | on behalf of Creditor John Darjean asweetbaum@sweetbaumlaw.com  jstoller@sweetbaumsands.com |
| David V. Wadsworth, Trustee | dwadsworth@wgwc-law.com  CO30@ecfcbis.com |
| James Van Horn | on behalf of Debtor Shilo Dion Sanders JVanHorn@btlaw.com |
| Keri L. Riley | on behalf of Debtor Shilo Dion Sanders klr@kutnerlaw.com  vlm@kutnerlaw.com |
| Simon E. Rodriguez | on behalf of Trustee David V. Wadsworth  Trustee lawyercolo@aol.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Dec 05, 2023 Form ID: pdf904 Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-14859 MER |
| SHILO DION SANDERS, | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF SIMON E. RODRIGUEZ
AS ATTORNEY FOR THE TRUSTEE**

THIS MATTER came before the Court upon the Application to Employ Simon E Rodriguez ("Rodriguez") as Attorney for the Trustee pursuant to the provisions of 11 U.S.C. § 327(a) to generally asset the trustee in his administration of the estate. The Court,

FINDING RODRIGUEZ is a disinterested person who is eligible to serve as counsel for the Trustee and RODRIGUEZ is aware of the provisions of 11 U.S.C. § 328 and, notwithstanding such provisions, has agreed to accept the employment as counsel for the trustee, hereby

ORDERS Simon E Rodriguez be and hereby is employed as counsel for the Trustee under 11 U.S.C. § 327(a), to generally asset the trustee in his administration of the estate with his compensation to be paid in such amounts as the Court may hereafter determine and allow. No fees may be paid without Court approval upon proper application therefore.

Dated: December 5, 2023.

BY THE COURT:

_____
United States Bankruptcy Judge