Local Bankruptcy Form 1007-6.1
# United States Bankruptcy Court
### District of Colorado

In re **Shilo Dion Sanders**
**ODS Big 21, LLC; ODS SS21, LLC**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Address **PO Box 1864, Longmont, CO 80502**

Case No. **23-14859**

Chapter **7**

Last four digits of Social-Security or Individual TaxPayer-Identification (ITIN) No(s).,(if any): **xxx-xx-2504**

Employer's Tax-Identification (EIN) No(s). (if any): _____

## Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*, **Shilo Dion Sanders**, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case __;

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

☐ c) I am self-employed and do not receive any evidence of payment from an employer;

■ d) Other (please provide explanation) **The Debtor does not receive pay advised for his stipend, and is otherwise self employed and does not receive pay advices**

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: **December 11, 2023**

By: **/s/ Shilo Dion Sanders**
(Signature of Debtor)
**Shilo Dion Sanders**
Printed name of Debtor
**PO Box 1864**
**Longmont, CO 80502-0000**

*A separate form must be signed for each Debtor.

1007-1 form