UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-14859 |
| SHILO DION SANDERS ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

     I certify that on December 19, 2023, I served a complete copy of the **AMENDED STATEMENT OF FINANCIAL AFFAIRS; AMENDED SCHEDULES A AND B; AMENDED SCHEDULES E AND F; NOTICE OF AMENDMENT TO SCHEDULES; AND NOTICE OF CHAPTER 7 MEETING OF CREDITORS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Simon E. Rodriguez, Esq.
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

Colorado Department of Revenue
1881 Pierce Street
ATTN: Bankruptcy Department
RM 104
Lakewood CO 80215

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

                                                    **/s/Vicky Martina**
                                                    **Vicky Martina**
                                                    **Kutner Brinen Dickey Riley PC**