UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| SHILO DION SANDERS | ) Case No. 23-14859-MER |
| | ) |
| | ) Chapter 7 |
| | ) |
| Debtor(s) | ) |

**APPLICATION TO EMPLOY PROFESSIONAL PERSON**

The Trustee, David V. Wadsworth, by his counsel Simon E. Rodriguez, for his request to this Court pursuant to 11 U.S.C. 327(a) of the United States Bankruptcy Code to authorize him to hire Damon Kaplan, CPA of Kaplan & Associates, P.C. to perform services related to tax issues regarding this estate including but not limited to filing all necessary state and federal tax returns on behalf of the Estate and as grounds herein, the Trustee states:

1. David V. Wadsworth is the duly appointed Trustee of the Debtor.

2. Damon Kaplan, CPA of Kaplan & Associates, P.C. has agreed to perform services on behalf of the Estate for an hourly rate of $425.00.

3. To the best of the Trustee's knowledge, Damon Kaplan, CPA of Kaplan & Associates, P.C. and its employees have no connection with the Debtor, any of the Creditors, the United States Trustee or any of its employees, or any party in interest of their attorneys or accountants. Damon Kaplan, CPA of Kaplan & Associates, P.C. represents no interest adverse to the Debtor of the Estate in the matters for which he is to be engaged.

4. Employment of an Accountant is necessary for the purpose of determining any tax liability this Estate may have and to prepare any tax return necessary as a result of the administration of this Estate and if needed, general administration of the Estate.

5. As compensation, Damon Kaplan, CPA of Kaplan & Associates, P.C. has agreed to perform services on behalf of the Estate for an hourly rate of $425.00. **THE ACCOUNTANT AND TRUSTEE REALIZE THAT SUCH COMPENSATION ARRANGEMENT IS SUBJECT TO THIS COURT'S REVIEW UPON AN APPLICATION FOR PAYMENT UPON SEPARATE APPLICATION**.

6. The Affidavit of Damon Kaplan, CPA of Kaplan & Associates P.C. is filed herewith.

**WHEREFORE**, the Trustee respectfully requests an order, effective December 21, 2023 the date the accountant first provided services, authorizing him to employ Damon Kaplan, CPA of Kaplan & Associates, P.C. as an Accountant for the Estate for the purpose of determining any tax liability this Estate may have and to prepare any tax return necessary as a result of the administration of this Estate.

Dated: December 21, 2023

Respectfully Submitted,

*/s/ Simon E. Rodriguez*
Simon E. Rodriguez, #18967
P O Box 36324
Denver, CO 80236
(303) 969-9100

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 21, 2023, a true copy of the foregoing **APPLICATION TO EMPLOY PROFESSIONAL PERSON** was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered an appearance in the above referenced case:

UNITED STATES TRUSTEE
VIA CM/ECF

Shilo Dion Sanders
PO Box 1864
Longmont, CO 805023

Keri Riley, Esq.
VIA CM/ECF

Damon Kaplan, CPA
Kaplan & Associates, P.C.
5500 Greenwood Plaza Blvd., Suite 100
Greenwood Village CO 80111

Simon E. Rodriguez

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| Shilo Dion Sanders | ) | Case No. 23-14859-MER |
| XXX-XX-2504 | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtors. | | |

## AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF COLORADO        )
                         ) SS
COUNTY OF ARAPAHOE       )

I, Damon Kaplan, C.P.A., of Kaplan & Associates, P.C., being first duly sworn upon oath, state and aver as follows:

1. I am a C.P.A. licensed to practice in Colorado. The firm maintains an office at 5500 Greenwood Plaza Blvd., Suite 100, Greenwood Village, CO 80111.

2. The hourly rates to be charged by individuals in our firm are as follows:

    Damon Kaplan - $425.00 per hour

3. The firm of Kaplan & Associates, P.C. is available to provide the necessary services and is competent to perform such services.

4. Fees and costs charged by the above-named professional are subject to Court approval as to reasonableness and necessity and will be evaluated and paid only after further order of this Court specifically therefore.

5. To the best of my knowledge, Kaplan & Associates, P.C. has no previous connection with the Debtor, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee's Office, or any person employed in the office of the U.S. Trustee. Kaplan & Associates, P.C. has performed accounting work for a shareholder of the Trustee's law firm in other bankruptcy matters and in a personal capacity. Kaplan & Associates, P.C. has no previous connection with the United States Trustee except to the extent fee applications in other bankruptcy matters have been provided to them as part of the compensation approval process.

Kaplan & Associates, P.C. is unaware of any other accountants involved in this matter and, therefore, has no knowledge of any possible connection.

6. To the best of my knowledge and belief, my office is a "disinterested person" as defined in the 11 U.S.C. Section 327 and that my office does not hold or represent an interest adverse to the estate.

**FURTHER AFFIANT SAITH NOT.**

KAPLAN & ASSOCIATES, P.C.

By: *Damon L. Kaplan, CPA*
Damon L. Kaplan, C.P.A.

Subscribed and sworn to before me this 21st day of December, 2023 by Damon L. Kaplan.

WITNESS my hand and official seal.

*Sylvia R Rachal*
Notary Public

My commission expires: 2-6-2027

```
SYLVIA R RACHAL
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 19874164053
MY COMMISSION EXPIRES FEB 6, 2027
```