United States Bankruptcy Court
District of Colorado

In re:  
Shilo Dion Sanders  
  Debtor

Case No. 23-14859-MER  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2023 | Form ID: 152 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shilo Dion Sanders, PO Box 1864, Longmont, CO 80502-1864 |
| 19483410 | + | AT-T Wireless c/o Bankruptcy, 4331 Communications Dr., Fl. 4W, Dallas, TX 75211-1300 |
| 19490043 | ++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011 address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 19483414 | + | John Darjean, c/o Ori Raphael, Mathias Raphael, PLLC, 13101 Preston Rd., STE 501, Dallas, TX 75240-5231 |
| 19495402 | + | ROBERT C. TURNER, THE SILVERA FIRM, 17070 N. DALLAS PARKWAY, SUITE 100, DALLAS, TX 75248-1906 |
| 19483419 |   | State of Colorado, Division of Securities, 1560 Broadway, Suite 900, Denver, CO 80202-5150 |
| 19495403 | + | UTICAN MUTUAL INSURANCE COMPANY, ROBERT C. TURNER, THE SILVERA FIRM, 17070 N. DALLAS PARKWAY SUITE 100, DALLAS, TX 75248-1906 |
| 19483420 | + | Utica Mutual, c/o Robert Turner, The Silvera Firm, 17070 Dallas Pkwy., STE 100, Dallas, TX 75248-1906 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19490043 | | Email/Text: notices@bkservicing.com | Dec 22 2023 21:48:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 19483411 | + | EDI: CODEPREV.COM | Dec 23 2023 02:47:00 | Colorado Department of Revenue, 1881 Pierce Street, Attn Bankruptcy Dept., RM 104, Lakewood, CO 80214-1407 |
| 19483413 | | EDI: IRS.COM | Dec 23 2023 02:47:00 | Internal Revenue Service, Insolvency Unit, 1999 Broadway, MS 5012 DEN, Denver, CO 80202-3025 |
| 19483415 | + | EDI: MERCEDES | Dec 23 2023 02:47:00 | Mercedes - Benz Financial Services, P.O. Box 685, Roanoke, TX 76262-0685 |
| 19483416 | ^ | MEBN | Dec 22 2023 21:45:36 | Office of the Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Suite 4400, Washington, DC 20530-0001 |
| 19483417 | + | Email/Text: bankruptcy@coag.gov | Dec 22 2023 21:48:00 | Office of the Attorney General, State of Colorado, 1300 Broadway, Denver, CO 80203-2104 |
| 19483418 | + | Email/Text: USACO.ECFBankruptcy@usdoj.gov | Dec 22 2023 21:47:00 | Office of the US Attorney, District of Colorado, 1225 Seventeenth Street, Suite 700, Denver, CO 80202-5598 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 152 | Total Noticed: 14 |

| | | | |
|---|---|---|---|
| 19483421 | | | Visa Credit Card |
| 19490045 | *P++ | | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 19483412 | * | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Sweetbaum | on behalf of Creditor John Darjean asweetbaum@sweetbaumlaw.com  jstoller@sweetbaumsands.com |
| David V. Wadsworth, Trustee | dwadsworth@wgwc-law.com  CO30@ecfcbis.com |
| James Van Horn | on behalf of Debtor Shilo Dion Sanders JVanHorn@btlaw.com |
| Keri L. Riley | on behalf of Debtor Shilo Dion Sanders klr@kutnerlaw.com  vlm@kutnerlaw.com |
| Simon E. Rodriguez | on behalf of Trustee David V. Wadsworth  Trustee lawyercolo@aol.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 6

(COB Form nopd.jsp #152)(1/23)

UNITED STATES BANKRUPTCY COURT
District of Colorado

Shilo Dion Sanders
Debtor(s)
Debtor SSN/TaxId Nos.:
xxx−xx−2504
Joint Debtor SSN/Tax Id Nos.:

Case Number.: 23−14859−MER
Chapter: 7

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

The initial Notice of Chapter 7 Bankruptcy Case issued in this case instructed creditors it was not necessary to file a proof of claim. After further investigation by the Trustee, assets have been identified and a distribution to creditors is possible.

**Creditors who wish to share in any distribution of assets must file a proof of claim with the Clerk of the U.S. Bankruptcy Court on or before: 3/25/24.**

Creditors who do not file a proof of claim on or before the above listed date **MIGHT NOT** share in any distribution from the debtor's estate.

Creditors can file an electronic proof of claim on the Court's website at www.cob.uscourts.gov/proof−claim. No login or password is required. If you are unable to file your proof of claim online, a proof of claim form (Official Form B 410) is available on the Court's website. Your completed proof of claim can be filed in person or by mail at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202. Contact the Court's help desk at 720−904−7480 for assistance on court processes and procedures. Please note, Court staff is **PROHIBITED** from helping you complete the proof of claim form.

Any creditor who has filed a proof of claim prior to this notice need not file another proof of claim.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief.

All claimants who seek an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Dated: 12/22/23

s/ David V. Wadsworth, Trustee
2580 West Main Street, Suite 200
Littleton, CO 80120

**Aliases Page**
**Debtor aka(s):**
ods Big 21, LLC, ods SS21, LLC