UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                            )
                                                  )
SHILO DION SANDERS                                )   Case No. 23-14859-MER
                                                  )
                                                  )   Chapter 7
            Debtor(s)                             )

**ORDER**

THE COURT HAVING BEEN INFORMED concerning the Trustee's Application to Employ Professional Person, good cause appearing therefor, no additional notice being required,

IT IS HEREBY ORDERED that the Trustee is authorized to hire Damon Kaplan, CPA of Kaplan & Associates,, P.C. as an Accountant, effective December 21, 2023, the date the accountant first provided services, to perform services related to any tax issue regarding this estate including but not limited to filing all necessary state and federal tax returns on behalf of the Estate and general administration of the Estate if needed.  **NO COMPENSATION SHALL BE PAID WITHOUT PRIOR COURT APPROVAL UPON AN ADDITIONAL APPLICATION FOR COMPENSATION.**

DATED: December 27, 2023

BY THE COURT:

_____
United States Bankruptcy Judge