United States Bankruptcy Court
District of Colorado

In re:                                                                      Case No. 23-14859-MER

Shilo Dion Sanders                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1                    User: admin                         Page 1 of 2
Date Rcvd: Dec 27, 2023                 Form ID: pdf904                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|----------|--|----------------------------|
| db | + | Shilo Dion Sanders, PO Box 1864, Longmont, CO 80502-1864 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Alan Sweetbaum | on behalf of Creditor John Darjean asweetbaum@sweetbaumlaw.com  jstoller@sweetbaumsands.com |
| David V. Wadsworth, Trustee | dwadsworth@wgwc-law.com  CO30@ecfcbis.com |
| James Van Horn | on behalf of Debtor Shilo Dion Sanders JVanHorn@btlaw.com |
| Keri L. Riley | on behalf of Debtor Shilo Dion Sanders klr@kutnerlaw.com  vlm@kutnerlaw.com |
| Simon E. Rodriguez | on behalf of Trustee David V. Wadsworth  Trustee lawyercolo@aol.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

District/off: 1082-1

Date Rcvd: Dec 27, 2023

TOTAL: 6

User: admin

Form ID: pdf904

Page 2 of 2

Total Noticed: 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                          )
                                                )
SHILO DION SANDERS                              )          Case No. 23-14859-MER
                                                )
                                                )          Chapter 7
                        Debtor(s)               )

---

**ORDER**

---

THE COURT HAVING BEEN INFORMED concerning the Trustee's Application to Employ Professional Person, good cause appearing therefor, no additional notice being required,

IT IS HEREBY ORDERED that the Trustee is authorized to hire Damon Kaplan, CPA of Kaplan & Associates,, P.C. as an Accountant, effective December 21, 2023, the date the accountant first provided services, to perform services related to any tax issue regarding this estate including but not limited to filing all necessary state and federal tax returns on behalf of the Estate and general administration of the Estate if needed. **NO COMPENSATION SHALL BE PAID WITHOUT PRIOR COURT APPROVAL UPON AN ADDITIONAL APPLICATION FOR COMPENSATION.**

DATED: December 27, 2023

BY THE COURT:

United States Bankruptcy Judge