Certificate Number: 14912-CO-DE-037906008

Bankruptcy Case Number: 23-14859



14912-CO-DE-037906008

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2023, at 4:57 o'clock PM EDT, Shilo Sanders completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:   November 2, 2023           By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor