# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-14859 MER |
| SHILO DION SANDERS, ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER LIMITING DEBTOR'S CLAIM OF EXEMPTION

THIS MATTER having come before the Court on the Trustee's Limited Objection to Debtor's Claim of Exemption and the Court, being advised in the premises and finding good cause for granting the relief requested, hereby:

ORDERS that the Objection is SUSTAINED. The Debtor's claim of exemption in the below described assets is limited as follows:

    2023 Mercedes GLE AMG 635 valued at $75,900.00, is limited pursuant to 11 U.S.C.§ 522(d)(2) to $4,450.00;

    Household furnishings including couches, chairs, tables, linens dishes, bedroom set, dresser, and piano with a collective value of $10,300.00, is limited pursuant to 11 U.S.C.§ 522(d)(3) to $10,350.00;

    TV, computer, printer, and phone with a collective value of $4,000.00, is limited pursuant to 11 U.S.C.§ 522(d)(3) to $4,000.00

    Workout and Recovery Equipment with a collective value of $1,200.00, is limited pursuant to 11 U.S.C.§ 522(d)(6) to $1,200.00; and

    Necklaces (Based on Replacement Value) $75,000.00 (in a subsequent amended Schedule A/B this asset was removed but the trustee intends to investigate the circumstances on how the jewelry was obtained and used), is limited pursuant to 11 U.S.C.§ 522(d)(4) to $1,875.00.

DATED this ___ day of _____, 2024.

BY THE COURT:

_____
United States Bankruptcy Judge