**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-14859 MER |
| SHILO DION SANDERS, ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

_____

**NOTICE OF TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**
_____

**OBJECTION DEADLINE:  FEBRUARY 1, 2024**

**YOU ARE HEREBY NOTIFIED** that David V. Wadsworth, Chapter 7 ("Trustee"), has filed a **TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION** with the bankruptcy court.  The trustee objects to the Debtor's claim of exemption in property identified as follows:

a 2023 Mercedes GLE AMG 635 valued at $75,900.00;

Household furnishings including couches, chairs, tables, linens dishes, bedroom set, dresser, and piano with a collective value of $10,300.00;

a TV, computer, printer, and phone with a collective value of $4,000.00;

Workout and Recovery Equipment with a collective value of $1,200.00; and

Necklaces (Based on Replacement Value) $75,000.00 (in a subsequent amended Schedule A/B this asset was removed but the trustee intends to investigate the circumstances on how the jewelry was obtained and used)

The trustee is requesting that the Court deny the Debtor's exemptions in any amount above the value of the property presently placed on each item by the debtor.  The trustee does not object to the amounts presently claimed under 11 U.S.C. 522.  A copy of the Trustee's Objection to Debtor's Claim of Exemption is included with this Notice.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: January 18, 2024

Respectfully submitted,

SIMON E. RODRIGUEZ

*/s/ Simon E. Rodriguez*
Simon E. Rodriguez, #18967
P.O. Box 36324
Denver, Colorado 80236
303-969-9100
lawyercolo@aol.com

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 18, 2024, a true copy of the foregoing was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered an appearance in the above referenced case:

David V. Wadsworth, Trustee
VIA CMECF

SHILO DION SANDERS
PO BOX 1864
LONGMONT, CO 80502

KERI L. RILEY, Esq.
VIA CMECF

United States Trustee
VIA CMECF

*/s/ Simon E. Rodriguez*