**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **IN RE:** § | | **CAUSE NO. *23-14859-MER*** |
| **SHILO DION SANDERS** § | | |
| § | | |
| **DEBTORS.** § | | **CHAPTER 7** |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

Come now MATHIAS RAPHAEL, PLLC, Attorneys at Law, pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for **JOHN DEARJEAN**, a creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any case consolidated herewith, be given to and served upon the undersigned attorneys as follow:

**Ori Raphael, Esq.
Alexis Weber, Esq.
Mathias Raphael PLLC
13101 Preston Road, Suite 501
Dallas, TX 75240
(214) 739-0100**

**Or by electronic mail to ori@mrlaw.co and alexis@mrlaw.co**

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise: (1) which affect or seek to affect in any way any rights or interests of creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

**MATHIAS RAPHAEL PLLC**

BY:_____
13101 Preston Road, Suite 501
Dallas, Texas 75240
Office: 214-739-0100
Facsimile: 214-739-0151
Ori@mrlaw.co
Alexis@mrlaw.co

**ATTORNEYS FOR JOHN DARJEAN**