**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-14859 MER |
| SHILO DION SANDERS, ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER/LIQUIDATOR

The Chapter 7 Trustee David V. Wadsworth, through counsel, respectfully requests approval pursuant to 11 U.S.C. §327 to employ Auctioneer, Dickensheet and Associates, Inc. to assist the trustee in securing, inventorying, and moving property of the estate, if necessary. In support thereof it is stated:

1. David V. Wadsworth is the duly appointed and acting Trustee in Bankruptcy for the above named Debtor.

2. Dickensheet & Associates, Inc. is an Auctioneer/Liquidator who and has agreed to perform services on behalf of the Estate for compensation. Services include but are not limited to assisting the trustee in securing, inventorying, and moving property of the estate (if necessary).

3. To the best of the Trustee's knowledge, Dickensheet & Associates, Inc., and its employees have no connection with the Debtor, any of the Creditors, the United States Trustee or any of its employees, or any party in interest of their attorneys or accountants. Auctioneer/Liquidator represents no interest adverse to the Debtor or the Estate in the matters for which it is to be engaged. Auctioneer/Liquidator has been employed by this Trustee in other unrelated bankruptcy matters.

4. Employment of an Auctioneer/Liquidator is necessary for the purpose assisting the trustee in performance of the trustee's duty to secure and preserve property of the Estate.

5. As compensation, Dickensheet & Associates, Inc. has agreed to preform services on behalf of the Estate for a fee not to exceed $1,200.00. **THE AUCTIONEER/LIQUIDATOR AND TRUSTEE REALIZE THAT SUCH COMPENSATION ARRANGEMENT IS SUBJECT TO THIS COURT'S REVIEW UPON AN APPLICATION FOR PAYMENT EITHER AS PART OF ANY PROPOSED SALE OR UPON SEPARATE APPLICATION**.

6. The Trustee requests this Court's approval to hire Dickensheet & Associates, Inc., under the terms and condition herein described.
.
Wherefore the Trustee requests that the Court enter its order authorizing the employment of Dickensheet & Associates, Inc. to assist in preserving and securing property of the Estate and for such other and further relief this Court deems as just and proper.

Date:  January 23, 2024

                                                        Respectfully Submitted,

*/s/ Simon E. Rodriguez*
Simon E. Rodriguez, #18967
P O Box 36324
Denver, CO 80236
(303) 969-9100

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 23, 2024, a true copy of the foregoing **TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER/LIQUIDATOR** was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered an appearance in the above referenced case:

David V. Wadsworth, Trustee
VIA CMECF

SHILO DION SANDERS
PO BOX 1864
LONGMONT, CO 80502

KERI L. RILEY, Esq.
VIA CMECF

United States Trustee
VIA CMECF


/S/ Simon E. Rodriguez

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In Re:

    Shilo Dion Sanders            )

                                        )   Case Number: 23-14859 MER

Debtor                           )

## AFFIDAVIT OF PROPOSED APPRAISER/AUCTIONEER/LIQUIDATOR

State of Colorado  )  ss.
County of Denver  )

I, CHRISTINE DICKENSHEET, hereby make the solemn oath:

(1)  I am an experienced Appraiser/Auctioneer/Liquidator licensed to provide appraisal, auction and liquidation services in the State of Colorado.

(2)  I maintain an office for the practice of an Appraiser/Auctioneer and Liquidator in Colorado with a mailing address of 1501 West Wesley Ave, Denver, Colorado  80223.

(3)  I have no recent connection with the above named debtor, the United States Trustee or any person employed in the office of the United States Trustees, the creditors or any other party in interest herein, or their respective attorneys.

(4)  I represent no interest and I do not hold or have any interest adverse to the Debtor herein, Debtor's estate and I am a disinterested party in the matters upon which I am to be engaged.

(5)  I will submit to David Wadsworth, Trustee a Forced Liquidation Value Appraisal of the outlined assets belonging to Debtor for a fee not to exceed $ 1,200.00.  Dickensheet & Associates, Inc. does provide expert witness testimony at the rate of $ 130.00 per hour, port to port

                                                  *Christine Dickensheet* (signature)
                                                  Christine Dickensheet
                                                  Auctioneer/liquidator

Subscribed and sworn to before me this 22nd day of January 2024 by Paula Fern Moody
Witness my hand and official seal.

    My commission expires:  May 6, 2026

                                                          *Paula D. Moody* (signature)

PAULA FERN MOODY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104014704
MY COMMISSION EXPIRES MAY 6, 2026