# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-14859 MER |
| SHILO DION SANDERS, ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER AUTHORIZING TRUSTEE TO HIRE AUCTIONEER/LIQUIDATOR

THIS MATTER, having come before this Court upon the **TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER/LIQUIDATOR)** and the Court being duly advised in the premises,

ORDERS, ADJUDGES AND DECREES that the Trustee is authorized to employ Dickensheet & Associates, Inc. for the purpose assisting the trustee in performance of the trustee's duty to secure and preserve property of the Estate.

FURTHER ORDERED that **NO COMPENSATION SHALL BE PAID WITHOUT PRIOR COURT APPROVAL UPON AN ADDITIONAL APPLICATION FOR COMPENSATION.**

DATED:

BY THE COURT:

_____
BANKRUPTCY JUDGE