United States Bankruptcy Court
District of Colorado

In re:  
Shilo Dion Sanders  
    Debtor

Case No. 23-14859-MER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2  
Date Rcvd: Jan 24, 2024     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shilo Dion Sanders, PO Box 1864, Longmont, CO 80502-1864 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Sweetbaum | on behalf of Creditor John Darjean asweetbaum@sweetbaumlaw.com  jstoller@sweetbaumsands.com |
| David V. Wadsworth, Trustee | dwadsworth@wgwc-law.com  CO30@ecfcbis.com |
| James Van Horn | on behalf of Debtor Shilo Dion Sanders JVanHorn@btlaw.com |
| Jeffery Dayne Carruth | on behalf of Creditor John Darjean jcarruth@wkpz.com |
| Keri L. Riley | on behalf of Debtor Shilo Dion Sanders klr@kutnerlaw.com  vlm@kutnerlaw.com |
| Ori Raphael | on behalf of Creditor John Darjean ori@mrlaw.co |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf904 | Total Noticed: 1 |

Simon E. Rodriguez
    on behalf of Trustee David V. Wadsworth  Trustee lawyercolo@aol.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-14859 MER |
| SHILO DION SANDERS, ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

### ORDER AUTHORIZING TRUSTEE TO HIRE AUCTIONEER/LIQUIDATOR

THIS MATTER, having come before this Court upon the **TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER/LIQUIDATOR)** and the Court being duly advised in the premises,

ORDERS, ADJUDGES AND DECREES that the Trustee is authorized to employ Dickensheet & Associates, Inc. for the purpose assisting the trustee in performance of the trustee's duty to secure and preserve property of the Estate.

FURTHER ORDERED that **NO COMPENSATION SHALL BE PAID WITHOUT PRIOR COURT APPROVAL UPON AN ADDITIONAL APPLICATION FOR COMPENSATION.**

DATED: January 24, 2024

BY THE COURT:

_____
BANKRUPTCY JUDGE