**EXHIBIT DAR001**

## Case Information

DC-16-07371 | JOHN DARJEAN vs. PILAR SANDERS

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-16-07371 | 160th District Court | REDMOND, AIESHA |
| File Date | Case Type | Case Status |
| 06/20/2016 | OTHER PERSONAL INJURY | CLOSED |

## Party

PLAINTIFF
DARJEAN, JOHN

Active Attorneys ▾
Attorney
WORTHINGTON, JOE
Retained

Attorney
SMITH, MARK E
Retained

Attorney
JOHNSON, RONALD W
Retained

Pro Se

Lead Attorney
RAPHAEL, ORI
Retained

Inactive Attorneys ▾
Attorney
NEGEM, JIMMY MICHAEL
Retained

Work Phone
903-595-4466

Fax Phone
903-593-3266

DEFENDANT
SANDERS, PILAR

DEFENDANT
SANDERS, SHILO

DOB
XX/XX/XXXX

Active Attorneys ▾

Lead Attorney
VITAL, VICTOR D
Retained

Attorney
KALININA, ANNA
Retained

Inactive Attorneys ▾
 Pro Se

Attorney
ISAACKS, LEWIS L
Retained

Work Phone
214-919-3555

Fax Phone
214-615-9019

Attorney
WALSH, MARK A
Retained

Work Phone
214-644-2052

Fax Phone
214-615-9019

Attorney
CHRISTMANN, ABIGAIL K
Retained

Work Phone
214-919-3555

Fax Phone
214-945-4060

## Disposition Events

05/18/2022 Judgment ▾

AGREED JUDGMENT

Judicial Officer
REDMOND, AIESHA

Judgment Type
AGREED JUDGMENT

**EXHIBIT DAR001 - Page 2**

Judgment

Total Judgment: of $0.00

Awarded To: DARJEAN, JOHN

Awarded Against: SANDERS, PILAR, et al

## Events and Hearings

06/20/2016 NEW CASE FILED (OCA) - CIVIL

06/20/2016 CASE FILING COVER SHEET ▾

CIVIL CASE INFO SHEET.pdf

Comment
CIVIL CASE INFORMATION SHEET

06/20/2016 ORIGINAL PETITION ▾

pop.pdf

Comment
PLAINTIFF'S ORIGINAL PETITION

06/20/2016 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

06/21/2016 AMENDED PETITION ▾

pop - 1st amended.pdf

Comment
1ST

06/22/2016 CITATION ▾

Served
07/20/2016

Anticipated Server
CONSTABLE 4

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/21/2016
Unserved

Anticipated Server
ATTORNEY

Anticipated Method

Served
10/07/2016

Anticipated Server
CONSTABLE 4

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
10/17/2016
Comment
ATTY/PCT/CM

---

06/28/2016 CITATION ISSUED ▾

DC16-7371.pdf

---

06/28/2016 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
N/C ESERVE

---

07/21/2016 RETURN OF SERVICE ▾

Scan5622.pdf

---

08/16/2016 INTERVENTION ▾

Utica's Orig Pet in Intervention 8-16-2016.pdf

Comment
UTICA MUTUAL INS CO

---

08/30/2016 MOTION - DEFAULT JUDGMENT ▾

pltf motion for default.pdf

Comment
AGAINST DEFENDANT DEION SANDERS

---

08/30/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

default judgment.pdf

Comment
PROPOSED DEFAULT JUDGMENT AGAINST DEFENDANT DEION SANDERS

---

08/31/2016 NOTE - CLERKS ▾

Comment
SUBMITTED PROPOSED DEFAULT JUDGMENT TO ADMIN QUE.

---

08/31/2016 NOTICE SENT VIA EMAIL/FAX ▾

NOTICE SENT VIA EMAIL/FAX

Comment
DEFAULT JUDGMENT 239a

---

09/02/2016 NOTICE OF HEARING / FIAT ▾

NOH DAMAGES.pdf

09/14/2016 DISCOVERY ▾

Utica's Notice of Filing & Intent to Use Bus Recs & Affids A

Comment
Utica Mutual Insurance Company's Notice of Filing & Intent To Use Business Records and Affidavits as Evidence

09/14/2016 AFFIDAVIT ▾

Business Records Affidavit-Beth Furber-UTICA.pdf

Comment
Business Records - Beth Furber

09/14/2016 CORRESPONDENCE - LETTER TO FILE ▾

Clerk 09-13-16 file Intervenor's Ntc of Filing Bus Recs.pdf

Comment
Re: Notice of Filing(s)

10/07/2016 Default Prove-Up ▾

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
1:30 PM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

10/14/2016 Default Prove-Up ▾

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
1:30 PM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

10/17/2016 RETURN OF SERVICE ▾

ROS SHILO Scan6242.pdf

Comment
SHILO SANDERS

11/08/2016 ORIGINAL ANSWER - GENERAL DENIAL ▾

Defendant Deion Sanders' Original Answer to Plaintiff's Firs

Comment
TO PLAINTIFF'S 1ST AMENDED ORIGINAL PETITION

11/08/2016 ORIGINAL ANSWER - GENERAL DENIAL ▾

Defendant Deion Sanders' Original Answer to Original Petitio

Comment
TO ORIGINAL PETITION IN INTERVENTION

12/16/2016 NOTICE OF SCHEDULING CONFERENCE ▾

160th Joint Status Report (L3)

160th Order Setting Scheduling Conference (L3)

Civil Case Cover Sheet

EXHIBIT DAR001 - Page 5

01/13/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Proposed DCO SUBMITTED TO COURT.pdf

Comment
PROPOSED DISCOVERY CONTROL PLAN

01/13/2017 NOTE - CLERKS ▼

Comment
TO ADMIN QUE O/DISCV CONTROL PLAN

01/16/2017 MOTION - DEFAULT JUDGMENT ▼

pl motion for default.pdf

Comment
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FOR SHILO SANDERS

01/16/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

default judgment.pdf

Comment
PROPOSED DEFAULT JUDGMENT

01/17/2017 NOTE - CLERKS ▼

Comment
TO QUE O/DFLT JUDGMT

01/20/2017 NOTICE OF TRIAL ▼

160TH NON JURY TRIAL NOTICE

Comment
NON JURY

01/20/2017 SCHEDULING ORDER ▼

SCHEDULING ORDER

01/23/2017 SCHEDULING CONFERENCE ▼

Clerk 01-23-17 conf matter removed from Sched Conf Dkt.pdf

Comment
Cancelled

01/23/2017 REQUEST FOR SERVICE ▼

20170123 ltr to court req reissuance of citation.pdf

01/23/2017 ISSUE CITATION

01/23/2017 NOTICE SENT VIA EMAIL/FAX ▼

NOTICE SENT VIA EMAIL/FAX

Comment
DEFAULT JUDGMENT 239a

01/25/2017 CITATION ISSUED ▼

DC1607371.pdf

01/25/2017 CITATION ▼

**EXHIBIT DAR001 - Page 6**

Unserved

Anticipated Server
ESERVE

Anticipated Method

---

01/27/2017 Scheduling Conference ▾

160th Joint Status Report (L3)

160th Order Setting Scheduling Conference (L3)

Civil Case Cover Sheet

Judicial Officer
JORDAN, JIM

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
Level 3

---

03/10/2017 JURY DEMAND ▾

Jury Demand.pdf

   Comment
   PLAINTIFF'S JURY DEMAND

---

03/13/2017 NOTICE OF TRIAL ▾

160TH JURY TRIAL NOTICE

   Comment
   JURY

---

03/29/2017 MOTION - QUASH ▾

MOTION TO QUASH AND FOR PROTECTION OF NON-PARTY REGION 13 ED

---

03/29/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER

   Comment
   ORDER QUASH AND PROTECT

---

03/29/2017 CORRESPONDENCE - LETTER TO FILE ▾

COVER LETTER

   Comment
   RE MOTION AND ORDER QUASH AND PROTECT

---

04/26/2017 MOTION - LEAVE ▾

final P1M Motion for Leave to Designate a Responsible Third

   Comment
   TO DESIGNATE RESPONSIBLE THIRD PARTY

---

06/12/2017 CERTIFICATE OF CONFERENCE ▾

Certificate of Conference for Def Motions to Quash.pdf

---

06/12/2017 NOTICE OF HEARING / FIAT ▾

notice of hearing for mtn to quash.pdf

EXHIBIT DAR001 - Page 7

Comment
NON PARTY MOTION TO QUASH

06/20/2017 DISCOVERY ▾

96123-001.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-002.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-003.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-004.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-005.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-006.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-007.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-008.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-009.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-010.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-011.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-012.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-013.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-014.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-015.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/20/2017 DISCOVERY ▾

96123-016.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/23/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER - LEAVE

Comment
PROPOSED ORDER - LEAVE

06/30/2017 DISCOVERY ▾

96123-017.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

06/30/2017 DISCOVERY ▾

96123-018.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/06/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

Answer - General Denial.pdf

07/07/2017 NOTICE OF HEARING / FIAT ▼

notice of cancellation of hearing.pdf

Comment
CANCELLATION OF HEARING

07/10/2017 Motion - Quash ▼

MOTION TO QUASH AND FOR PROTECTION OF NON-PARTY REGION 13 ED

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
30 MINS * RACHEL 903 595 4466

07/13/2017 MOTION - COMPEL ▼

MOTION FOR SANCTIONS.pdf

07/13/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

ORDER GRANTING MTN TO COMPEL .pdf

Comment
ORDER GRANTING PLAINTIFFS MOTION TO COMPEL THE DEPO OF DEION SANDERS AND FOR
SANCTIONS BECAUSE DEION WALKED OUT OF HIS DEPO REFUSING TO ANSWER QUESTIONS

07/13/2017 NOTICE OF HEARING / FIAT ▼

NOTICE OF HEARING FOR SANCTIONS.pdf

Comment
PLT'S MOTION TO COMPEL

07/13/2017 DISCOVERY ▼

96123-002.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▼

96123-004.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▼

96123-006.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▼

96123-008.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▼

EXHIBIT DAR001 - Page 10

96123-010 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-010.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-012 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-012.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-014.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-016 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-016.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-019.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-020 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-020.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-021.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-022 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-022.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-023 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-023.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-024 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-024.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-025 (2).pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/13/2017 DISCOVERY ▾

96123-025.pdf

Comment
FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

07/14/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING FOR SANCTIONS - FIRST AMENDED.pdf

Comment
PLT'S MOTION TO COMPEL

07/14/2017 OBJECTION ▾

2017-07-14- Objection to Plaintiff's Motion to Compel.pdf

Comment
TO PLAINTIFF'S MOTION COMPEL

---

07/20/2017 ORDER - LEAVE ▾

ORDER - LEAVE

---

08/07/2017 RESPONSE ▾

pl des of experts _ darjean.pdf

Comment
PLAINTIFFS FIRST SUPPLEMENTAL RESPONSES TO DEF RFD AND DES OF EXPERT WITNESSES
PURSUANT TO THE COURT'S SCHEDULING ORDER

---

08/08/2017 Motion - Compel ▾

MOTION FOR SANCTIONS.pdf

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
HEARING RESCHEDULED

Comment
PLT * RACHEL 903 595 4466

---

08/10/2017 AMENDED PETITION ▾

pop - second amended.pdf

Comment
SECOND

---

08/10/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

AMENDED DISCOVERY CONTROL ORDER

Comment
AMENDED DISCOVERY CONTROL ORDER

---

08/10/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

final P1S First Amended Answer and Special Exceptions.pdf

Comment
Defendant Deion Sanders' First Amended Answer and Special Exceptions

---

08/10/2017 RESPONSE ▾

Defendant Deion Sanders' Response to Plaintiff's Motion to Compel and for Sanctions

Comment
DEFENDANT DEION SANDERS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND FOR
SANCTIONS

---

08/10/2017 MOTION - PROTECT ▾

final Motion for Protective Order.pdf

---

08/11/2017 CORRESPONDENCE - LETTER TO FILE ▾

20170817 ltr to court enc depo of deion sanders _1.pdf

Comment
RE ORAL DEPOSITION OF DEION SANDERS

08/11/2017 CERTIFICATE OF DEPOSITION ▾

depo of deion sanders _for filing.pdf

    Comment
    DEPOSITION OF D. SANDERS

08/14/2017 Motion - Protect ▾

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
30 MIN * LAURA JOHNSON 214 544 4000

08/14/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING FOR SANCTIONS - SECOND AMENDED.pdf

    Comment
    SECOND AMENDED NOTICE OF HEARING RE MOTION TO COMPEL DEPO OF D. SANDERS

08/14/2017 SCHEDULING ORDER ▾

SCHEDULING ORDER

    Comment
    AMENDED DISCVY CNTRL PLAN

08/15/2017 Motion - Compel ▾

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Comment
30 MIN RACHEL 903-595-4466

08/15/2017 NOTICE OF TRIAL ▾

160TH JURY TRIAL NOTICE

    Comment
    JURY

08/15/2017 CORRESPONDENCE - LETTER TO FILE ▾

final L1C Cassandra Walker signed.pdf

    Comment
    RE PROPOSED ORDER ON PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS AND
    DEFENDANT DEION SANDER'S MOTION FOR PROTECTIVE ORDER

08/15/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PLT ORDER TO COMPEL & DEF ORDER TO PROTECT

    Comment
    PLT ORDER TO COMPEL & DEF ORDER TO PROTECT

08/15/2017 CORRESPONDENCE - LETTER TO FILE ▾

20170815 ltr to C WALKER enc 2 order.pdf

Comment
LTR TO C. WALKER ENC 2 ORDERS PER COURT REQUEST

08/15/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

ORDER GRANTING MTN TO COMPEL_modified.pdf

Comment
PROPOSED ORDER ON PL MOTION TO COMPEL

08/15/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

ORDER DENYING MTN FOR PROTECTIVE ORDER.pdf

Comment
PROPOSED ORDER ON DEF D. SANDERS MOTION FOR PROT ORDER

08/16/2017 MOTION - ENTER ORDER ▼

AGRD MOTION FOR AMD DISCVY CNTRL PLAN

Comment
AGREED JOINT MOTION TO ENTER FIRST AMENDED DISCOVERY CONTROL PLAN

08/17/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

AMD AGRD DISCVY CNTRL PLAN

Comment
FIRST MENDED AGREED DISCOVERY CONTROL PLAN

08/21/2017 DISCOVERY ▼

96123-027.pdf

Comment
N/INTENT/DEPO-TEXAS PHYSICIANS RESOURCES

08/21/2017 DISCOVERY ▼

96123-028.pdf

Comment
N/INTENT/DEPO-RADIOLOGY ASSOCIATES OF NORTH TEXAS

08/21/2017 DISCOVERY ▼

96123-029.pdf

Comment
N/INTENT/DEPO-CENTURY INTEGRATED PARTNERS

08/21/2017 DISCOVERY ▼

96123-030.pdf

Comment
N/INTENT/DEPO-AMERICAN RADIOLOGY CONSULTANTS

08/21/2017 DISCOVERY ▼

96123-031.pdf

Comment
N/INTENT/DEPO-UT SOUTHWESTERN PHYSICIANS

08/22/2017 CERTIFICATE OF DEPOSITION ▼

96123-005.pdf

Comment
RULE 203 CERTIFICATION-CONCENTRA MEDICAL CENTERS-MEDICAL

08/22/2017 CERTIFICATE OF DEPOSITION ▾

96123-023.pdf

Comment
RULE 203 CERTIFICATION FOR ONE CALL CARE MANAGEMENT - BILLING R & N

08/25/2017 ORDER - COMPEL ▾

ORDER - COMPEL

09/05/2017 CERTIFICATE OF DEPOSITION ▾

CONCENTRA MEDICAL CENTER

Comment
CONCENTRA MEDICAL CENTER

09/05/2017 CERTIFICATE OF DEPOSITION ▾

FORT WORTH SURGICAL CENTER

Comment
FORT WORTH SURGICAL CENTER

09/11/2017 CERTIFICATE OF DEPOSITION ▾

96123-011.pdf

Comment
CRUZ NEUROLOGICAL CENTER -MEDICAL

09/11/2017 CERTIFICATE OF DEPOSITION ▾

96123-022.pdf

Comment
ALIGN NETWORKS, INC. -BILLING R & N

09/15/2017 CERTIFICATE OF DEPOSITION ▾

96123-002.pdf

Comment
RULE 203 CERTIFICATION-BAYLOR INSTITUTE FOR REHABILITATION - BILLING R & N

09/15/2017 CERTIFICATE OF DEPOSITION ▾

96123-004.pdf

Comment
RULE 203 CERTIFICATION-DALLAS FIRE RESCUE DEPARTMENT - BILLING R & N

09/15/2017 MOTION - QUASH ▾

Defendant Shiloh Sanders' Motion to Quash

Comment
PLAINTIFF'S FIRST AMENDED NOTICE TO TAKE ORAL VIDEOTAPED DEPOSITION OF SHILOH
SANDERS

09/15/2017 COUNTER CLAIM ▾

2017-8-13 - Shilo Sanders Amended Answer - Counter-Claim - Third-Party Claims.pdf

Comment
DEFENDANT'S/FIRST AMENDED ANSWER/3RD PARTY CLAIMS

---

09/18/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

2017-8-13 Shilo Sanders Amended Answer - Counter-Claim - Third-Party Claims.pdf

Comment
FIRST/COUNTER-CLAIMS, AND THIRD-PARTY CLAIMS

---

09/18/2017 REQUEST FOR SERVICE ▾

Clerk - paying for Citations 20170918-signed.pdf

---

09/18/2017 ISSUE CITATION

---

09/22/2017 CERTIFICATE OF CONFERENCE ▾

CERT OF CONFERENCE FOR DEF MTN TO QUASH DEPO OF S SANDERS.pdf

Comment
MOTION TO QUASH DEPOSITION OF SHILOH SANDERS

---

09/22/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF MTQ S SANDERS DEPO.pdf

Comment
ON MOTION QUASH

---

09/22/2017 CITATION ISSUED ▾

DC16-07371 LEROY.pdf
DC16-07371 FOCUS.pdf

---

09/22/2017 MOTION - LEAVE ▾

Shilo Sanders - Motion for Leave to File 3rd Party Claim.pdf

Comment
DEFENDANT SHILO SANDERS' MOTION FOR LEAVE TO FILE THIRD-PARTY PETITION AND
MOTION TO ENFORCE RULE 11 AGREEMENT

---

09/22/2017 RETURN OF SERVICE ▾

SUBP - Logan Garrett.pdf

Comment
SUBP - LOGAN GARRETT

---

09/22/2017 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Served
09/28/2017

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
10/03/2017

EXHIBIT DAR001 - Page 17

Served
10/03/2017

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
10/05/2017
Comment
2CIT ESERVE 19623547 Lewis Isaacks- lisaacks@gmigr.com /TJ.

---

09/25/2017 NOTICE OF HEARING / FIAT ▾

OC - NOH 20170925-signed.pdf

   Comment
   ON MOTION LEAVE

---

09/25/2017 TRUST RECEIPT ▾

TRUST RECEIPT

---

10/03/2017 CERTIFICATE OF DEPOSITION ▾

Jordan Lewis Ham

   Comment
   REPORTER'S CERTIFICATION DEPOSITION OF JORDAN LEWIS HAM

---

10/03/2017 RETURN OF SERVICE ▾

FOCUS

   Comment
   CIT EXEC 9/28/17 TO FOCUS LEARNING ACADEMY

---

10/05/2017 RETURN OF SERVICE ▾

CIT EXEC 10/03/2017 LEROY MCCLURE JR

   Comment
   CIT EXEC 10/03/2017 LEROY MCCLURE JR

---

10/09/2017 MOTION - QUASH ▾

Logan Garrett's Motion to Quash and MFPO

   Comment
   Logan Garrett's Motion to Quash and MFPO

---

10/10/2017 Motion - Leave ▾

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Comment
DEF * CARLY 214 919 3555

---

10/10/2017 ORDER - LEAVE ▾

ORDER - LEAVE

---

10/11/2017 CERTIFICATE OF DEPOSITION ▾

331874EF.pdf

Comment
JOHN DARJEAN

---

10/11/2017 CERTIFICATE OF DEPOSITION ▾

328405EF.pdf

Comment
DEION SANDERS

---

10/12/2017 CERTIFICATE OF DEPOSITION ▾

Leroy McClure

Comment
Leroy McClure

---

10/16/2017 Motion - Quash ▾

Logan Garrett's Motion to Quash and MFPO

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
15 M * JENNIFER PATTERSON 469 665 9100

---

10/16/2017 RULE 11 ▾

2017.10.12 NOF-Rule 11 Agreement (MtQ & MFPO).pdf

Comment
Notice of Filing Rule 11 Agreement (MtQ & MFPO)

---

10/16/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING CANCELLATION RE MTQ S SANDERS DEPO.pdf

Comment
DEFENDANT'S MOTION TO QUASH CANCELLED

---

10/17/2017 Motion - Quash ▾

Defendant Shiloh Sanders' Motion to Quash

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
SET BY PLT * RACHEL 903 595 4466

---

10/17/2017 NOTICE OF NONSUIT ▾

notice of nonsuit WO PREJ - PILAR SANDERS.pdf

Comment
NOTICE OF NON-SUIT WITHOUT PREJUDICE AS TO PILAR SANDERS (NEED ORDER)

---

10/17/2017 MOTION - MISCELLANOUS ▾

MOTION TO APPOINT LOWY OVER S SANDERS DEPO

EXHIBIT DAR001 - Page 19

Comment
MOTION TO APPOINT LOWY TO PRESIDE OVER S. SANDERS DEPOSITION

10/17/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER APPOINTING LOWY

Comment
ORDER APPOINTING LOWY

10/17/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER GRANTING PL NOTICE OF NONSUIT WITHOUT PREJUDICE AS TO PILAR SANDERS

Comment
ORDER GRANTING PL NOTICE OF NONSUIT WO PREJ AS TO P SANDERS

10/17/2017 TRUST RECEIPT ▾

TRUST RECEIPT

10/19/2017 ORDER - NONSUIT ▾

ORDER - NONSUIT

Comment
PILAR SANDERS

10/23/2017 PLEA TO JURISDICTION ▾

2017.10.21 FLA's Plea to the Jurisdiction & Original Answer.pdf

Comment
THIRD-PARTY DEFENDANT, FOCUS LEARNING ACADEMY, INC'S

10/23/2017 PLEA TO JURISDICTION ▾

2017.10.21 McClure's Plea to the Jurisdiction & Original Answer.pdf

Comment
THIRD-PARTY DEFENDANT, LEROY MCCLURE, JR.S'

10/23/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

2017.10.21 FLA's Plea to the Jurisdiction & Original Answer.pdf

10/23/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

2017.10.21 McClure's Plea to the Jurisdiction & Original Answer.pdf

10/23/2017 CERTIFICATE OF WRITTEN DISCOVERY ▾

2017.10.23 3rdPDefs'Certificate of Written Discovery.pdf

Comment
3RD PARTY DEFENDANT'S

10/25/2017 MOTION - ENTER ORDER ▾

MOTION TO ENTER

Comment
SECOND AMENDED DSICVY CNTRL PLAN

10/25/2017 NOTICE OF HEARING / FIAT ▾

notice of hearing for motion to appoint special master.pdf

Comment
ON MOTION TO APPOINT

---

10/25/2017 NOTICE OF HEARING / FIAT ▾

notice of hearing for motion to entr second amended dcp.pdf

Comment
PLAINTIFF S MOTION FOR ENTRY OF SECOND AMENDED DISCOVERY CONTROL PLAN

---

11/06/2017 VACATION LETTER

---

11/07/2017 AFFIDAVIT ▾

2017.11.07 Notice of Filing Verification of GLZ.pdf

Comment
THIRD-PARTY DEFENDANTS' NOTICE OF FILING VERIFICATIONS OF GLYNIS L. ZA VARELLI

---

11/07/2017 MOTION - STRIKE ▾

Third Party Defendants' Motion to Show Authority, Strike Pldgs, to Dismiss

Comment
THIRD-PARTY DEFENDANTS' MOTION TO SHOW AUTHORITY, MOTION TO STRIKE PLEADINGS
AND MOTION TO DISMISS THIRD-PARTY PLAINTIFF SHILOH SANDERS' CLAIM

---

11/08/2017 NOTICE OF HEARING / FIAT ▾

2017.11.08 NOH-MSA, MTS, MTD.pdf

Comment
ON MOTION STRIKE

---

11/09/2017 CERTIFICATE OF DEPOSITION ▾

96123-028.pdf

Comment
RADIOLOGY ASSOCIATES OF NORTH TEXAS, P.A. BILLING R&N

---

11/13/2017 RESPONSE ▾

2017.11.13 3rd Party Defs' Rsp to Motion for Entry of Scheduling Order.pdf

Comment
THIRD PARTY DEFENDANTS'/ TO MOTION FOR ENTRY OF SCHEDULING ORDER

---

11/13/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

proposed Scheduling Order.pdf

Comment
SECOND AMENDED SCHEDULING ORDER

---

11/13/2017 RESPONSE ▾

RESPONSE TO PLAINTIFF'S MOTION TO APPOINTMENT SPECIAL MASTER

Comment
RESPONSE TO PLAINTIFF'S MOTION TO APPOINTMENT SPECIAL MASTER

---

11/17/2017 MOTION HEARING ▾

MOTION TO APPOINT LOWY OVER S SANDERS DEPO

ORDER APPOINTING LOWY

Judicial Officer
JORDAN, JIM

Hearing Time
9:30 AM

Comment
PLT'S APPT SPECIAL MASTER **** JIMMY NEGEM WILL APPEAR BY PHONE FROM SMITH COUNTY **
RACHEL 903 595 4466

---

11/17/2017 MOTION HEARING ▾

MOTION TO ENTER

Judicial Officer
JORDAN, JIM

Hearing Time
09:45 AM

Comment
PLT'S MOTION 2ND AMD DISCVY CNTRL PLAN **** JIMMY NEGEM WILL APPEAR BY PHONE FROM
SMITH COUNTY * RACHEL 903 595 4466

---

11/17/2017 NOTICE OF TRIAL ▾

160TH JURY TRIAL NOTICE

Comment
JURY

---

11/17/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

2017.11.17 Order Denying Plf's Motion to Appoint Apecial Master.pdf

Comment
DEFENDANT S ORDER DENYING PLAINTIFF S MOTION TO APPOINT SPECIAL MASTER

---

11/17/2017 SCHEDULING ORDER ▾

SCHEDULING ORDER

Comment
SECOND AMENDED

---

11/17/2017 ORDER - DENY ▾

ORDER - DENY

Comment
PLT'S MOTION TO APPT SPCL MASTER

---

11/22/2017 CORRESPONDENCE - LETTER TO FILE ▾

Clerk 11-22-17 file Rule 11 Agreement.pdf

Comment
RE RULE 11 AGREEMENT

---

11/22/2017 RULE 11 ▾

Rule 11 Agreement-signed by Counsel.pdf

---

11/27/2017 CERTIFICATE OF DEPOSITION ▾

96123-025.pdf

Comment
ST. MARY S MEDICAL PARK PHARMACY, INC. BILLING R & N

---

11/27/2017 CERTIFICATE OF DEPOSITION ▾

EXHIBIT DAR001 - Page 22

96123-031.pdf

Comment
UT SOUTHWESTERN PHYSICIANS BILLING R & N

---

11/27/2017 MOTION - DISMISS ▾

2017.11.27 Third Party Defs' Motion to Dismiss Pursuant to TRCP 91a.pdf

Comment
THIRD PARTY DEFENDANTS MOTION TO DISMISS PURSUANT T0 TEXAS RULE OF CIVIL
PROCEDURE 91a

---

11/27/2017 CERTIFICATE OF WRITTEN DISCOVERY ▾

2017.11.27 Certificate of Written Discovery.pdf

Comment
THIRD PARTY DEFENDANTS

---

11/28/2017 NOTICE OF HEARING / FIAT ▾

2017.11.28 NOH-3rd Party Defs' Motion to Dismiss Pursuant to TRCP 91a.pdf

Comment
THIRD-PARTY DEFENDANTS MOTION TO DISMISS

---

11/28/2017 CERTIFICATE OF DEPOSITION ▾

96123-013.pdf

Comment
PARKLAND HEALTH AND HOSPITAL SYSTEM - MEDICAL

---

11/28/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

2017-11-28 - Shilo Sanders Second Amended Answer - Counter-Claim - Third-Party Claims.pdf

Comment
DEFENDANT SHILO SANDERS SECOND AMENDED ANSWER, FIRST AMENDED COUNTER-
CLAIMS, AND FIRST AMENDED THIRD-PARTY CLAIMS

---

11/28/2017 RESPONSE ▾

Deion Sanders' Response to Third-Party Defendants' Motion to Show Authority, Motion to Strike

Comment
DEION SANDERS' RESPONSE TO THIRD-PARTY DEFENDANTS' MOTION TO SHOW AUTHORITY,
MOTION TO STRIKE PLEADINGS AND MOTION TO DISMISS THIRD-PARTY PLAINTIFF SHILOH
SANDERS' CLAIM

---

11/30/2017 DISCOVERY ▾

Certificate of Discovery.pdf

Comment
INTERVENOR'S CERTIFICATE OF

---

11/30/2017 CORRESPONDENCE - LETTER TO FILE ▾

Clerk 11-30-17 file Certificate of Discovery.pdf

Comment
RE: INTERVENOR'S CERTIFICATE OF DISCOVERY

---

12/01/2017 Motion - Dismiss ▾

Judicial Officer
JORDAN, JIM

Hearing Time
10:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
MICHELLE SORTOR 469 665 9100

---

12/18/2017 MOTION - WITHDRAW MISC ▾

3rd Party Defs' Motion to Partially Withdraw Their MTD Pursuant to TRCP 91a

Comment
3RD PARTY DEFENDANTS / PARTIALLY/ THEIR MOTION TO DISMISS PURSUANT TO TEXAS RULE
OF CIVIL PROCEDURE 91A, AS RELATED TO CAPACITY ISSUES

---

12/27/2017 RESPONSE ▾

SHILO SANDERS RESPONSE TO THIRD-PARTY DEFENDANTS MOTION TO DISMISS

Comment
SHILO SANDERS / TO THIRD-PARTY DEFENDANTS MOTION TO DISMISS PURSUANT TO TEXAS
RULE OF CIVIL PROCEDURE 91a

---

12/28/2017 MOTION - WITHDRAW ATTORNEY ▾

3rd Party Defs' MTW 3rd Party Defs' MTD Pursuant to TRCP 91a

Comment
THIRD PARTY DEFENDANTS' MOTION T0 WITHDRAW THIRD PARTY DEFENDANTS' MOTION TO
DISMISS PURSUANT TO TEXAS RULE 0F CIVIL PROCEDURE 91a

---

01/03/2018 Motion - Dismiss ▾

2017.11.27 Third Party Defs' Motion to Dismiss Pursuant to TRCP 91a.pdf

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
30 MIN / 469-665-9100 JENNIFER PATERSON

---

01/12/2018 ORDER - MISC. ▾

ORDER - MISC.

---

01/12/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.01.12 3rd Party Defs' CWD

Comment
THIRD PARTY DEFENDANTS' CERTIFICATE OF WRITTEN DISCOVERY

---

01/16/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.01.16 3rd Party Defs' CWD

Comment
THIRD PARTY DEFENDANTS'

---

01/17/2018 TRUST RECEIPT ▾

TRUST RECEIPT

---

01/29/2018 DISCOVERY ▾

221351 POF Notice Of Intention To Take Deposition By Written Questions.pdf

**EXHIBIT DAR001 - Page 24**

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-SEE ATTACHED
LOCATION LIST A

01/30/2018 DISCOVERY ▾

221351 POF Notice Of Intention To Take Deposition By Written Questions.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-SEE ATTACHED
LOCATION LIST A

02/02/2018 OBJECTION ▾

Motion to Quash DWQ to Sachse High School and Trinity Christian School.pdf

Comment
DEFENDANT/THIRD-PARTY PLAINTIFF, SHILO SANDERS / TO AND MOTION TO QUASH THIRD-
PARTY DEFENDANTS DEPOSITIONS BY WRITTEN QUESTIONS AND MOTION FOR PROTECTIVE
ORDER

02/05/2018 DISCOVERY ▾

96123-032.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-METHODIST DALLAS
MEDICAL CENTER (BILLING R & N)

02/05/2018 DISCOVERY ▾

96123-033.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-METHODIST DALLAS
MEDICAL CENTER (MEDICAL)

02/12/2018 CERTIFICATE OF DEPOSITION ▾

DARJEAN

Comment
ALIGN NETWORKS INC - MEDICAL

02/13/2018 CERTIFICATE OF DEPOSITION ▾

96123-004.pdf

Comment
DALLAS FIRE RESCUE DEPARTMENT BILLING R& N

02/20/2018 DISCOVERY ▾

221351.003-005 Notice of Intention to take Deposition by Written Questions.pdf

Comment
NOTICE OF INTENT TO TAKE DEPOSITION BY WRITTEN DISCOVERY-SEE ATTACHED LOCATION
LIST A

02/26/2018 DISCOVERY ▾

221351.006-008 Notice of Intention to take Deposition by Written Questions.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-SEE ATTACHED
LOCATION LIST

03/01/2018 DISCOVERY ▾

110819-001.pdf

**EXHIBIT DAR001 - Page 25**

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-METHODIST DALLAS
MEDICAL CENTER (RADIOLOGY)

03/02/2018 CERTIFICATE OF DEPOSITION ▾

RULE 203 CERTIFICATION

Comment
RULE 203 CERTIFICATION-CENTURY INTEGRATED PARTNERS INC - BILLING R & N

03/06/2018 CERTIFICATE OF DEPOSITION ▾

345239EF.pdf

Comment
REPORTER'S CERTIFICATION DEPOSITION OF DEION SANDERS

03/07/2018 OBJECTION ▾

Motion for Protection and Objections to DWQ re Police and Letot records - SIGNED.pdf

Comment
SHILO SANDERS / TO AND MOTION TO QUASH & MOTION FOR PROTECTIVE ORDER

03/12/2018 VACATION LETTER

03/13/2018 CERTIFICATE OF DEPOSITION ▾

221351.2 Certification by Officer and Notice of Delivery.pdf

Comment
TRINITY CHILDREN'S SCHOOL

03/23/2018 NOTICE OF HEARING / FIAT ▾

OC - NOH 20180323.pdf

Comment
ON MOTION QUASH

03/23/2018 MOTION - DISMISS ▾

2018.03.23 L. McClure's MTD Pursuant to TCPRC 101.106.pdf

Comment
THIRD-PARTY DEFENDANT LEROY MCCLURE'S MOTION TO DISMISS PURSUANT TO TEX CIV.
PRAC. & REM. CODE 101.106

03/23/2018 NOTICE OF HEARING / FIAT ▾

OC - NOH 20180323 (rev).pdf

Comment
AMENDED ON MOTION QUASH

03/23/2018 CERTIFICATE OF DEPOSITION ▾

96123-032.pdf

Comment
RULE 203 CERTIFICATION-METHODIST DALLAS MEDICAL CENTER-BILLING R & N

03/26/2018 CERTIFICATE OF DEPOSITION ▾

96123-033.pdf

Comment
RULE 203 CERTIFICATION-METHODIST DALLAS MEDICALCENTER-MEDICAL

03/28/2018 RULE 11 ▾

EXHIBIT DAR001 - Page 26

2018.03.28 NOF Rule 11 Agmt. - Expert Designation Deadlines.pdf

Comment
THIRD-PARTY DEFENDANTS' NOTICE OF FILING/ AGREEMENT

---

03/28/2018 DISCOVERY ▾

96123-034.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-METHODIST DALLAS
MEDICAL CENTER (BILLING R & N)

---

04/02/2018 CERTIFICATE OF DEPOSITION ▾

Reporter's Cert - John Darjean.pdf

Comment
JOHN DARJEAN VOL 2

---

04/02/2018 CERTIFICATE OF CONFERENCE ▾

2018.04.02 Certificate of Conference - MTQ filed 02.02.2018.pdf

Comment
ON DEFENDANT/THIRD PARTY PLAINTIFF, SHILO SANDERS , OBJECTIONS TO AND MOTION TO
QUASH THIRD PARTY DEFENDANTS DEPOSITIONS BY WRITTEN QUESTIONS AND MOTION FOR
PROTECTIVE ORDER

---

04/02/2018 CERTIFICATE OF DEPOSITION ▾

Comment
REPORTER'S CERTIFICATION ORAL AND VIDEOTAPED DEPOSITION OF SHILO D. SANDERS

---

04/02/2018 CERTIFICATE OF DEPOSITION ▾

Comment
REPORTER'S CERTIFICATION ORAL AND VIDEOTAPED DEPOSITION OF SHILO D. SANDERS

---

04/03/2018 NOTICE OF HEARING / FIAT ▾

2018.04.03 NOH-Motion to Quash.pdf

Comment
ON MOTION QUASH

---

04/04/2018 DISCOVERY ▾

221351.009 Notice of Intention to take Deposition by Written Questions.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-BLACK GLOVE
PROMOTIONS, INC (BUSINESS RECORDS)

---

04/05/2018 CERTIFICATE OF DEPOSITION ▾

221351.3 Certification by Officer and Notice of Delivery.pdf

Comment
KID CARE PEDIATRICS MEDICAL RECORDS AND DIAGNOSTIC IMAGING

---

04/06/2018 DISCOVERY ▾

96123.035.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-METHODIST DALLAS
MEDICAL CENTER (MEDICAL)

---

04/06/2018 DISCOVERY ▾

EXHIBIT DAR001 - Page 27

96123.036.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-METHODIST DALLAS
MEDICAL CENTER (BILLING R & N)

04/09/2018 NOTICE OF HEARING / FIAT ▾

2018.04.09 NOH- 3rd Party Def L. McClure's MTD Pursuant to TCPRC 101.106.pdf

Comment
ON MOTION TO DISMISS

04/09/2018 MOTION - COMPEL ▾

Comment
SS DEPOSITION TESTIMONY

04/09/2018 NOTICE OF HEARING / FIAT ▾

2018.04.09 Amd. NOH- L. McClure's MTD Pursuant to TCPRC 101.106.pdf

Comment
AMENDED NOTICE OF ORAL HEARING ON THIRD-PARTY DEFENDANT LEROY MCCLURE'S
MOTION TO DISMISS PURSUANT TO TEX CIV. PRAC. & REM. CODE 101.106

04/09/2018 NOTICE OF HEARING / FIAT ▾

2018.04.09 NOH- 3rd-Party Defs' MTC S. Sanders' Depo Testimony.pdf

Comment
NOTICE OF ORAL HEARING ON THIRD-PARTY DEFENDANTS' MOTION TO COMPEL SHILO
SANDERS' DEPOSITION TESTIMONY

04/10/2018 MOTION - PROTECT ▾

Shilo's Motion for Protective Order - signed.pdf

Comment
ORDER REGARDING HIS CONTINUED DEPOSITION TESTIMONY

04/11/2018 MOTION - PROTECT ▾

Shilo's Motion for Protective Order - signed.pdf

Comment
FIRST AMENDED/ ORDER

04/11/2018 MOTION - PROTECT ▾

SHILO SANDERS' AMENDED

Comment
SHILO SANDERS' AMENDED

04/11/2018 RESPONSE ▾

2018.04.11 3rd-Party Defs' Rsps to 3rd-Party Plf's MTQ & Motions for PO.pdf

Comment
3rd-Party Defs' Rsp to 3rd-Party Plf's MTQ & Motions for PO

04/11/2018 MOTION - PROTECT ▾

SHILO SANDERS' FIRST AMENDED MOTION FOR PROTECTIVE ORDER

Comment
SHILO SANDERS' FIRST AMENDED MOTION FOR PROTECTIVE ORDER

04/12/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

EXHIBIT DAR001 - Page 28

Order Granting Shilo's First Amended Motion for Protective Order.pdf

Comment
ORDER GRANTING SHILO SANDERS FIRST AMENDED MOTION FOR PROTECTIVE ORDER
REGARDING HIS CONTINUED DEPOSITION TESTIMONY

---

04/12/2018 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

Shilo Sanders'Third Amended Answer, 2nd Amended CC, and 2nd Amended 3rd Party Claim.pdf

Comment
SECOND AMENDED COUNTER-CLAIMS, AND SECOND AMENDED THIRD-PARTY CLAIMS

---

04/13/2018 Motion - Quash ▼

Motion for Protection and Objections to DWQ re Police and Letot records - SIGNED.pdf

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
11:00 AM

Comment
15 MIN / 214-919-3555 CARLY

---

04/13/2018 Motion - Quash ▼

Motion to Quash DWQ to Sachse High School and Trinity Christian School.pdf

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
11:30 AM

Comment
SET BY DEF * JENNIFER PATTERSON 469 665 9100

---

04/13/2018 Motion - Compel ▼

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
11:45 AM

Comment
ALISHA 469-665-9100

---

04/16/2018 ORDER - PROTECT ▼

ORDER - PROTECT

---

04/16/2018 ORDER - DENY ▼

ORDER - DENY

Comment
PLT'S MOTIONS TO QUASH

---

04/16/2018 ORDER - COMPEL ▼

ORDER - COMPEL

---

04/17/2018 RESPONSE ▼

Shilo's Response to Third-Party Defendant McClure's Motion to Dismiss (final)-signed.pdf

Comment
SHILO SANDERS'/ TO THIRD-PARTY DEFENDANT LEROY MCCLURE S MOTION TO DISMISS

---

04/18/2018 DISCOVERY ▼

**EXHIBIT DAR001 - Page 29**

221351.010-013 Notice of Intention to take Deposition by Written Questions.pdf

Comment
NOTICE 0F INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-SEE ATTACHED
LOCATION LIST "A"

04/19/2018 NOTICE OF HEARING / FIAT ▾

2018.04.19 2nd Amd NOH - MTD re TCPRC 101.106.pdf

Comment
ON MOTION DISMISS

04/23/2018 DISCOVERY ▾

221351.014-016 Notice of Intention to take Deposition by Written Questions.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

04/24/2018 RESPONSE ▾

Shilo's First Amended Response to McClure's Motion to Dismiss

Comment
SHILO SANDERS FIRST AMENDED/ TO MCCLURE S MOTION TO DISMISS

04/26/2018 RESPONSE ▾

2018.04.26 McClure's Reply to 3rd-Party Plf's Amd. Rsp to MTD.pdf

Comment
THIRD-PARTY DEFENDANT, LEROY MCCLURE S/ TO THIRD-PARY PLAINTIFF S AMENDED
RESPONSE TO THE MOTION TO DISMISS PURSUANT TO TEX.CIV.PRAC. & REM. CODE 101.106

04/27/2018 Motion - Dismiss ▾

2018.03.23 L. McClure's MTD Pursuant to TCPRC 101.106.pdf

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
09:45 AM

Comment
ALISHA 469-665-9100

05/01/2018 DISCOVERY ▾

221351.017 Notice of Intention to take Deposition by Written Questions.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS-DALLAS FIRE-RESCUE
DEPARTMENT (AMBULANCE RECORDS)

05/02/2018 CERTIFICATE OF DEPOSITION ▾

Methodist Dallas Medical Center

Comment
Methodist Dallas Medical Center

05/02/2018 DESIGNATION OF EXPERT WITNESS(ES) ▾

Pltfs Desig of Experts - 1ST AMENDED.pdf

Comment
PLAINTIFF'S FIRST AMENDED/ PURSUANT TO THE SECOND AMENDED DOCKET CONTROL
SCHEDULING ORDER AND RULE 11 AGREEMENT

05/08/2018 ORDER - DENY ▾

EXHIBIT DAR001 - Page 30

ORDER - DENY

Comment
MOTION TO DISMISS THIRD PARTY CLAIM

---

05/09/2018 DISCOVERY ▾

221351.019-020 Notice of Intention to take Deposition by Written Questions.pdf

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

---

05/23/2018 CERTIFICATE OF DEPOSITION ▾

2122209 SANDERS.SHILO VOLUME II Confidential 041718.er.pdf

Comment
SHILO SANDERS

---

05/24/2018 MOTION - COMPEL ▾

2018.05.24 3rd-Party Defs' MTC Written Disc.pdf

Comment
WRITTEN DISCOVERY

---

05/25/2018 NOTICE OF HEARING / FIAT ▾

DEF'S MOTION TO COMPEL

Comment
DEF'S MOTION TO COMPEL

---

06/01/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.06.01 CWD-3rd Party Defs' 1st S Rsp to RFD & Expert Wit Design.pdf

---

06/01/2018 CERTIFICATE OF DEPOSITION ▾

221351.4 Certification by Officer and Notice of Delivery.pdf

Comment
CERTIFICATION BY OFFICER AND NOTICE OF DELIVERY-PEDIATRIC SPORTS AND SPINE
ASSOCIATES MEDICAL RECORDS AND DIAGNOSTIC IMAGING

---

06/01/2018 RESPONSE ▾

final P2F First Supplemental Answer.pdf

Comment
DEFENDANT DEION SANDERS' FIRST SUPPLEMENTAL ANSWER

---

06/05/2018 MOTION - LEAVE ▾

2018.06.05 3rd Party Defs' Motion for Leave to Extend Deadlines.pdf

Comment
THIRD-PARTY DEFEDANTS' MOTION FOR LEA VE TO EXTEND DEADLINES

---

06/07/2018 NOTICE OF HEARING / FIAT ▾

2018.06.07 NOH- 3rd-Party Defs' MFL to Extend DLs.pdf

Comment
ON MOTION FOR LEAVE

---

06/08/2018 RULE 11 ▾

2018.06.08 3rd-Party Defs' NOF Rule 11 Agmt..pdf

Comment
3RD PARTY-DEFENDANT'S NOTICE OF FILING/ AGREEMENT

06/08/2018 MOTION - QUASH ▾

2018.06.08 3rd-Party Defs' MTQ D. Sanders' DN of White Star Consulting, LLC.pdf

Comment
DEFENDANT, DEION SANDERS , NOTICE OF DEPOSITION SUBPOENA AND SUBPOENA DUCES
TECUM TO NON-PARTY WHITE STAR CONSULTING, LLC

06/11/2018 MISCELLANOUS EVENT ▾

final P2O Notice of Withdrawal of Depostion Subpoena for White Star Consulting.pdf

Comment
NOTICE OF WITHDRAWAL OF DEPOSITION SUBPOENA

06/12/2018 CERTIFICATE OF CONFERENCE ▾

2018.06.12 3rd-Party Defs' Amd. Cert. of Conf to MFL to Extend DLs.pdf

Comment
THIRD-PARTY DEFENDANTS' AMENDED CERTIFICATE OF CONFERENCE TO THEIR MOTION FOR
LEAVE TO EXTEND DEADLINES

06/21/2018 DISCOVERY ▾

2018-06-21 Certificate of Discovery.pdf

06/22/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.06.22 CWD.pdf

Comment
THIRD-PARTY DEFENDANT

06/26/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.06.26 CWD.pdf

Comment
THIRD-PARTY DEFENDANT S

07/02/2018 RULE 11 ▾

RULE 11 AGREEMENT

Comment
RULE 11 AGREEMENT

07/02/2018 MOTION - CONTINUANCE ▾

2018.07.02 Agreed Motion for Continuance.pdf

Comment
AGREED

07/02/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

proposed Third Agreed Scheduling Order.pdf

Comment
THIRD AGREED SCHEDULING ORDER

07/03/2018 SCHEDULING ORDER ▾

SCHEDULING ORDER

Comment
3RD AGRD

07/03/2018 NOTICE OF TRIAL ▾

160TH JURY TRIAL NOTICE

Comment
JURY

07/05/2018 Motion - Leave ▾

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
SET BY AYSHA SPENCER 469-665-9100

07/10/2018 CERTIFICATE OF DEPOSITION ▾

221351.13 Certification by Officer and Notice of Delivery.pdf

Comment
221351.13 Certification by Officer and Notice of Delivery

07/11/2018 MOTION - COMPEL ▾

Comment
Amended

07/12/2018 NOTICE OF HEARING / FIAT ▾

Defendants' Amended Motion to Compel

Comment
Defendants' Amended Motion to Compel

07/13/2018 CORRESPONDENCE - LETTER TO FILE ▾

Judge Jordan

Comment
Judge Jordan

07/16/2018 RESPONSE ▾

SHILO SANDERS RESPONSE TO DEFENDANATS AMENDED MOTION TO COMPEL

Comment
SHILO SANDERS RESPONSE TO DEFENDANATS AMENDED MOTION TO COMPEL

07/17/2018 DISCOVERY ▾

221351.POF Notice Of Intention To Take Depostion By Written Questions.pdf

Comment
221351.POF Notice Of Intention To Take Depostion By Written Questions

07/17/2018 NOTICE OF HEARING / FIAT ▾

Defendants' Amended Motion to Compel

Comment
Defendants' Amended Motion to Compel

07/17/2018 VACATION LETTER

**EXHIBIT DAR001 - Page 33**

Vacation Letter.pdf

Comment
Vacation Letter

---

07/19/2018 REQUESTED JURY INSTRUCTIONS ▾

Notice Of Intention To Take Depostion

Comment
Notice Of Intention To Take Depostion

---

07/20/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.07.20 CWD-RFP to Utica.pdf

---

07/20/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.07.20 CWD-Defs' Discovery Answers & Responses.pdf

Comment
DEFENDANTS

---

07/23/2018 CERTIFICATE OF DEPOSITION ▾

221351.5 Certification by Officer and Notice of Delivery.pdf

Comment
TOUCHSTONE IMAGING FOSSIL CREEK/ RENITA BUTLER MD MEDICAL RECORDS AND
DIAGNOSTIC IMAGING

---

07/24/2018 PLEA TO JURISDICTION ▾

2018.07.24 McClure's Plea to Jurisdiction, Amd. Answer & Claim for Attys Fees.pdf

Comment
McClure's Plea to Jurisdiction, Amd. Answer & Claim for Attys Fees

---

07/24/2018 PLEA TO JURISDICTION ▾

2018.07.24 FLA's Plea to Jurisdiction, Amd. Answer & Claim for Attys Fees.pdf

Comment
THIRD-PARTY DEFENDANT, FOCUS LEARNING ACADEMY, INC. S

---

07/24/2018 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

2018.07.24 FLA's Plea to Jurisdiction, Amd. Answer & Claim for Attys Fees.pdf

Comment
AND CLAIM FOR ATTORNEYS FEES

---

07/24/2018 MOTION - COMPEL ▾

Comment
SUPPLEMENT

---

07/25/2018 AMENDED PETITION ▾

Plaintiff's Third Amended

Comment
Plaintiff's Third Amended

---

07/25/2018 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

Shilo Sanders Fourth Amended Answer - Counter-Claim - Third-Party Claims - SIGNED.pdf

Comment
FOURTH/ THIRD AMENDED COUNTER-CLAIMS, AND THIRD AMENDED THIRD-PARTY CLAIMS

07/27/2018 Motion - Compel ▾

2018.05.24 3rd-Party Defs' MTC Written Disc.pdf

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
10:30 AM

Comment
30 MIN / 469-665-9100 AYSHA

---

07/27/2018 PLEA TO JURISDICTION ▾

2018.07.27 FLA's Plea to Jurisdiction, 2nd Amd. Answer & Claim for Attys Fees.pdf

Comment
FLA's Plea to Jurisdiction, 2nd Amd. Answer & Claim for Attys Fees

---

07/27/2018 PLEA TO JURISDICTION ▾

2018.07.27 McClure's Plea to Jurisdiction, 2nd Amd. Answer & Claim for Atty's Fees.pdf

Comment
McClure's Plea to Jurisdiction, 2nd Amd. Answer & Claim for Atty's Fees

---

07/30/2018 ORDER - COMPEL ▾

ORDER - COMPEL

---

08/09/2018 MOTION - STRIKE ▾

2018.08.09 3rd-Party Defs' MTS 3rd-Party Plf's Experts & Exclude Expert Testimony.pdf

---

08/10/2018 NOTICE OF HEARING / FIAT ▾

MOTION TO STRIKE

Comment
MOTION TO STRIKE

---

08/14/2018 MOTION - COMPEL ▾

Shilo's Motion to Compel against Darjean - SIGNED.pdf

Comment
RESPONSES TO WRITTEN DISCOVERY FROM JOHN DARJEAN

---

08/14/2018 NOTICE OF HEARING / FIAT ▾

DEF'S MOTION TO STRIKE

Comment
DEF'S MOTION TO STRIKE

---

08/14/2018 NOTICE OF HEARING / FIAT ▾

OC - NOH (MTC) 20180814.pdf

---

08/16/2018 DISCOVERY ▾

Notice Of Intention To Take Depostion By Written Questions

Comment
Notice Of Intention To Take Depostion By Written Questions

---

08/16/2018 CERTIFICATE OF DEPOSITION ▾

221351.20 Certification by Officer and Notice of Delivery.pdf

EXHIBIT DAR001 - Page 35

Comment
221351.20 Certification by Officer and Notice of Delivery

08/23/2018 RETURN OF SERVICE ▾

SUBPOENA WHITE STAR CONSULTING LLC

Comment
SUBPOENA WHITE STAR CONSULTING LLC

09/04/2018 MOTION - COMPEL ▾

Shilo's Supplement to Motion to Compel Responses from Darjean - signed.pdf

Comment
SHILO SANDERS SUPPLEMENT TO HIS MOTION TO COMPEL RESPONSES TO WRITTEN
DISCOVERY FROM JOHN DARJEAN

09/04/2018 RESPONSE ▾

Shilo's Response to Third-Party Defendants' Motion to Strike

Comment
SHILO SANDERS RESPONSE TO THIRD-PARTY DEFENDANTS MOTION TO STRIKE THIRD-PARTY
PLAINTIFF S EXPERTS AND EXCLUDE EXPERT TESTIMONY AND IN THE ALTERNATIVE, MOTION
FOR CONTINUANCE

09/06/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

COD re Utica's Resp to Focus Learning RFP.pdf

Comment
INTERVENOR, UTICA MUTUAL INSURANCE COMPANY'S

09/06/2018 RESPONSE ▾

Defs' Reply to Shilo's Rsp to 3rd-Party Defs' MTS

Comment
Defs' Reply to Shilo's Rsp to 3rd-Party Defs' MTS

09/06/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.09.06 CWD.pdf

Comment
THIRD-PARTY DEFENDANT, FOCUS LEARNING ACADEMY.

09/07/2018 Motion - Strike ▾

2018.08.09 3rd-Party Defs' MTS 3rd-Party Plf's Experts & Exclude Expert Testimony.pdf

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
9:00 AM

Comment
1 HOUR * AYSHA SPENCER 469 665 9100

09/07/2018 Motion - Compel ▾

Shilo's Motion to Compel against Darjean - SIGNED.pdf

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
10:00 AM

Comment
30M * DEF * CARLI MCCALL 214 919 3555

09/07/2018 CERTIFICATE OF WRITTEN DISCOVERY ▼

2018.09.07 Certificate of Written Discovery.pdf

Comment
THIRD-PARTY DEFENDANT, FOCUS LEARNING ACADEMY

09/07/2018 DEPUTY REPORTER STATEMENT ▼

DEPUTY REPORTER STATEMENT

09/07/2018 ORDER - DENY ▼

ORDER - DENY

Comment
DEF'S MOTION TO STRIKE

09/07/2018 ORDER - COMPEL ▼

ORDER - COMPEL

09/13/2018 CERTIFICATE OF DEPOSITION ▼

JOHN DONALD DARJEAN

Comment
JOHN DONALD DARJEAN

09/14/2018 CERTIFICATE OF WRITTEN DISCOVERY ▼

CWD 20180914 - signed.pdf

Comment
SHILO SANDERS'

09/18/2018 MOTION - SUMMARY JUDGMENT

09/19/2018 NOTICE OF HEARING / FIAT ▼

Comment
Defendants Motion for Summary Judgment

09/24/2018 DISCOVERY ▼

Notice of Intention to take Deposition

Comment
Notice of Intention to take Deposition

09/24/2018 CERTIFICATE OF WRITTEN DISCOVERY ▼

CWD 20180924.pdf

Comment
Certificate of Written Discovery

09/27/2018 NO EVIDENCE MOTION FOR SUMMARY JUDGMENT ▼

final P2L Deion Sanders' Motion for No Evidence and Traditional MSJ.pdf

09/27/2018 AFFIDAVIT ▼

final P2Q Declaration of Larry R. Boyd with exhibits.pdf

Comment
DECLARATION OF LARRY R. BOYD

09/27/2018 NOTICE OF HEARING / FIAT ▼

Comment
**DEF'S MSJ**

---

10/02/2018 MOTION - LEAVE ▾

final P3B Supplmental Motion for Leave to Designate a Responsible Third Parties.pdf

Comment
**SUPPLEMENTAL MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTIES**

---

10/03/2018 CERTIFICATE OF DEPOSITION ▾

221351.10 Certification by Officer and Notice of Delivery.pdf

Comment
**METHODIST CHARLTON MEDICAL CENTER MEDICAL RECORDS**

---

10/03/2018 MOTION - LEAVE ▾

Shilo Sanders - Motion for Leave to File 3rd Party Claim against White Star Consulting

Comment
**TO FILE THIRD-PARTY PETITION AGAINST WHITE STAR CONSULTING, LLC**

---

10/04/2018 MOTION - LEAVE ▾

2018.10.04 3rd-Party Defs' MFL to Designate Responsible 3rd Party.pdf

Comment
**3rd-Party Defs' MFL to Designate Responsible 3rd Party**

---

10/04/2018 NOTICE OF HEARING / FIAT ▾

Shilo Sanders' Motion for Leave

Comment
**Shilo Sanders' Motion for Leave**

---

10/04/2018 DISCOVERY ▾

221351.POF Notice Of Intention To Take Depostion By Written Questions.pdf

Comment
**NOTICE OF INTENTION TO TAKE DEPOSTION BY WRITTEN QUESTIONS**

---

10/12/2018 RESPONSE ▾

MSJ Response.pdf

Comment
**PLAINTIFF'S, JOHN DARJEAN, RESPONSE TO DEFENDANT DEION SANDERS MOTION FOR SUMMARY JUDGMENT**

---

10/12/2018 CORRESPONDENCE - LETTER TO FILE ▾

exhibits to msj - SMALL .pdf

Comment
**EXHIBITS TO PL RESP TO DEF MSJ**

---

10/12/2018 CORRESPONDENCE - LETTER TO FILE ▾

Letter to Court re Deliver of Exhibits to Shilo's Response to 3PD MSJ.pdf

---

10/12/2018 RESPONSE ▾

Shilo's Response to Third-Party Defendants' Motions for Summary Judgment

---

SHILO SANDERS RESPONSE TO THIRD-PARTY DEFENDANTS MOTION FOR SUMMARY JUDGMENT

---

10/16/2018 MOTION - LEAVE ▾

2018.10.16 McClure's MFL to Amd. Pleadings.pdf

Comment
TO AMEND PLEADINGS

---

10/16/2018 RESPONSE ▾

Comment
THIRD-PARTY DEFENDANTS / TO THIRD-PARTY PLAINTIFF S RESPONSE TO THIRD-PARTY DEFENDANTS MOTION FOR SUMMARY JUDGMENT

---

10/16/2018 OBJECTION

---

10/16/2018 RESPONSE ▾

final P3H Reply to Plaintiff's Response to Defendant's No-Evidence and Traditional MSJ.pdf

Comment
DEION SANDERS'/ TO PLAINTIFF'S RESPONSE TO DEION SANDERS' MOTION FOR NO EVIDENCE AND TRADITIONAL SUMMARY JUDGMENT AND OBJECTION TO PLAINTIFF'S SUMMARY JUDGMENT EVIDENCE

---

10/17/2018 MOTION - LEAVE ▾

final P3G Motion for Leave to File Additional Summary Judgment Evidence with exhibits.pdf

---

10/17/2018 OBJECTION ▾

final P3E Objection to Designation as a Responsible Third Party.pdf

Comment
Objection to Third Party Defendants' Designation of Deion Sanders as a Responsible Third Party

---

10/17/2018 OBJECTION ▾

2018.10.17 3rd PDef's Obj to Def DS' Motion for Leave.pdf

Comment
3RD PARTY DEFENDANTS'/ TO DEFENDANT DEION SANDERS' MOTION FOR LEAVE

---

10/17/2018 CERTIFICATE OF DEPOSITION ▾

96123-036.pdf

Comment
METHODIST DALLAS MEDICAL CENTER BILLING R& N

---

10/18/2018 RESPONSE ▾

TO DEFENDANTS' OBJECTIONS TO SJ

Comment
TO DEFENDANTS' OBJECTIONS TO SJ

---

10/18/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER GRANTING SHILOH SANDERS MOTION FOR LEAVE

Comment
ORDER GRANTING SHILOH SANDERS MOTION FOR LEAVE

---

10/19/2018 Motion - Summary Judgment ▾

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
9:00 AM

Comment
1 HOUR * INFORMED JENNIFER PATTERSON TO SUPPLY THEIR OWN CRT REPORTER * 469 665 9100

---

10/19/2018 Motion - Summary Judgment ▾

final P2L Deion Sanders' Motion for No Evidence and Tradtional MSJ.pdf

Shilo Sanders - Motion for Leave to File 3rd Party Claim against White Star Consulting

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
10:15 AM

Comment
1 HR * INFORMED EMILY HAHN TO SUPPLY HER OWN CRT REPORTER * 214 544 4023 * CARLY 214 644
2009 MOTION FOR LEAVE LARRY BOYD OK TO SHARE TIME

---

10/19/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting Deion Sanders' MSJ

Comment
Order Granting Deion Sanders' MSJ

---

10/19/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting or Denying Def's Obj's to Plt's SJ Evidence and Motion to Strike

Comment
Order Granting or Denying Def's Obj's to Plt's SJ Evidence and Motion to Strike

---

10/19/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting Deion Sanders' Motion for Leave

Comment
Order Granting Deion Sanders' Motion for Leave

---

10/19/2018 DEPUTY REPORTER STATEMENT ▾

DEPUTY REPORTER STATEMENT

---

10/22/2018 AFFIDAVIT ▾

2018-10-22 Affidavit for Authentification of Business Records.pdf

Comment
Affidavit for Authification of Business Records

---

10/22/2018 OBJECTION ▾

20181022 Plaintiff's Objection to Def Deion Sanders' Supp MFL to Desig Third Party.pdf

Comment
Plaintiff's Objection to Defendant Deion Sanders' Supplemental Motion for Leave to Designate
Responsible Third Party

---

10/22/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Denying Deion Sanders' Supplemental Motion for Leave

Comment
Order Denying Deion Sanders' Supplemental Motion for Leave

---

10/22/2018 ORDER - JUDGMENT ▾

EXHIBIT DAR001 - Page 40

ORDER - JUDGMENT

Comment
THIRD PARTY DEF'S MSJ

10/23/2018 MOTION - EXCLUDE ▾

final P3L Motion to Exclude the Expert Testimony of Nimesh Patel M.D.1 with exhibits.pdf

Comment
DEFENDANTS' JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF NIMESH PATEL, M.D.

10/23/2018 MOTION - EXCLUDE ▾

final P3M Motion to Exclude the Expert Testimony of Michael Phillips M.D. with exhibitspdf.pdf

Comment
DEFENDANTS' JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MICHAEL PHILLIPS, M.D.

10/23/2018 MOTION - LEAVE ▾

SHILOH SANDERS' AMENDED

Comment
SHILOH SANDERS' AMENDED

10/23/2018 MOTION - EXCLUDE ▾

Motion to Exclude the Expert Testimony of John Lehman and White Star Consulting LLC

Comment
Defendants' Joint Motion to Exclude the Expert Testimony of John Lehman and White Star Consulting, LLC

10/24/2018 NOTICE OF APPEAL OF AJ ▾

Shilo's Appeal of Associate Judge's Decision - SIGNED.pdf

Comment
SHILO SANDERS APPEAL OF ASSOCIATE JUDGE S DECISION

10/24/2018 MOTION - LEAVE ▾

Shilo's MFL to submit additional evidence (Part 1).pdf

Comment
SHILO SANDERS MOTION FOR LEAVE TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF APPEAL OF ASSOCIATE JUDGE S DECISION (PART 1)

10/24/2018 MISCELLANOUS EVENT ▾

Shilo's MFL to submit additional evidence (Part 2).pdf

Comment
SHILO SANDERS MOTION FOR LEAVE TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF APPEAL OF ASSOCIATE JUDGE S DECISION

10/24/2018 MISCELLANOUS EVENT ▾

Shilo's MFL to submit additional evidence (Part 3).pdf

Comment
SHILO SANDERS MOTION FOR LEAVE TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF APPEAL OF ASSOCIATE JUDGE S DECISION (PART 3)

10/24/2018 MISCELLANOUS EVENT ▾

Shilo's MFL to submit additional evidence(Part 4).pdf

Comment
SHILO SANDERS MOTION FOR LEAVE TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF
APPEAL OF ASSOCIATE JUDGE S DECISION (PART 4)

10/25/2018 NOTICE OF HEARING / FIAT ▾

Shilo Sanders Appeal of AJ s Decision and Motion for Leave

Comment
Shilo Sanders Appeal of AJ s Decision and Motion for Leave

10/25/2018 CERTIFICATE OF CONFERENCE ▾

Shilo's - Cert of Conference - MFL to submit additional evidence

Comment
SHILO SANDERS / TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF APPEAL OF ASSOCIATE
JUDGE S DECISION

10/26/2018 BRIEF FILED ▾

JUDGE MCFARLIN

Comment
JUDGE MCFARLIN

10/29/2018 MOTION - LEAVE ▾

PL MTN FOR LEAVE TO FILE ADDITIONAL SJ.pdf

10/29/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER FOR LEAVE

Comment
ORDER FOR LEAVE

10/30/2018 CORRESPONDENCE - LETTER TO FILE ▾

final L1l McFarlin 103018 signed.pdf

Comment
LETTER TO JUDGE MCFARLIN

10/30/2018 MOTION - LEAVE ▾

Opposition to Plaintiff's Motion for Leave to File Additional Summary Judgment Evidence.pdf

Comment
Defendant Deion Sanders Opposition to Plaintiff's Motion for Leave to File additional Summary
Judgment Evidence

10/30/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER DENYING MOTION FOR LEAVE

Comment
ORDER DENYING MOTION FOR LEAVE

10/31/2018 CERTIFICATE OF DEPOSITION ▾

370322EF.pdf

Comment
OF NIMESH PATEL, M.D.

10/31/2018 CERTIFICATE OF DEPOSITION ▾

Michael Phillips, MD

Comment
Michael Phillips, MD

11/01/2018 ORDER - MISC. ▾

ORDER - MISC.

Comment
OBJECTIONS TO THIRD PARTY PLT'S SJ EVIDENCE

11/05/2018 CERTIFICATE OF DEPOSITION ▾

Leroy Mcclure Jr.

Comment
Leroy Mcclure Jr.

11/05/2018 CERTIFICATE OF WRITTEN DISCOVERY ▾

2018.11.05 CWD-Supplemental RRFD.pdf

Comment
Certificate of Written Discovery

11/06/2018 CERTIFICATE OF DEPOSITION ▾

Leroy Mcclure Jr.

Comment
Leroy Mcclure Jr.

11/07/2018 ORDER - DENY ▾

ORDER - DENY

Comment
SHILO SANDERS' MOTIONS FOR LEAVE

11/09/2018 NOTICE OF APPEAL OF AJ ▾

Sanders' Appeal of Associate Judge's Decision Denying MFL

Comment
SHILO SANDERS' APPEAL OF ASSOCIATE JUDGE'S DECISION DENYING MOTIONS FOR LEA VE
TO FILE CLAIMS AGAINST WHITE STAR CONSULTING, LLC

11/09/2018 NOTICE OF HEARING / FIAT ▾

DEFENDANTS' JOINT MOTION TO EXCLUDE - NIMESH PATEL, M.D.

Comment
DEFENDANTS' JOINT MOTION TO EXCLUDE - NIMESH PATEL, M.D.

11/09/2018 NOTICE OF HEARING / FIAT ▾

MOTION TO EXCLUDE - MICHAEL PHILLIPS, M.D.

Comment
MOTION TO EXCLUDE - MICHAEL PHILLIPS, M.D.

11/09/2018 NOTICE OF HEARING / FIAT ▾

DEFENDANTS' JOINT MOTION TO EXCLUDE - JOHN LEHMAN AND WHITE STAR CONSULTING, LLC

Comment
DEFENDANTS' JOINT MOTION TO EXCLUDE - JOHN LEHMAN AND WHITE STAR CONSULTING,
LLC

11/09/2018 CORRESPONDENCE - LETTER TO FILE ▾

Honorable Judge Jordan

Comment
Honorable Judge Jordan

11/09/2018 MOTION - COMPEL ▼

P2U Motion to Compel Exclude and for Sanctions with exhibitsverified.pdf

11/09/2018 RESPONSE ▼

to Shilo Sander's Appeal of Assoc Judge's Ruling

Comment
to Shilo Sander's Appeal of Assoc Judge's Ruling

11/09/2018 OBJECTION ▼

2018.11.09 3rd P Defs' Obj & Rsp to S Sanders' MFL to Submit Add Evidence.pdf

Comment
Defs' Obj & Rsp to S Sanders' MFL to Submit Add Evidence

11/12/2018 ORDER - DENY ▼

ORDER - DENY

Comment
DEION SANDERS' MOTION FOR SUMMARY JUDGMT

11/13/2018 ORDER - LEAVE ▼

ORDER - LEAVE

11/14/2018 CERTIFICATE OF DEPOSITION ▼

Reporter's Cert - John Lehman.pdf

Comment
JOHN LEHMAN

11/15/2018 NOTICE OF HEARING / FIAT ▼

DEF'S APPEAL AJ'S DECISION AND MOTION FOR LEAVE

Comment
DEF'S APPEAL AJ'S DECISION AND MOTION FOR LEAVE

11/15/2018 RESPONSE ▼

PL RESP TO JT MTN TO EXCLUDE PHILLIPS.pdf

Comment
PLAINTIFF S/ TO DEFENDANTS JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
MICHAEL PHILLIPS, M.D.

11/15/2018 RESPONSE ▼

TO DEF'S MOTION TO EXCLUDE PATEL

Comment
TO DEF'S MOTION TO EXCLUDE PATEL

11/16/2018 NOTICE OF APPEAL OF AJ ▼

final P3Q Notice of Appeal and Request for De Novo Hearing ver 2.pdf

Comment
Deion Sanders' Appeal of Associate Judge's Decision and Request for Hearing De Novo

11/16/2018 AFFIDAVIT ▼

Intervenor's Notice of Filing and Intent to Use Business Records and Affidavits as Evidence.pdf

Comment
Intervenor's Notice of Filing and Intent to Use Business Records and Affidavits as Evidence

11/16/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

DEF'S AGRD ORDER TO CONTINUE

Comment
DEF'S AGRD ORDER TO CONTINUE

11/19/2018 DISCOVERY ▾

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

11/19/2018 NOTICE OF HEARING / FIAT ▾

Hearing Cancellation Notice

Comment
Hearing Cancellation Notice

11/19/2018 NOTICE OF APPEARANCE ▾

Darjean - Notice of Appearance of Additional Counsel.pdf

Comment
NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

11/19/2018 ORDER - GRANTING CONTINUANCE ▾

ORDER - GRANTING CONTINUANCE

11/19/2018 NOTICE OF HEARING / FIAT ▾

Cancellation of Hearing - Def's Motion to Exclude Nimesh Patel, M.D.

Comment
Cancellation of Hearing - Def's Motion to Exclude Nimesh Patel, M.D.

11/19/2018 NOTICE OF HEARING / FIAT ▾

Cancellation of Hearing - Def's Motion to Exclude Michael Phillips, M.D.

Comment
Cancellation of Hearing - Def's Motion to Exclude Michael Phillips, M.D.

11/19/2018 NOTICE OF HEARING / FIAT ▾

Cancellation of Hearing - Def's Motion to Exclude Lehman and White Star Consulting

Comment
Cancellation of Hearing - Def's Motion to Exclude Lehman and White Star Consulting

11/19/2018 WAIVER ▾

Waiver of Right to De Novo Hearing (signed).pdf

Comment
WAIVER OF RIGHT TO DE NOVO HEARING ON SHILO SANDERS MOTIONS FOR LEAVE TO FILE
CLAIMS AGAINST WHITE STAR CONSULTING, LLC

11/19/2018 NOTICE OF TRIAL ▾

160TH JURY TRIAL NOTICE

Comment
JURY

---

11/20/2018 NOTICE OF HEARING / FIAT ▾

DEF'S APPEAL AJ DECISION

Comment
DEF'S APPEAL AJ DECISION

---

11/20/2018 NOTICE OF HEARING / FIAT ▾

DEION Sanders' Appeal of Associate Judge's Decision

Comment
DEION Sanders' Appeal of Associate Judge's Decision

---

11/21/2018 Motion - Leave ▾

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
SET PER CARLIE 214-919-3555.

---

11/21/2018 Motion - Exclude ▾

final P3L Motion to Exclude the Expert Testimony of Nimesh Patel M.D.1 with exhibits.pdf

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
DR PATEL * 30M * CINDY 214 544 4020

---

11/21/2018 Appeal of Associate Judge Ruling ▾

Sanders' Appeal of Associate Judge's Decision Denying MFL

to Shilo Sander's Appeal of Assoc Judge's Ruling

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
SHILO'S DENYING MOTIONS FOR LEAVE * CARLIE

---

11/26/2018 Motion - Exclude ▾

final P3M Motion to Exclude the Expert Testimony of Michael Phillips M.D. with exhibitspdf.pdf

Judicial Officer
JORDAN, JIM

Hearing Time
8:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
DR MICHAEL PHILLIPS * 30M * CINDY 214 544 4020

---

11/29/2018 CERTIFICATE OF DEPOSITION ▾

373274EF.pdf

Comment
SAUNDRA HAYNES

---

11/30/2018 Motion - Exclude ▾

Motion to Exclude the Expert Testimony of John Lehman and White Star Consulting LLC

Judicial Officer
JORDAN, JIM

Hearing Time
10:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
JOHN LEHMAN & WHITE STAR * 30M * CINDY 214 544 4020

---

12/07/2018 Appeal of Associate Judge Ruling ▾

final P3Q Notice of Appeal and Request for De Novo Hearing ver 2.pdf

Judicial Officer
JORDAN, JIM

Hearing Time
09:45 AM

Comment
30M * EMILY HAHN 214 544 4000

---

12/10/2018 NOTICE OF HEARING / FIAT ▾

Defendant Deion Sanders' Appeal of Associate Judge's Decision

Comment
Defendant Deion Sanders' Appeal of Associate Judge's Decision

---

12/13/2018 CERTIFICATE OF DEPOSITION ▾

METHODIST DALLAS MEDICAL CENTER BILLING R & N

Comment
METHODIST DALLAS MEDICAL CENTER BILLING R & N

---

12/28/2018 CERTIFICATE OF DEPOSITION ▾

221351.18 Certification by Officer and Notice of Delivery.pdf

---

01/14/2019 ORDER - CONSOLIDATE ▾

ORDER - CONSOLIDATE

Comment
W/DC-17-07117

---

01/22/2019 NOTICE OF APPEARANCE ▾

Not of Appearance of Addl Counsel for Deion Sanders.pdf

---

01/23/2019 VACATION LETTER

---

01/24/2019 Appeal of Associate Judge Ruling ▾

Judicial Officer
JORDAN, JIM

Hearing Time
1:00 PM

Comment
1 HR * CHARLES CRAWFORD 214 544 4000

---

01/24/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting MSJs.pdf

Comment
NO EVID & TRAD M/S/J AFTER DE NOVO HEARING

---

01/25/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER DENYING APPEAL MSJ.pdf

Comment
DENY DEION SANDERS NO EVIDENCE AND TRADITIONAL MOTION FOR SUMMARY JUDGMENT

---

01/25/2019 ORDER - JUDGMENT ▾

ORDER - JUDGMENT

Comment
AS TO S/J OF DEION SANDERS

---

01/28/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Amended Order.pdf

Comment
AMENDED ORDER GRANTING DEFENDANT DEION SANDERS' NO-EVIDENCE AND TRADITIONAL
MOTION FOR SUMMARY JUDGEMNT AFTER DE NOVO APPEAL OF THE ASSOCIATE JUDGE'S
SUMMARY JUDGMENT DECISION

---

02/05/2019 MOTION - DISMISS ▾

Motion to Dismiss.pdf

---

02/05/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Agreed Order of Dismissal.pdf

Comment
PART DISMISS

---

02/05/2019 ORDER - DISMISSAL ▾

ORDER - DISMISSAL

Comment
AS TO ALL CLAIMS BETWEEN SHILO SANDERS AND LEROY McCLURE, JR AND FOCUS
LEARNING ACADAMY, INC

---

02/07/2019 NOTICE OF HEARING / FIAT ▾

OC - NOH (MTE) .pdf

Comment
DEFENDANT'S JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MICHAEL PHILLIPS,
M.D. AND DEFENDANTS JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF NIMESH
PATEL, M.D.

---

02/07/2019 ORDER - JUDGMENT ▾

ORDER - JUDGMENT

Comment
S/J AFTER DE NOVO APPEAL AS TO DEION SANDERS

---

02/19/2019 ORIGINAL ANSWER - GENERAL DENIAL ▾

Defendant Deion Sanders' Original Answer to Plaintiff's Transferred and Consolidated Orig. Pet.pdf

Comment
TO PLAINTIFF'S TRANSFERRED AND CONSOLIDATED ORIGINAL PETITION

---

02/19/2019 NO EVIDENCE MOTION FOR SUMMARY JUDGMENT ▾

final Deion Sanders' Second Motion for No-Evidence and Traditional Summary Judgment.pdf

Comment
2ND/ AND TRADITIONAL SUMMARY JUDGMENT

---

03/01/2019 NOTICE OF HEARING / FIAT ▾

2019-03-01 Notice of Hearing.pdf

Comment
04/04/19 1:00

---

03/01/2019 MOTION - SUMMARY JUDGMENT ▾

final Deion Sanders' Motion for Summary Judgment on Intervenor's Claim.pdf

---

03/12/2019 NOTICE OF HEARING / FIAT ▾

Notice of Hearing on Sanders MSJ on Intervenor Claim.pdf

Comment
04/04/19 1:00

---

03/13/2019 MOTION - MISCELLANOUS ▾

Rule 193.7 Notice (signed).pdf

Comment
SHILO SANDERS NOTICE OF DOCUMENTS FOR USE IN PRETRIAL PROCEEDINGS OR TRIAL

---

03/13/2019 AFFIDAVIT ▾

Notice of Filing and Intent to Use Business Records and Affidavits as Evidence v. 2 (signed).pdf

Comment
SHILO SANDERS NOTICE OF FILING AND INTENT TO USE BUSINESS RECORDS AND AFFIDAVITS
AS EVIDENCE

---

03/13/2019 MOTION - EXCLUDE ▾

Comment
AMD TESTIMONY OF MICHAEL PHILLIPS, M.D.

---

03/13/2019 MOTION - EXCLUDE ▾

Comment
AMD TESTIMONY OF NIMESH PATEL, M.D.

---

03/15/2019 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

Shilo Sanders Fifth Amended Answer - Counter-Claim .pdf

Comment
5TH AMD & 4TH AMD C-CLAIM

---

03/22/2019 Motion - Exclude ▾

Judicial Officer
**REDMOND, AIESHA**

Hearing Time
**9:00 AM**

Comment
**1 1/2 HOURS 2 M/EXCLUDE CARLY McCALL 214/919-3555 CC REQ O.K. BY ADMIN**

---

03/22/2019 CERTIFICATE OF DEPOSITION ▾

110819-2.pdf

Comment
**METHODIST DALLAS MEDICAL CENTER MEDICAL**

---

03/22/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER DENYING MTN TO EXCLUDE PATEL.pdf

Comment
**order denying - patel**

---

03/22/2019 ORDER - DENY ▾

ORDER - DENY

Comment
**M/EXCLUDE TESTIMONY OF NIMESH PATEL, M.D.**

---

03/22/2019 ORDER - DENY ▾

ORDER - DENY

Comment
**M/EXCLUDE TESTIMONY OF MICHAEL PHILLIPS, M.D.**

---

03/22/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER DENYING MTN TO EXCLUDE PHILLIPS.pdf

---

03/26/2019 ORIGINAL ANSWER TO CROSS CLAIM - COUNTER PETITION ▾

2019-03-26-Darjean_-_Answer_Shilo_s_4th_Amend_Counter-Claim.pdf

Comment
**TO 4TH AMD C-CLAIM**

---

03/26/2019 MOTION - NONSUIT ▾

2019-03-26 Agreed Motion for Entry of Non-Suit.pdf

Comment
**2019-03-26 Agreed Motion for Entry of Non-Suit**

---

03/26/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

2019-03-26 Agreed Order of Non-Suit.pdf

Comment
**2019-03-26 [Proposed] Agreed Order of Non-Suit**

---

03/29/2019 ORDER - NONSUIT ▾

ORDER - NONSUIT

Comment
**AS TO INTERVENOR v DIEON SANDERS**

---

03/29/2019 AFFIDAVIT ▾

2019-03-29 Intervenors Notice of Filing and Intent to use Business Records and Affidavits.pdf

EXHIBIT DAR001 - Page 50

Comment
Intervenor's Notice of Filing and Intent to Use Business Records and Affidavits as Evidence

03/29/2019 AFFIDAVIT ▾

2019-03-29 B. Furber Affidavit.pdf

Comment
Affidavit for Authentication of Business Records

04/02/2019 MOTION - CONTINUANCE ▾

MFC.pdf

Comment
PL UNOPPOSED MTN FOR CONTINUANCE AND REQUEST FOR SPECIAL SETTING

04/02/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER GRANTING MFC.pdf

Comment
PROPOSED ORDER GRANTING MFC

04/02/2019 NOTICE OF HEARING / FIAT ▾

NOH - UNOPPOSED MTN.pdf

Comment
MOTION CONTINUANCE 04/05/19 11:45 AM

04/04/2019 Motion - Summary Judgment ▾

final Deion Sanders' Second Motion for No-Evidence and Traditional Summary Judgment.pdf

final Deion Sanders' Motion for Summary Judgment on Intervenor's Claim.pdf

Judicial Officer
REDMOND, AIESHA

Hearing Time
1:00 PM

Comment
45 MINS - SET BY SARAH - 214-258-4146 - CC REQUESTED (NO EVIDENCE MSJ FILED 2-19-19) CC
REC 4/1

04/04/2019 ORDER - JUDGMENT ▾

ORDER - JUDGMENT

Comment
NO EVD & TRAD S/J AS TO DEION SANDERS

04/04/2019 SCHEDULING ORDER ▾

SCHEDULING ORDER

Comment
4TH AGRD

04/04/2019 ORDER - SUBSTITUTE SERVICE

04/04/2019 NOTICE OF HEARING / FIAT ▾

NOH - cancelled hearing.pdf

Comment
NOTICE OF CANCELLATION OF HEARING

04/05/2019 Motion - Continuance ▾

Judicial Officer
REDMOND, AIESHA

Hearing Time
11:45 AM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
15 MIN RACHEL 903/595-4466 CC REQ (INTERVENOR COUNSEL ROBERT TURNER WILL APPEAR BY PHONE)

---

04/10/2019 AFFIDAVIT ▾

MR - FOR CT.pdf

Comment
PL NOTICE OF FILING MR AND AFFS

---

04/15/2019 Jury Trial - Civil ▾

160TH NON JURY TRIAL NOTICE

160TH JURY TRIAL NOTICE

160TH JURY TRIAL NOTICE

160TH JURY TRIAL NOTICE

160TH JURY TRIAL NOTICE

160TH JURY TRIAL NOTICE

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
PRIORITY 1

---

05/08/2019 AFFIDAVIT ▾

darjan - mr - for ct.pdf

Comment
N/FILING

---

05/30/2019 AFFIDAVIT ▾

DARJEAN - BILLING.pdf

Comment
NOTICE OF FILING MEDICAL BILLING RECORDS

---

05/30/2019 AFFIDAVIT ▾

DARJEAN - RECORD.pdf

Comment
NOTICE OF FILING MEDICAL RECORDS

---

05/30/2019 VACATION LETTER

---

07/26/2019 MOTION - PARTIAL SUMMARY JUDGMENT

---

07/29/2019 NOTICE OF HEARING / FIAT ▾

DOCS-#1423466-v1-Darjean_-_Not_of_Hearing_-_MSj.pdf

Comment
10/11/19 1:00 PART/S/J

08/23/2019 MOTION - SUMMARY JUDGMENT ▼

Comment
AMD - SEALED PER O/RPOTECT SIGNED 04/16/18

08/23/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

M/S/J

Comment
RE: AMD M/S/J

09/03/2019 NOTICE OF HEARING / FIAT ▼

N/HEARING M/PART S/J

Comment
10/11/19 1:00 PART S/J

10/04/2019 RESPONSE ▼

Comment
DEFT'S RESPONSE TO COUNTER-DEFT'S AMENDED MOTION FOR PARTIAL SUMMARY
JUDGMENT

10/08/2019 RESPONSE ▼

100819 - Darjean - Reply in Support of MSJ.pdf

Comment
REPLY IN SUPPORT OF AMD PART M/S/J

10/11/2019 Motion - Partial Summary Judgment ▼

DOCS-#1423466-v1-Darjean_-_Not_of_Hearing_-_MSj.pdf

M/S/J

N/HEARING M/PART S/J

100819 - Darjean - Reply in Support of MSJ.pdf

Judicial Officer
REDMOND, AIESHA

Hearing Time
1:00 PM

Comment
30 MIN CINDI 214-741-1166 CC REQ CC REC 9/30 "CC RECVD 10/9/19" "CC RECVD 10/9/19"

10/11/2019 ORDER - PARTIAL SUMMARY JUDGMENT ▼

ORDER - PARTIAL SUMMARY JUDGMENT

Comment
AMD

10/11/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

NONSIGNED O/DENY PART MSJ

Comment
DENYING AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT

12/05/2019 AFFIDAVIT ▼

N/FILING AFF

EXHIBIT DAR001 - Page 53

Comment
N/FILING & INTENT TO USE

12/12/2019 MOTION - CONTINUANCE ▾

M/CONT

12/12/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NONSIGNED O/CONT

Comment
CONT

12/17/2019 Motion - Continuance ▾

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

Comment
15 MIN JOE WORTHINNGTON 903-595-4466 CC REQ MR.WORTHINGTON TO APPEAR BY PHONE

12/17/2019 ORDER - GRANTING CONTINUANCE ▾

ORDER - GRANTING CONTINUANCE

01/21/2020 MOTION - DISMISS ▾

DISMISS COUNTER CLAIM

Comment
AGREED MOTION TO DISMISS COUNTER-CLAIM

01/21/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NONSIGNED O/DISMISS C-CLAIM

Comment
ORDER OF DISMISSAL OF COUNTER-CLAIM

01/23/2020 ORDER - DISMISSAL ▾

ORDER - DISMISSAL

Comment
C-CLAIM

04/21/2020 MOTION - WITHDRAW ATTORNEY ▾

AGREED MOTION TO WITHDRAW AS COUNSEL & AGREED MOTION FOR CONTINUANCE

Comment
AGREED - & AGREED MOTION FOR CONTINUANCE

04/23/2020 CORRESPONDENCE - LETTER TO FILE ▾

PROPOSED ORDER GRANTING AGREED MOTION TO WITHDRAW & AGREED MOTION FOR
CONTINUANCE

Comment
RE: PROPOSED ORDER GRANTING AGREED MOTION TO WITHDRAW & AGREED MOTION FOR
CONTINUANCE

04/23/2020 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER - AGREED MOTIONS TO WITHDRAW & FOR CONTINUANCE

GRANTING AGREED MOTION TO WITHDRAW AND AGREED MOTION FOR CONTINUANCE

04/29/2020 ORDER - WITHDRAW ATTORNEY ▾

ORDER - WITHDRAW ATTORNEY

Comment
AND AGREED ORDER CONTINUANCE

05/06/2020 CORRESPONDENCE - LETTER TO FILE ▾

RE: WITHDRAWAL ORDER & NOTICE OF TRIAL SETTING

Comment
RE: WITHDRAWAL ORDER & NOTICE OF TRIAL SETTING

04/02/2021 RETURNED MAIL ▾

RETURNED MAIL

Comment
TRIAL NOTICE - SHILO SANDERS

05/25/2021 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
REGARDING ATTORNEY

07/01/2021 AFFIDAVIT ▾

FOR AUTHENTICATION OF BUSINESS RECORDS

Comment
FOR AUTHENTICATION OF BUSINESS RECORDS

07/07/2021 DISCOVERY ▾

INTERVENORS NOTICE OF FILING AND INTENT TO USE BUSINESS RECORDS AND AFFIDAVITS

Comment
INTERVENOR'S NOTICE OF FILING & INTENT TO USE BUSINESS RECORDS & AFFIDAVITS AS
EVIDENCE

07/09/2021 WITNESS LIST ▾

WITNESS LIST

Comment
INTERVENOR-UTICA MUTUAL INSURANCE COMPANY

07/16/2021 EXHIBIT LIST ▾

TRIAL EXHIBIT LIST

Comment
TRIAL

07/21/2021 RETURNED MAIL ▾

RETURNED MAIL

Comment
NOTICE OF TRIAL-SHILO SANDERS

07/22/2021 MOTION - CONTINUANCE ▾

PLAINTIFF-MOTION FOR CONTINUANCE

07/22/2021 EXHIBIT LIST ▾

PLAINTIFF-EXHIBIT LIST

Comment
PLAINTIFF

07/22/2021 WITNESS LIST ▾

PLAINTIFF-WITNESS LIST

Comment
PLAINTIFF

07/22/2021 DESIGNATION OF DEPOSITION ▾

DESIGNATION OF DEPOSITION

Comment
PLAINTIFF

07/23/2021 EXHIBIT LIST ▾

INTERVENOR-AMENDED TRIAL EXHIBIT LIST

Comment
INTERVENOR-AMENDED TRIAL

07/26/2021 DESIGNATION OF DEPOSITION ▾

PLAINTIFF-1ST AMENDED DESIGNATION OF DEPOSITION

Comment
PLAINTIFF-1ST AMENDED

08/31/2021 RETURNED MAIL ▾

RETURNED MAIL

Comment
RE TRIAL NOTICE

09/03/2021 NOTE - ADMINISTRATOR ▾

Comment
TRIAL NOTICE EMAILED TO SHILO SANDERS

09/13/2021 MOTION - WITHDRAW ATTORNEY ▾

MOTION TO WITHDRAW COUNSEL

Comment
MOTION TO WITHDRAW AS COUNSEL OF RECORD

09/13/2021 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NON SIGNED PROPOSED ORDER-ORDER FOR WITHDRAW

Comment
PROPOSED ORDER GRANTING MTN TO WITHDRAW AS COUNSEL OF RECORD

09/14/2021 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING-PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

Comment
MOTION TO WITHDRAW AS COUNSEL

10/04/2021 OBJECTION ▾

OBJECTION

Comment
ON MOTION TO WITHDRAW

---

10/14/2021 Motion - Withdraw ▾

MOTION TO WITHDRAW COUNSEL

NON SIGNED PROPOSED ORDER-ORDER FOR WITHDRAW

OBJECTION

Judicial Officer
REDMOND, AIESHA

Hearing Time
01:45 PM

Comment
15M, P/M/WD/ATTY - ZOOM HEARING - RACHEL FERGURSON - 903-595- 4466- CC REQUESTED - muchliesbeneath@yahoo.com; (john darjean's email) BLACK C/C BINDER RECV'D-10-06-2021

---

10/14/2021 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NON SIGNED PROPOSED ORDER-ORDER GRANTING MOTION TO WITHDRAW

Comment
ORDER GRANTING MTN TO WITHDRAW AS COUNSEL OF RECORD

---

10/14/2021 ORDER - WITHDRAW ATTORNEY ▾

ORDER - WITHDRAW ATTORNEY

---

10/27/2021 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NON-SIGNED PROPOSED ORDER/JUDGMENT

Comment
PROPOSED ORDER DENYING WITHDRAW

---

12/09/2021 RETURNED MAIL ▾

RETURNED MAIL

---

12/10/2021 NOTE - ADMINISTRATOR ▾

Comment
NOTICE FOR SHILO SANDERS CAME BACK RETURNED; TRIAL NOTICE EMAILED TO SHILO SANDERS;

---

01/18/2022 MISCELLANOUS EVENT ▾

PLAINTIFF-FACTUAL STIPULATIONS BETWEEN PLTF AND INTERVENOR-UTICA MUTUAL INS CO

Comment
FACTUAL STIPULATIONS BETWEEN PLTF AND INTERVENOR UTICA MUTUAL INS CO

---

01/20/2022 EXHIBIT LIST ▾

2ND AMENDED EXHIBIT LIST - UTICA MUTUAL

Comment
2ND AMENDED - UTICA MUTUAL

---

01/25/2022 MOTION - MISCELLANOUS ▾

PLAINTIFF & INTERVENOR-AGREED MOTION AND CONSENT TO TRIAL BEFORE THE COURT

Comment
AGREED MOTION AND CONSENT TO TRIAL BEFORE THE COURT

EXHIBIT DAR001 - Page 57

01/28/2022 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
RE:READY AND PREPARED FOR TRIAL

02/07/2022 NOTE - ADMINISTRATOR ▾

Comment
TRIAL NOTICE FOR SHILO SANDERS EMAILED AND MAILED TO SHILO SANDERS. TRIAL SET 3-28-22

02/25/2022 RETURNED MAIL ▾

RETURNED MAIL

03/04/2022 NOTE - ADMINISTRATOR ▾

Comment
NO UPDATED MAILING ADDRESS FOR DEFENDANT SHILO SANDERS.

03/28/2022 Non Jury Trial ▾

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

**EXHIBIT DAR001 - Page 58**

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

Comment
*SEE NOTES*

---

04/12/2022 FINDINGS OF FACT/CONCLUSIONS OF LAW ▾

FINDINGS OF FACT/CONCLUSIONS OF LAW

---

04/13/2022 INACTIVATE CASE (OCA)

---

05/13/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NON SIGNED PROPOSED ORDER-AGREED JUDGMENT

Comment
AGREED JUDGMENT

---

05/18/2022 REACTIVATE CASE (OCA)

---

05/19/2022 NOTICE OF JUDGMENT MAILED ▾

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

Comment
TO PLAINTIFF/DEFENDANTS' ATTORNEYS

---

05/24/2022 Final Disposition Hearing ▾

Final Disposition Notice

Final Disposition Notice

**EXHIBIT DAR001 - Page 59**

Final Disposition Notice

Final Disposition Notice

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

Cancel Reason
CASE CLOSED

Comment
TRIAL HELD WEEK OF 3-28-22;

---

07/12/2022 RETURNED MAIL ▾

RETURNED MAIL

---

07/28/2022 CORRESPONDENCE - LETTER TO FILE ▾

COVER LETTER

Comment
WAITING FOR POST-JUDGMENT REQUEST FORM

---

07/28/2022 ISSUE ABSTRACT

---

08/10/2022 REQUEST FOR SERVICE ▾

REQUEST FOR POST JUDGMENT ABSTRACT

---

08/22/2022 ABSTRACT JUDGMENT ▾

Unserved

Anticipated Server
MAIL

Anticipated Method
Comment
SHILO SANDERS

---

09/09/2022 CORRESPONDENCE - LETTER TO FILE ▾

REQUEST FOR ABSTRACT OF JUDGMENTS

Comment
REQUEST FOR ABSTRACT OF JUDGMENTS

---

09/09/2022 ISSUE ABSTRACT

---

10/06/2022 ABSTRACT JUDGMENT ▾

Unserved

Anticipated Server
MAIL

Anticipated Method
Comment
SHILO SANDERS

---

10/06/2022 ABSTRACT JUDGMENT ▾

Unserved

Anticipated Server
MAIL

Anticipated Method
Comment
SHILO SANDERS

11/09/2022 RETURNED MAIL ▾

RETURNED MAIL

Comment
NOTICE OF JURY TRIAL

07/07/2023 NOTICE OF APPEARANCE ▾

NOTICE OF APPEARANCE & DESIGNATION OF LEAD COUNSEL - ORI RAPHAEL

Comment
& DESIGNATION OF LEAD COUNSEL

07/11/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER APPOINTING RECEIVER & COMPELLING DISCOVERY

Comment
PROPOSED ORDER APPOINTING RECEIVER & COMPELLING DISCOVERY

07/11/2023 APPLICATION FOR RECEIVER - POST JUDGMENT ▾

APPLICATION FOR POST JUDGMENT RECEIVERSHIP

08/18/2023 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING ON PLTF'S MOTION FOR POST JUDGMENT RECEIVERSHIP

Comment
ON PLTF'S MOTION FOR POST JUDGMENT RECEIVERSHIP

09/05/2023 NOTICE OF APPEARANCE ▾

NOTICE OF APPEARANCE

09/08/2023 NOTICE OF HEARING / FIAT ▾

AMENDED NOTICE OF HEARING ON MOTION FOR RECEIVER

Comment
AMENDED/ ON PLAINTIFF'S MOTION FOR RECEIVER

09/27/2023 REQUEST FOR SERVICE

09/27/2023 ISSUE ABSTRACT

10/05/2023 ABSTRACT JUDGMENT ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
SHILO SANDERS

10/17/2023 RESPONSE ▾

DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR POST JUDGMENT
RECEIVERSHIP

Comment
DEFENDANTS/ IN OPPOSITION TO PLAINTIFFS MOTION FOR POST JUDGMENT RECEIVERSHIP

10/17/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER DENYING POST JUDGMENT RECEIVERSHIP

Comment
PROPOSED ORDER DENYING POST JUDGMENT RECEIVERSHIP

10/17/2023 REQUEST FOR SERVICE

10/17/2023 ISSUE ABSTRACT

10/18/2023 NOTE - CLERKS ▾

Comment
C.C RECEIVED 10/20 @10AM

10/19/2023 RESPONSE ▾

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR POST-JUDGMENT RECEIVERSHIP

Comment
PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR POST-JUDGMENT
RECEIVERSHIP

10/23/2023 NOTICE OF HEARING / FIAT ▾

AMENDED NOTICE OF HEARING ON MOTION FOR RECEIVERSHIP

Comment
AMENDED ON MOTION FOR RECEIVERSHIP

10/23/2023 RETURN OF SERVICE ▾

EXECUTED SUBPOENA - SHILO SANDERS

Comment
EXECUTED SUBPOENA - SHILO SANDERS

10/23/2023 ABSTRACT JUDGMENT ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
SHILO SANDERS

10/24/2023 NOTICE OF BANKRUPTCY ▾

SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Comment
AND NOTICE OF AUTOMATIC STAY

10/30/2023 ORDER - MISC. ▾

ORDER CLOSING CASE

Comment
PETITION OF BANKRUPTCY / CLOSING CASE

10/31/2023 MISCELLANOUS EVENT ▾

ORDER CLOSING CASE
E-SERVE COVER LETTER

Comment
ESERVE COVER LETTER - ESERVE ORDER CLOSING CASE

11/03/2023 MOTION HEARING ▾

AMENDED NOTICE OF HEARING ON MOTION FOR RECEIVER

**EXHIBIT DAR001 - Page 62**

DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR POST JUDGMENT
RECEIVERSHIP

PROPOSED ORDER DENYING POST JUDGMENT RECEIVERSHIP

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR POST-JUDGMENT RECEIVERSHIP

AMENDED NOTICE OF HEARING ON MOTION FOR RECEIVERSHIP

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
30 MINS - M/RECEIVERSHIP FILED 7-11-23 - SET BY ORI - 214-739-0100 - CC REQUESTED - IN
PERSON HEARING

11/30/2023 VACATION LETTER

## Financial

DARJEAN, JOHN

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $563.00 |
| Total Payments and Credits | | | | $563.00 |
| 6/20/2016 | Transaction Assessment | | | $492.00 |
| 6/20/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 38409-2016-DCLK | DARJEAN, JOHN | ($492.00) |
| 1/23/2017 | Transaction Assessment | | | $8.00 |
| 1/23/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 4280-2017-DCLK | DARJEAN, JOHN | ($8.00) |
| 3/10/2017 | Transaction Assessment | | | $40.00 |
| 3/10/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 15362-2017-DCLK | DARJEAN, JOHN | ($40.00) |
| 7/12/2023 | Transaction Assessment | | | $15.00 |
| 7/12/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 45167-2023-DCLK | DARJEAN, JOHN | ($15.00) |
| 10/20/2023 | Transaction Assessment | | | $8.00 |
| 10/20/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 71692-2023-DCLK | DARJEAN, JOHN | ($8.00) |

SANDERS, DEION

| | |
|---|---|
| Total Financial Assessment | $0.00 |
| Total Payments and Credits | $0.00 |

SANDERS, SHILO

| | |
|---|---|
| Total Financial Assessment | $96.00 |
| Total Payments and Credits | $96.00 |

| | | | | |
|---|---|---|---|---|
| 9/18/2017 | Transaction Assessment | | | $80.00 |
| 9/18/2017 | CREDIT CARD - TEXFILE | Receipt # 60311-2017- | SANDERS, | ($80.00) |

| | | | | |
|---|---|---|---|---|
| | | (DC) | DCLK | SHILO |
| 9/21/2017 | Transaction Assessment | | | $16.00 |
| 9/21/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 61752-2017-DCLK | SANDERS, SHILO | ($16.00) |

## Documents

CIVIL CASE INFO SHEET.pdf

pop.pdf

pop - 1st amended.pdf

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

DC16-7371.pdf

Scan5622.pdf

Utica's Orig Pet in Intervention 8-16-2016.pdf

pltf motion for default.pdf

default judgment.pdf

NOTICE SENT VIA EMAIL/FAX

NOH DAMAGES.pdf

Utica's Notice of Filing & Intent to Use Bus Recs & Affids A

Business Records Affidavit-Beth Furber-UTICA.pdf

Clerk 09-13-16 file Intervenor's Ntc of Filing Bus Recs.pdf

ROS SHILO Scan6242.pdf

Defendant Deion Sanders' Original Answer to Plaintiff's Firs

Defendant Deion Sanders' Original Answer to Original Petitio

160th Joint Status Report (L3)

160th Order Setting Scheduling Conference (L3)

Civil Case Cover Sheet

Proposed DCO SUBMITTED TO COURT.pdf

pl motion for default.pdf

default judgment.pdf

160TH NON JURY TRIAL NOTICE

SCHEDULING ORDER

Clerk 01-23-17 conf matter removed from Sched Conf Dkt.pdf

20170123 ltr to court req reissuance of citation.pdf

DC1607371.pdf

NOTICE SENT VIA EMAIL/FAX

Jury Demand.pdf

160TH JURY TRIAL NOTICE

MOTION TO QUASH AND FOR PROTECTION OF NON-PARTY REGION 13 ED

PROPOSED ORDER

COVER LETTER

final P1M Motion for Leave to Designate a Responsible Third

Certificate of Conference for Def Motions to Quash.pdf

notice of hearing for mtn to quash.pdf

EXHIBIT DAR001 - Page 64

96123-001.pdf

96123-002.pdf

96123-003.pdf

96123-004.pdf

96123-005.pdf

96123-006.pdf

96123-007.pdf

96123-008.pdf

96123-009.pdf

96123-010.pdf

96123-011.pdf

96123-012.pdf

96123-013.pdf

96123-014.pdf

96123-015.pdf

96123-016.pdf

PROPOSED ORDER - LEAVE

96123-017.pdf

96123-018.pdf

Answer - General Denial.pdf

notice of cancellation of hearing.pdf

MOTION FOR SANCTIONS.pdf

ORDER GRANTING MTN TO COMPEL .pdf

NOTICE OF HEARING FOR SANCTIONS.pdf

96123-002.pdf

96123-004.pdf

96123-006.pdf

96123-008.pdf

96123-010 (2).pdf

96123-010.pdf

96123-012 (2).pdf

96123-012.pdf

96123-014.pdf

96123-016 (2).pdf

96123-016.pdf

96123-019.pdf

96123-020 (2).pdf

96123-020.pdf

96123-021.pdf

96123-022 (2).pdf

96123-022.pdf

96123-023 (2).pdf

96123-023.pdf

96123-024 (2).pdf

96123-024.pdf

96123-025 (2).pdf

96123-025.pdf

NOTICE OF HEARING FOR SANCTIONS - FIRST AMENDED.pdf

2017-07-14- Objection to Plaintiff's Motion to Compel.pdf

ORDER - LEAVE

pl des of experts _ darjean.pdf

pop - second amended.pdf

AMENDED DISCOVERY CONTROL ORDER

EXHIBIT DAR001 - Page 65

final PTS First Amended Answer and Special Exceptions.pdf

Defendant Deion Sanders' Response to Plaintiff's Motion to Compel and for Sanctions

final Motion for Protective Order.pdf

20170817 ltr to court enc depo of deion sanders_1.pdf

depo of deion sanders _for filing.pdf

NOTICE OF HEARING FOR SANCTIONS - SECOND AMENDED.pdf

160TH JURY TRIAL NOTICE

final L1C Cassandra Walker signed.pdf

PLT ORDER TO COMPEL & DEF ORDER TO PROTECT

SCHEDULING ORDER

20170815 ltr to C WALKER enc 2 order.pdf

ORDER GRANTING MTN TO COMPEL_modified.pdf

ORDER DENYING MTN FOR PROTECTIVE ORDER.pdf

AGRD MOTION FOR AMD DISCVY CNTRL PLAN

AMD AGRD DISCVY CNTRL PLAN

96123-027.pdf

96123-028.pdf

96123-029.pdf

96123-030.pdf

96123-031.pdf

96123-005.pdf

96123-023.pdf

ORDER - COMPEL

CONCETRA MEDICAL CENTER

FORT WORTH SURGICAL CENTER

96123-011.pdf

96123-022.pdf

96123-002.pdf

96123-004.pdf

Defendant Shiloh Sanders' Motion to Quash

2017-8-13 - Shilo Sanders Amended Answer - Counter-Claim - Third-Party Claims.pdf

Clerk - paying for Citations 20170918-signed.pdf

CERT OF CONFERENCE FOR DEF MTN TO QUASH DEPO OF S SANDERS.pdf

NOTICE OF MTQ S SANDERS DEPO.pdf

DC16-07371 LEROY.pdf

DC16-07371 FOCUS.pdf

Shilo Sanders - Motion for Leave to File 3rd Party Claim.pdf

OC - NOH 20170925-signed.pdf

SUBP - Logan Garrett.pdf

TRUST RECEIPT

Jordan Lewis Ham

FOCUS

CIT EXEC 10/03/2017 LEROY MCCLURE JR

Logan Garrett's Motion to Quash and MFPO

ORDER - LEAVE

331874EF.pdf

328405EF.pdf

Leroy McClure

2017.10.12 NOF-Rule 11 Agreement (MtQ & MFPO).pdf

NOTICE OF HEARING CANCELLATION RE MTQ S SANDERS DEPO.pdf

notice of nonsuit WO PREJ - PILAR SANDERS.pdf

MOTION TO APPOINT LOWY OVER S SANDERS DEPO

ORDER APPOINTING LOWY

ORDER GRANTING PL NOTICE OF NONSUIT WITHOUT PREJUDICE AS TO PILAR SANDERS

TRUST RECEIPT

ORDER - NONSUIT

2017.10.21 FLA's Plea to the Jurisdiction & Original Answer.pdf

2017.10.21 McClure's Plea to the Jurisdiction & Original Answer.pdf

2017.10.23 3rdPDefs'Certificate of Written Discovery.pdf

MOTION TO ENTER

notice of hearing for motion to appoint special master.pdf

notice of hearing for motion to entr second amended dcp.pdf

2017.11.07 Notice of Filing Verification of GLZ.pdf

Third Party Defendants' Motion to Show Authority, Strike Pldgs, to Dismiss

2017.11.08 NOH-MSA, MTS, MTD.pdf

96123-028.pdf

2017.11.13 3rd Party Defs' Rsp to Motion for Entry of Scheduling Order.pdf

proposed Scheduling Order.pdf

RESPONSE TO PLAINTIFF'S MOTION TO APPOINTMENT SPECIAL MASTER

160TH JURY TRIAL NOTICE

2017.11.17 Order Denying Plf's Motion to Appoint Apecial Master.pdf

SCHEDULING ORDER

ORDER - DENY

Clerk 11-22-17 file Rule 11 Agreement.pdf

Rule 11 Agreement-signed by Counsel.pdf

96123-025.pdf

96123-031.pdf

2017.11.27 Third Party Defs' Motion to Dismiss Pursuant to TRCP 91a.pdf

2017.11.27 Certificate of Written Discovery.pdf

2017.11.28 NOH-3rd Party Defs' Motion to Dismiss Pursuant to TRCP 91a.pdf

96123-013.pdf

2017-11-28 - Shilo Sanders Second Amended Answer - Counter-Claim - Third-Party Claims.pdf

Deion Sanders' Response to Third-Party Defendants' Motion to Show Authority, Motion to Strike

Certificate of Discovery.pdf

Clerk 11-30-17 file Certificate of Discovery.pdf

3rd Party Defs' Motion to Partially Withdraw Their MTD Pursuant to TRCP 91a

SHILO SANDERS RESPONSE TO THIRD-PARTY DEFENDANTS MOTION TO DISMISS

3rd Party Defs' MTW 3rd Party Defs' MTD Pursuant to TRCP 91a

ORDER - MISC.

2018.01.12 3rd Party Defs' CWD

2018.01.16 3rd Party Defs' CWD

TRUST RECEIPT

221351 POF Notice Of Intention To Take Deposition By Written Questions.pdf

221351 POF Notice Of Intention To Take Deposition By Written Questions.pdf

Motion to Quash DWQ to Sachse High School and Trinity Christian School.pdf

96123-032.pdf

96123-033.pdf

DARJEAN

96123-004.pdf

221351.003-005 Notice of Intention to take Deposition by Written Questions.pdf

221351.006-008 Notice of Intention to take Deposition by Written Questions.pdf

110819-001.pdf

RULE 203 CERTIFICATION

345239EF.pdf

Motion for Protection and Objections to DWQ re Police and Letot records - SIGNED.pdf

221351.2 Certification by Officer and Notice of Delivery.pdf

OC - NOH 20180323.pdf

2018.03.23 L. McClure's MTD Pursuant to TCPRC 101.106.pdf

OC - NOH 20180323 (rev).pdf

96123-033.pdf

96123-032.pdf

2018.03.28 NOF Rule 11 Agmt. - Expert Designation Deadlines.pdf

96123-034.pdf

Reporter's Cert - John Darjean.pdf

2018.04.02 Certificate of Conference - MTQ filed 02.02.2018.pdf

2018.04.03 NOH-Motion to Quash.pdf

221351.009 Notice of Intention to take Deposition by Written Questions.pdf

221351.3 Certification by Officer and Notice of Delivery.pdf

96123.035.pdf

96123.036.pdf

2018.04.09 NOH- 3rd Party Def L. McClure's MTD Pursuant to TCPRC 101.106.pdf

2018.04.09 Amd. NOH- L. McClure's MTD Pursuant to TCPRC 101.106.pdf

2018.04.09 NOH- 3rd-Party Defs' MTC S. Sanders' Depo Testimony.pdf

Shilo's Motion for Protective Order - signed.pdf

Shilo's Motion for Protective Order - signed.pdf

SHILO SANDERS' AMENDED

2018.04.11 3rd-Party Defs' Rsps to 3rd-Party Plf's MTQ & Motions for PO.pdf

SHILO SANDERS' FIRST AMENDED MOTION FOR PROTECTIVE ORDER

Order Granting Shilo's First Amended Motion for Protective Order.pdf

Shilo Sanders'Third Amended Answer, 2nd Amended CC, and 2nd Amended 3rd Party Claim.pdf

ORDER - PROTECT

ORDER - DENY

ORDER - COMPEL

Shilo's Response to Third-Party Defendant McClure's Motion to Dismiss (final)-signed.pdf

221351.010-013 Notice of Intention to take Deposition by Written Questions.pdf

2018.04.19 2nd Amd NOH - MTD re TCPRC 101.106.pdf

221351.014-016 Notice of Intention to take Deposition by Written Questions.pdf

Shilo's First Amended Response to McClure's Motion to Dismiss

2018.04.26 McClure's Reply to 3rd-Party Plf's Amd. Rsp to MTD.pdf

221351.017 Notice of Intention to take Deposition by Written Questions.pdf

Methodist Dallas Medical Center

Pltfs Desig of Experts - 1ST AMENDED.pdf

221351.019-020 Notice of Intention to take Deposition by Written Questions.pdf

ORDER - DENY

2122209 SANDERS.SHILO VOLUME II Confidential 041718.er.pdf

2018.05.24 3rd-Party Defs' MTC Written Disc.pdf

DEF'S MOTION TO COMPEL

2018.06.01 CWD-3rd Party Defs' 1st S Rsp to RFD & Expert Wit Design.pdf

221351.4 Certification by Officer and Notice of Delivery.pdf

final P2F First Supplemental Answer.pdf

2018.06.05 3rd Party Defs' Motion for Leave to Extend Deadlines.pdf

2018.06.07 NOH- 3rd-Party Defs' MFL to Extend DLs.pdf

2018.06.08 3rd-Party Defs' NOF Rule 11 Agmt..pdf

2018.06.08 3rd-Party Defs' MTQ D. Sanders' DN of White Star Consulting, LLC.pdf

final P2O Notice of Withdrawal of Depostion Subpoena for White Star Consulting.pdf

2018.06.12 3rd-Party Defs' Amd. Cert. of Conf to MFL to Extend DLs.pdf

2018-06-21 Certificate of Discovery.pdf

2018.06.22 CWD.pdf

2018.06.26 CWD.pdf

RULE 11 AGREEMENT

2018.07.02 Agreed Motion for Continuance.pdf

proposed Third Agreed Scheduling Order.pdf

160TH JURY TRIAL NOTICE

SCHEDULING ORDER

221351.13 Certification by Officer and Notice of Delivery.pdf

Defendants' Amended Motion to Compel

Judge Jordan

SHILO SANDERS RESPONSE TO DEFENDANATS AMENDED MOTION TO COMPEL

221351.POF Notice Of Intention To Take Deposition By Written Questions.pdf

Defendants' Amended Motion to Compel

Vacation Letter.pdf

Notice Of Intention To Take Depostion

2018.07.20 CWD-RFP to Utica.pdf

2018.07.20 CWD-Defs' Discovery Answers & Responses.pdf

221351.5 Certification by Officer and Notice of Delivery.pdf

2018.07.24 McClure's Plea to Jurisdiction, Amd. Answer & Claim for Attys Fees.pdf

2018.07.24 FLA's Plea to Jurisdiction, Amd. Answer & Claim for Attys Fees.pdf

Plaintiff's Third Amended

Shilo Sanders Fourth Amended Answer - Counter-Claim - Third-Party Claims - SIGNED.pdf

2018.07.27 FLA's Plea to Jurisdiction, 2nd Amd. Answer & Claim for Attys Fees.pdf

2018.07.27 McClure's Plea to Jurisdiction, 2nd Amd. Answer & Claim for Atty's Fees.pdf

ORDER - COMPEL

2018.08.09 3rd-Party Defs' MTS 3rd-Party Plf's Experts & Exclude Expert Testimony.pdf

MOTION TO STRIKE

Shilo's Motion to Compel against Darjean - SIGNED.pdf

DEF'S MOTION TO STRIKE

OC - NOH (MTC) 20180814.pdf

Notice Of Intention To Take Depostion By Written Questions

221351.20 Certification by Officer and Notice of Delivery.pdf

SUBPOENA WHITE STAR CONSULTING LLC

Shilo's Supplement to Motion to Compel Responses from Darjean - signed.pdf

Shilo's Response to Third-Party Defendants' Motion to Strike

COD re Utica's Resp to Focus Learning RFP.pdf

Defs' Reply to Shilo's Rsp to 3rd-Party Defs' MTS

2018.09.06 CWD.pdf

2018.09.07 Certificate of Written Discovery.pdf

DEPUTY REPORTER STATEMENT

ORDER - DENY

ORDER - COMPEL

JOHN DONALD DARJEAN

CWD 20180914 - signed.pdf

Notice of Intention to take Deposition

CWD 20180924.pdf

final P2L Deion Sanders' Motion for No Evidence and Traditional MSJ.pdf

final P2Q Declaration of Larry R. Boyd with exhibits.pdf

DEF'S MSJ

final P3B Supplmental Motion for Leave to Designate a Responsible Third Parties.pdf

221351.10 Certification by Officer and Notice of Delivery.pdf

Shilo Sanders - Motion for Leave to File 3rd Party Claim against White Star Consulting

2018.10.04 3rd-Party Defs' MFL to Designate Responsible 3rd Party.pdf

Shilo Sanders' Motion for Leave

221351.POF Notice Of Intention To Take Deposition By Written Questions.pdf

MSJ Response.pdf

exhibits to msj - SMALL .pdf

Letter to Court re Deliver of Exhibits to Shilo's Response to 3PD MSJ.pdf

Shilo's Response to Third-Party Defendants' Motions for Summary Judgment

2018.10.16 McClure's MFL to Amd. Pleadings.pdf

final P3H Reply to Plaintiff's Response to Defendant's No-Evidence and Traditional MSJ.pdf

final P3G Motion for Leave to File Additional Summary Judgment Evidence with exhibits.pdf

final P3E Objection to Designation as a Responsible Third Party.pdf

2018.10.17 3rd PDef's Obj to Def DS' Motion for Leave.pdf

96123-036.pdf

TO DEFENDANTS' OBJECTIONS TO SJ

ORDER GRANTING SHILOH SANDERS MOTION FOR LEAVE

Order Granting Deion Sanders' MSJ

Order Granting or Denying Def's Obj's to Plt's SJ Evidence and Motion to Strike

Order Granting Deion Sanders' Motion for Leave

2018-10-22 Affidavit for Authentification of Business Records.pdf

20181022 Plaintiff's Objection to Def Deion Sanders' Supp MFL to Desig Third Party.pdf

Order Denying Deion Sanders' Supplemental Motion for Leave

ORDER - JUDGMENT

final P3L Motion to Exclude the Expert Testimony of Nimesh Patel M.D.1 with exhibits.pdf

final P3M Motion to Exclude the Expert Testimony of Michael Phillips M.D. with exhibitspdf.pdf

SHILOH SANDERS' AMENDED

Motion to Exclude the Expert Testimony of John Lehman and White Star Consulting LLC

DEPUTY REPORTER STATEMENT

Shilo's Appeal of Associate Judge's Decision - SIGNED.pdf

Shilo's MFL to submit additional evidence (Part 1).pdf

Shilo's MFL to submit additional evidence (Part 2).pdf

Shilo's MFL to submit additional evidence (Part 3).pdf

Shilo's MFL to submit additional evidence(Part 4).pdf

Shilo Sanders Appeal of AJ s Decision and Motion for Leave

JUDGE MCFARLIN

Shilo's - Cert of Conference - MFL to submit additional evidence

PL MTN FOR LEAVE TO FILE ADDITIONAL SJ.pdf

ORDER FOR LEAVE

final L1I McFarlin 103018 signed.pdf

Opposition to Plaintiff's Motion for Leave to File Additional Summary Judgment Evidence.pdf

ORDER DENYING MOTION FOR LEAVE

370322EF.pdf

Michael Phillips, MD

ORDER - MISC.

Leroy Mcclure Jr.

2018.11.05 CWD-Supplemental RRFD.pdf

Leroy Mcclure Jr.

Sanders' Appeal of Associate Judge's Decision Denying MFL

DEFENDANTS' JOINT MOTION TO EXCLUDE - NIMESH PATEL, M.D.

MOTION TO EXCLUDE - MICHAEL PHILLIPS, M.D.

DEFENDANTS' JOINT MOTION TO EXCLUDE - JOHN LEHMAN AND WHITE STAR CONSULTING, LLC

Honorable Judge Jordan

P2U Motion to Compel Exclude and for Sanctions with exhibitsverified.pdf

to Shilo Sander's Appeal of Assoc Judge's Ruling

2018.11.09 3rd P Defs' Obj & Rsp to S Sanders' MFL to Submit Add Evidence.pdf

ORDER - LEAVE

ORDER - DENY

ORDER - DENY

Reporter's Cert - John Lehman.pdf

DEF'S APPEAL AJ'S DECISION AND MOTION FOR LEAVE

PL RESP TO JT MTN TO EXCLUDE PHILLIPS.pdf

TO DEF'S MOTION TO EXCLUDE PATEL

final P3Q Notice of Appeal and Request for De Novo Hearing ver 2.pdf

Intervenor's Notice of Filing and Intent to Use Business Records and Affidavits as Evidence.pdf

DEF'S AGRD ORDER TO CONTINUE

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

Hearing Cancellation Notice

160TH JURY TRIAL NOTICE

Darjean - Notice of Appearance of Additional Counsel.pdf

ORDER - GRANTING CONTINUANCE

Cancellation of Hearing - Def's Motion to Exclude Nimesh Patel, M.D.

Cancellation of Hearing - Def's Motion to Exclude Michael Phillips, M.D.

Cancellation of Hearing - Def's Motion to Exclude Lehman and White Star Consulting

Waiver of Right to De Novo Hearing (signed).pdf

DEF'S APPEAL AJ DECISION

DEION Sanders' Appeal of Associate Judge's Decision

373274EF.pdf

Defendant Deion Sanders' Appeal of Associate Judge's Decision

METHODIST DALLAS MEDICAL CENTER BILLING R & N

221351.18 Certification by Officer and Notice of Delivery.pdf

ORDER - CONSOLIDATE

Not of Appearance of Addl Counsel for Deion Sanders.pdf

Order Granting MSJs.pdf

PROPOSED ORDER DENYING APPEAL MSJ.pdf

ORDER - JUDGMENT

Amended Order.pdf

Motion to Dismiss.pdf

Agreed Order of Dismissal.pdf

ORDER - DISMISSAL

OC - NOH (MTE) .pdf

ORDER - JUDGMENT

Defendant Deion Sanders' Original Answer to Plaintiff's Transferred and Consolidated Orig. Pet.pdf

final Deion Sanders' Second Motion for No-Evidence and Traditional Summary Judgment.pdf

2019-03-01 Notice of Hearing.pdf

final Deion Sanders' Motion for Summary Judgment on Intervenor's Claim.pdf

Notice of Hearing on Sanders MSJ on Intervenor Claim.pdf

Rule 193.7 Notice (signed).pdf

Notice of Filing and Intent to Use Business Records and Affidavits as Evidence v. 2 (signed).pdf

Shilo Sanders Fifth Amended Answer - Counter-Claim .pdf

110819-2.pdf

PROPOSED ORDER DENYING MTN TO EXCLUDE PATEL.pdf

PROPOSED ORDER DENYING MTN TO EXCLUDE PHILLIPS.pdf

ORDER - DENY

ORDER - DENY

2019-03-26-Darjean_-_Answer_Shilo_s_4th_Amend_Counter-Claim.pdf

2019-03-26 Agreed Motion for Entry of Non-Suit.pdf

2019-03-26 Agreed Order of Non-Suit.pdf

2019-03-29 Intervenos Notice of Filing and Intent to use Business Records and Affidavits.pdf

2019-03-29 B. Furber Affidavit.pdf

ORDER - NONSUIT

EXHIBIT DAR001 - Page 71

MFC.pdf

ORDER GRANTING MFC.pdf

NOH - UNOPPOSED MTN.pdf

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

ORDER - JUDGMENT

NOH - cancelled hearing.pdf

SCHEDULING ORDER

MR - FOR CT.pdf

darjan - mr - for ct.pdf

DARJEAN - BILLING.pdf

DARJEAN - RECORD.pdf

2019-07-26-Proposed_Order_Granting_Partial_MSJ.pdf

DOCS-#1423466-v1-Darjean_-_Not_of_Hearing_-_MSj.pdf

M/S/J

N/HEARING M/PART S/J

100819 - Darjean - Reply in Support of MSJ.pdf

NONSIGNED O/DENY PART MSJ

ORDER - PARTIAL SUMMARY JUDGMENT

N/FILING AFF

M/CONT

NONSIGNED O/CONT

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

ORDER - GRANTING CONTINUANCE

DISMISS COUNTER CLAIM

NONSIGNED O/DISMISS C-CLAIM

ORDER - DISMISSAL

AGREED MOTION TO WITHDRAW AS COUNSEL & AGREED MOTION FOR CONTINUANCE

PROPOSED ORDER GRANTING AGREED MOTION TO WITHDRAW & AGREED MOTION FOR CONTINUANCE

ORDER - AGREED MOTIONS TO WITHDRAW & FOR CONTINUANCE

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

ORDER - WITHDRAW ATTORNEY

RE: WITHDRAWAL ORDER & NOTICE OF TRIAL SETTING

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

EXHIBIT DAR001 - Page 72

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

RETURNED MAIL

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

CORRESPONDENCE - LETTER TO FILE

FOR AUTHENTICATION OF BUSINESS RECORDS

INTERVENORS NOTICE OF FILING AND INTENT TO USE BUSINESS RECORDS AND AFFIDAVITS

WITNESS LIST

TRIAL EXHIBIT LIST

RETURNED MAIL

PLAINTIFF-MOTION FOR CONTINUANCE

PLAINTIFF-EXHIBIT LIST

PLAINTIFF-WITNESS LIST

DESIGNATION OF DEPOSITION

INTERVENOR-AMENDED TRIAL EXHIBIT LIST

PLAINTIFF-1ST AMENDED DESIGNATION OF DEPOSITION

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

RETURNED MAIL

MOTION TO WITHDRAW COUNSEL

NON SIGNED PROPOSED ORDER-ORDER FOR WITHDRAW

NOTICE OF HEARING-PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

OBJECTION

NON SIGNED PROPOSED ORDER-ORDER GRANTING MOTION TO WITHDRAW

ORDER - WITHDRAW ATTORNEY

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

NON-SIGNED PROPOSED ORDER/JUDGMENT

RETURNED MAIL

PLAINTIFF-FACTUAL STIPULATIONS BETWEEN PLTF AND INTERVENOR-UTICA MUTUAL INS CO

2ND AMENDED EXHIBIT LIST - UTICA MUTUAL

PLAINTIFF & INTERVENOR-AGREED MOTION AND CONSENT TO TRIAL BEFORE THE COURT

CORRESPONDENCE - LETTER TO FILE

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

EXHIBIT DAR001 - Page 73

RETURNED MAIL

Final Disposition Notice

Final Disposition Notice

Final Disposition Notice

Final Disposition Notice

FINDINGS OF FACT/CONCLUSIONS OF LAW

NON SIGNED PROPOSED ORDER-AGREED JUDGMENT

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

NOTICE OF AGREED JUDGMENT RULE 306(a)(3)

AGREED JUDGMENT

RETURNED MAIL

COVER LETTER

REQUEST FOR POST JUDGMENT ABSTRACT

REQUEST FOR ABSTRACT OF JUDGMENTS

RETURNED MAIL

NOTICE OF APPEARANCE & DESIGNATION OF LEAD COUNSEL - ORI RAPHAEL

PROPOSED ORDER APPOINTING RECEIVER & COMPELLING DISCOVERY

APPLICATION FOR POST JUDGMENT RECEIVERSHIP

NOTICE OF HEARING ON PLTF'S MOTION FOR POST JUDGMENT RECEIVERSHIP

NOTICE OF APPEARANCE

AMENDED NOTICE OF HEARING ON MOTION FOR RECEIVER

DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR POST JUDGMENT RECEIVERSHIP

PROPOSED ORDER DENYING POST JUDGMENT RECEIVERSHIP

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR POST-JUDGMENT RECEIVERSHIP

AMENDED NOTICE OF HEARING ON MOTION FOR RECEIVERSHIP

EXECUTED SUBPOENA - SHILO SANDERS

SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

ORDER CLOSING CASE

ORDER CLOSING CASE

E-SERVE COVER LETTER

EXHIBIT DAR001 - Page 74