John Darjean

```
 1   helped you both obtain the 501c3 designation -- well,

 2   let's just do it one at a time.  When did she help you

 3   with the 501c3 designation?

 4        A.  Definitely it was during the time that I was

 5   working at FOCUS because I met her through my

 6   supervisor.  And so, that was -- I want to say it was

 7   2014.

 8        Q.  Okay.  Did she form any entities for you that

 9   were called Beyond Baseball, either a corporation, a

10   limited liability company, anything of that kind?

11        A.  No, sir.

12        Q.  So, Beyond Baseball is just a sole

13   proprietorship.

14        A.  Correct.

15        Q.  Now, I'd like to go to your tenure at FOCUS

16   Academy.  You said you started there in about 2011; is

17   that correct?

18        A.  Yes, sir.

19        Q.  And what were your job responsibilities when

20   you first started at FOCUS Academy?

21        A.  To oversee the parking lot, to make sure a

22   threat did not come on our premises, to make sure the

23   kids did not go in the Family Dollar next door, to get

24   students from the classrooms on the walkie-talkie.  The

25   principal would call me or the -- someone would call me
```

1    A.  Yes, sir, uh-huh.

2    Q.  Were you ever reprimanded for any of the

3 techniques that you used on any child?

4    A.  No, sir, never.

5    Q.  Did you ever lose any duties or

6 responsibilities as a result of any of the actions you

7 ever took with any other child?

8    A.  No, sir.

9    Q.  Well, let's talk a little bit about the

10 incident with Shilo Sanders.

11    A.  Okay.

12    Q.  First, tell me the date that that occurred.

13    A.  September 17th, 2015, Thursday.

14    Q.  And approximately what time of the day did that

15 occur, did the incident occur?

16    A.  I received notice of Shilo Sanders around

17 10:40, 10:45, that's when Ms. Green let me know that --

18 that's the principal, she let me know that she needed a

19 huge favor.

20    Q.  Ms. Green, she was the principal of which part

21 of the school?

22    A.  The high school part, the Triple A Academy.

23    Q.  So, she was the high school principal.

24    A.  Yes, sir.

25    Q.  And what is Ms. Green's first name if you

1    recall?

2         A.  I don't recall.  I'm sorry.

3         Q.  And how did she contact you?

4         A.  I was headed to lunch.  So, while I was walking

5    off the premises to go to my car, she yelled at me while

6    I was halfway to my car and she said, Coach John, Coach

7    John, I need you.

8              I said, "What's going on?"

9              She said I know you're about to go to

10   lunch, but could you please go get Shilo Sanders, he's

11   having a craps game or a dice gram -- I don't know if

12   she said dice game or craps game, but she said one of

13   those -- a dice game in front of the teacher and he's

14   uncontrollable and she's trying to teach class.

15        Q.  All right.  And then what did you do?

16        A.  I said okay.  I said, "No problem, I'll go do

17   it."

18        Q.  And what did you do next?

19        A.  Then I went toward the high school part.  The

20   high school part is in the McClure athletic building,

21   the gymnasium.  So, the school hadn't -- the portables

22   were in construction, and they weren't built yet.  So,

23   every classroom, it was a little portable.

24              So, I went inside the big gym because we

25   have a small gym and we have a big gym.  I went inside

1    the big gym, and she told me -- Ms. Green told me it was

2    the last portable down on the left-hand side.

3              So, I walked down, and the teacher stepped

4    out of the portable.  And when she stepped out of the

5    portable, she said thank you, thank God, I'm so glad

6    you're here, Shilo Sanders started a dice game right in

7    front of me and I asked him several times to put away

8    the dice and to stop shooting craps in class because

9    he's disrupting me and disrupting the other kids.

10         Q.  Do you recall what the teacher's name was?

11         A.  No, sir.

12              MR. NEGEM:  I think I can tell you if you

13   want me to.

14              MR. BOYD:  Sure.

15              MR. NEGEM:  I don't know how to pronounce

16   it, but I read somewhere where it's S-i-g-h-n or

17   something like that.

18         A.  It's a female, it was a female though.

19         Q.  (BY MR. BOYD)  And after you spoke with the

20   teacher, what did you do next?

21         A.  I asked Shilo, I gave him the hand gesture like

22   (demonstrating) this, I said I need to talk to you.  And

23   then when he stood up, he stood up -- well, I don't

24   know, you've got to -- I'm going to say curse words, and

25   I'm not a curser.

```
 1                    MR. NEGEM:  Can I say this?

 2                    MR. BOYD:  Sure.

 3                    MR. NEGEM:  Do you want him to say what

 4    people said even though they are derogatory curse words?

 5                    MR. BOYD:  Sure.  Let's hear the story.

 6                    MR. NEGEM:  Okay.

 7         A.  Okay.  All right.  So, when Shilo stood out of

 8    his chair, he grabbed his backpack and threw it on his

 9    shoulder and he said, "This is fucking bullshit.  Who

10    fucking snitched on me?"

11         Q.  (BY MR. BOYD)  Okay.

12         A.  And I said, "Hey, hey, hey, hey."  I said,

13    "Hey, calm down, calm down.  Just come over here and

14    talk to me."

15                    "No, man, I just want to know the mother

16    fucker that snitched on me."

17         Q.  Okay.  Anything else?

18         A.  So, he walks toward me with an attitude and

19    upset.  I said, "Just calm down."  I said, "What's in

20    your backpack?"

21                    He said, "It's none of your business what's

22    in my backpack."

23                    I said, "Well, you're not going to show me

24    your backpack, you're not going to let me look inside

25    your backpack?"
```

John Darjean

1            He said, "No, I'm not."

2            So, I said, "Just walk with me, we're going

3    to the principal's office."  So, the assistant people

4    that helped out, the principal was Coach Hart and Coach

5    Gaines.  So, if the principal is not there, Coach Hart

6    and Coach Gaines, they're the disciplinary people that

7    take over.

8            So, we're walking through the gym passing

9    the portables.  And halfway out of the gym, he stopped.

10   And I kind of frowned up and I looked at him, I said,

11   "What's going on?"

12           He said, "Wait a minute," he say, "Do you

13   know who my daddy is?  My daddy, he took over this

14   school, and you might not want to take me to the

15   principal's office, you might want to -- if you're

16   thinking about keeping your job," in some type of

17   fashion like that.  He said -- this is how he said it,

18   if you want to keep your job, you might not want to take

19   me to the principal's office.

20      Q.   Okay.  What happened next?

21      A.   Then I said, "I mean, are you trying to, you

22   know, scare me or something?"

23           And he said I'm just letting you know for

24   your best interest.

25           I said, "Man, let's go to the principal's

```
 1   office."

 2              So, he started walking.  He said, "All

 3   right.  I warned you."

 4              So, he gets on the phone halfway there.  I

 5   said, "Hey, man, you're not allowed to be on the phone,

 6   you're not allowed to be on the phone."  So, he's

 7   dialing a number and he talks for a second.  And then I

 8   said, "Hey, man, you got to get off of the phone."  So,

 9   by the time we got to the principal's office, he got off

10   of the phone and we walked into the office in the small

11   gymnasium and we walked to Coach Hart's office.  And

12   when --

13        Q.  Let me stop you right there.

14        A.  Yes, sir.

15        Q.  You said earlier the principal was Ms. Green.

16        A.  (Witness nods.)

17        Q.  So, why was Coach Hart involved if Ms. Green

18   was the principal?

19        A.  Like I said about four or five, three or four

20   minutes ago, I said when Ms. Green is not there, Coach

21   Hart and Mr. Gaines, they take over, they're the

22   disciplinary people.

23        Q.  But you indicated that Ms. Green was the one

24   that sent you to get Shilo.  So, she was obviously

25   there; so, why did you not take him to Ms. Green?
```

 1          A.   Because I took -- the disciplinary office, I

 2     always take them to the disciplinary office either if

 3     Ms. Green is there or not.  My job is to take them to

 4     the disciplinary office.  And all the kids as long as I

 5     worked there, they always go to the disciplinary office.

 6     So, we had about six kids sitting right there in the

 7     disciplinary office, they are always there.  So, we go

 8     to the disciplinary office.

 9          Q.   So, just so I can understand --

10          A.   Yes, sir.

11          Q.   -- you take them to the disciplinary office,

12     not to the principal.

13          A.   Ms. Green is sometimes by the disciplinary

14     office to handle the situation.  Everybody goes to the

15     disciplinary office.  The elementary principal, the

16     middle school principal, the high school principal,

17     everybody goes to that same spot to discipline kids.

18          Q.   Okay.  So, you took him to the disciplinary

19     office.

20          A.   Yes, sir.

21          Q.   And who was present at the office when you

22     arrived?

23          A.   I knocked on the door, I opened the door, Coach

24     Hart.

25          Q.   All right.  And what happened next?

```
 1        A.   Coach Hart shook his head and he was, like,
 2   "Man, I can't believe it," he said, "Man, all this
 3   talking and stuff we be doing and you still don't want
 4   to get it together.  I thought you would grow up by
 5   now."
 6             He said, "Well, man, Coach, they're trying
 7   to set me up, man."
 8             I said, "Well, Coach, here's the situation,
 9   Coach Hart, Shilo, the teacher said he was shooting dice
10   in class."
11             And then he started cussing again, "Man,
12   this is fucking bullshit, you can't prove that, you
13   can't prove that.  I just want to know the mother fucker
14   that snitched on me, that's all I want to know is the
15   mother fucker that snitched on me."
16        Q.   Okay.
17        A.   So, Coach Hart said, "Calm down, calm down."
18   He said, "Well, what's in your bag?  Do you have any
19   dice in your bag?"
20             He said, "That's nobody's business."
21             So, Coach Hart said, "Open your bag up."
22             He said, "No.  You're not going in my bag."
23   So, he pulled his bag a little tighter, his backpack a
24   little tighter, and he held it tight.
25             And he said -- Coach Hart said, "You know
```

```
 1    what, I'm not about to put up with this.  The last

 2    school you was at, your daddy's school," he said, "you

 3    just do not learn at all."  He said, "We just got to

 4    this school and you're acting a plumb fool."  So, he

 5    said, "I'm not going to put up with this.  Coach John

 6    take him to ISS, please, because I'm going to let his

 7    daddy deal with that."

 8                    So, I said, "Yes, sir."  So, we're walking

 9    down the hallway to ISS, it's a pretty long walk.

10         Q.  In-school suspension?

11         A.  Yes, sir, in-school suspension.  So, he gets on

12    the phone again, and then he starts saying, "Momma,

13    Momma, can you come get me?"

14                    I said, "Hey, man, you're not allowed to be

15    on the phone.  You cannot be on the phone because that's

16    against school policies, that's against school policy."

17                    He said, "Man, I'm tired of this fucking

18    school, I'm just tired of -- I just want to go home, I

19    can't stand my daddy, I hate my daddy, he always be

20    trying to hurt me between me and Momma, and he always

21    tries to play sides and everything, and I just want to

22    go to my mom."

23                    I say, "I don't know anything about that,

24    man, I just need you to get off the phone, please."  So,

25    by the time we got back to ISS, he said, "I guess,
```

1    Momma, I'll call you back."  So, he hung up the phone.

2              We got in ISS -- we got in ISS and the ISS

3    guy's name was Ron Wilson, Ron Wilson.  He was over ISS

4    that day.  And I said, "Ron, I have another student for

5    you," and he said okay.  And ISS, as most people know,

6    everybody is facing the wall.  So, we had about three

7    people facing the wall here, three people facing the

8    wall here, three people facing the wall here.

9              So, Ron brought out another table and a

10   chair and turned it towards the wall and said, "Hey,

11   Shilo, I'm going to need you to have a seat and please

12   be quiet, I'm going to have some assignment work for you

13   to do, there's no talking in class."

14              "Man, this is fucking bullshit."

15              And I said, "Shilo, please, please don't do

16   that."

17              So, and then Coach -- I'm sorry -- Ron, Ron

18   said, "Hey, Coach, I've got it from here, I've got it

19   from here."  I said okay.

20              So, as I start to walk out, I hear Ron say,

21   "Hey, man, you're not allowed to be on your phone,

22   you're not allowed to be on your phone."  So, I was

23   walking down the hall.  So, I get to my office in the

24   small gymnasium right across from the disciplinary area.

25   And I would say eight minutes, seven minutes maybe, five

```
 1    to eight minutes, I get a call on the walkie-talkie,

 2    it's Ron.  I said, "Go ahead."

 3                    He said, "Hey, man, I need you to come get

 4    Shilo, he's acting a plumb fool, he's sneaking on the

 5    phone, I told him to get off the phone.  He's disrupting

 6    my entire ISS class."  He said, "My class was quiet.  I

 7    need you to come and get him."

 8                    I said, "10/4, I'm on my way."

 9                    So, when I walked back I told him to grab

10    his bags and he put his bags on his shoulder and then he

11    got back on the phone again.  I said, "Shilo, it's

12    school policy, you cannot be on the phone, you know

13    that, you know the school policies, you cannot be on the

14    phone."

15                    "Man, fuck that, I just want to talk to my

16    momma, I just want to talk to my momma.  I can't stand

17    this fucking school, I can't stand my daddy."  He just

18    kept saying that over and over again.  And he's, like,

19    "Hello, Momma, can you come and get me?  Can you come

20    and get me?"

21                    I said, "Shilo, you're not allowed to be on

22    the phone."

23                    He said, "Man, I got to be on the phone, I

24    got to talk to my momma because she needs to come get

25    me."  So, he stayed on the phone.
```

John Darjean                                                                                              36

```
 1              We get into the small gymnasium.  Coach

 2   Shields and Coach Rodman, that's Coach Rodman, Coach

 3   Rodman, that's Dennis Rodman's sister, Coach Rodman and

 4   Coach Shields were coaching a PE because that's where

 5   they have the little kids to have PE.

 6              Coach Rodman had said something previously.

 7              MR. NEGEM:  Hold on.  Take a drink.

 8              THE WITNESS:  Okay.  Sorry.

 9              MR. NEGEM:  Clear your throat so you can

10   speak.

11              THE WITNESS:  Thank you.

12        A.  So, we get into the small gymnasium where my

13   office is and the disciplinary office is, and Coach

14   Rodman and Coach Shields was having PE.  And Coach

15   Rodman turned around and said, "Please don't bring him

16   back in here because he has just been acting up, he's

17   acting a fool.  I need everybody to be quiet, and

18   somebody needs to come pick him up," that's what Coach

19   Rodman said.

20              I said, "Coach Rodman, I am trying," I

21   said, "I am trying, Coach Rodman, but I don't have

22   anywhere to take him now."  So, we walk back to where

23   Coach Shields' office is, disciplinary.  I knock on the

24   door, open the door, Coach Shields is not there.  So,

25   he's on the phone, and Coach Rodman say, "Coach, can you
```

DepoTexas, Inc.

 1   please do something with him, can you please do

 2   something with him?"

 3          And while this was going on, he's, "Mother

 4   fucker, I can't stand my daddy," you know, just that's

 5   what you hear.  And it's little kids, it's elementary

 6   school kids, they're first grade, second grade, third

 7   grade, fourth grade, and that's what she's teaching

 8   them.  And she said, "The kids don't want to hear all

 9   this cursing, all this stuff and everything.  Tell his

10   daddy to come and get him."

11          I said, "His daddy is not here, his daddy

12   is not here."

13          So, that went on for about five to eight

14   minutes, I would say five to eight minutes.  And I was

15   trying to de-escalate the situation.  So, I said, "Hey,

16   you know what, I got a idea, Shilo, I got a idea.  If

17   you get off the phone, I'll let you use my phone and you

18   can talk to your mom."

19          And he said, "Okay."  He said, "As long as

20   you let me talk to my mom, I'm good."

21          I said, "Okay.  Good."  I said, "Tell your

22   momma you're going to call her back.  We're going to

23   walk to my office, and then we're going to go to my

24   office and we'll talk to her."

25          He hung up his phone, he stopped cursing,

```
 1    everything was quiet.  We walked over to my office, I
 2    closed the door.  I said, "What's your momma's number?"
 3    And I dialed the number, and I said, "Hello, Ms. Pilar,
 4    this is John Darjean, the security officer at the
 5    school," I said, "I told your son he could talk to you.
 6    He's in trouble for shooting dice in class, but I just
 7    wanted to let you know that he's in my office and I'll
 8    let you-guys talk and she said, "Thank you so much."
 9    And she also said, "Yeah.  Because Deion Sanders, his
10    dad, is just playing him against me, and I just -- I
11    don't know what to do."
12                I said, "Yes, ma'am," I said, "Hold on one
13    second."  So, I hand Shilo the phone.  When I hand Shilo
14    the phone, he said, "Momma, can you come get me,
15    please?"  And, of course, I can't hear what she's
16    saying, but they're talking back and forth, they're
17    talking back and forth.  This went on for a while, I
18    would say maybe 15 to 18 minutes.
19                During that time, Shilo said, "Yeah,
20    they're tripping, Momma, they say I got some dice, they
21    say I'm shooting craps.  You know, I know I got some
22    haters out here, and they probably snitched on me."  And
23    then she must have said, well, let me talk to Coach
24    John, he hands my phone back to me and says, "Hey,
25    Coach, you're the security guard, right?"
```

1                        I said, "Yes, I am, yes, ma'am."

2                        "What do you need?"

3                        I said, "Well, he has some dice in his bag

4    that the teacher saw him put the dice back into his bag

5    and we're trying to recover the dice and, you know, he's

6    just being hysterical."

7                        She said, "Well, put me on speakerphone."

8    I put her on speakerphone.  She said, "Shilo, do you

9    have the dice?"

10                       He's like, "Momma, what difference does it

11   make?"

12                       "Just answer the question, Shilo, do you

13   have the dice?"

14                       And he said, "Yeah, I got them."

15                       She said, "Well, can you please give them

16   to the security officer?"

17                       So, we went in his bag and then I stuck my

18   hand down in his bag and I grabbed the two dice and I

19   put them on the table.  And she said, "Coach John, did

20   you get them?"

21                       I said, "Yes, ma'am, I have them."  I said,

22   "Thank you so much.  I'm going to go ahead and take you

23   off of speakerphone and let you talk back to Shilo

24   Sanders."  She said thank you.

25                       So, I handed Shilo the phone, I would say

```
 1    five minutes later, four to five minutes later, I hear a
 2    loud knock at my office door.  (Witness knocking.)  I
 3    said, "Come in" -- I'm sorry.  I hear a -- I hear a loud
 4    knock at the door, and I said, "Come in."  And it's
 5    Deion's assistant, she opens the door.  So -- I'm going
 6    to pull my phone out so I can show you the examples.
 7                 So, she has the phone in her ear like this,
 8    and she's like, "I got the daddy, I got Deion on the
 9    phone."
10                 I said, "Okay.  What's going on?"
11                 "Is that" -- this is her talking -- "is
12    that Pilar on the phone?"
13                 I say, "Yeah.  I'm letting Shilo talk to
14    his mom for a little while."
15                 "Get off, he needs to get off the phone
16    right now, he needs to get off the phone right now."
17                 I said, "Well, what's going on?"
18                 And then she says, "You know what, you know
19    what, Deion wants to talk to you, here."  So, she passed
20    her phone to me.
21                 So, when she passed her phone to me, I
22    said, "Hello."  He said, "John" -- this is Deion
23    talking -- he said, "John, I'm your brother in Christ,"
24    he said, "Pilar has no custody over Shilo Sanders at
25    all.  She's not even allowed to talk.  She's crazy,
```

1   she's kind of cuckoo, she's recording everything that

2   you are saying right now, she's trying to set you up,

3   she's trying to set the school up, she's recording

4   everything right now."  He said, "John, I need you to

5   get your phone."

6                    I said, "Well what should I do?"  He said,

7   "Grab the phone and just hang it up."

8                    So, I said, "Okay, Deion, I'll just go

9   ahead" --

10                   He said, "Get the phone right now.  Just

11  don't ask anymore questions.  She's recording

12  everything, get the phone right now."

13                   So, I said, "Hey, Shilo, I got to get my

14  phone back because your dad said I got to get my phone

15  back."

16                   And he said, "This is the fucking shit I'm

17  talking about.  I hate this school, I hate my daddy.  I

18  wish all of them would fucking go to hell.  Somebody

19  come and get me."  And he kind of nudged his assistant

20  as he was going out the door, kind of bumped her.  And

21  then here he goes again into a outrage, "This is fucking

22  bullshit, fucking shit."

23                   And I hear Coach Rodman, I'm in my office,

24  "Coach, please do something with this boy."

25                   I said, "Coach, I'm trying."  So, I have

1   the phone still in my hand, I'm in my office, and I have

2   the phone in my ear and I said, "Hey, Ms. Pilar, Ms.

3   Pilar, I got to get off the phone right now" -- now this

4   is my personal phone -- I said, "Ms. Pilar, I've got to

5   get off the phone right now.  I'm sorry, I can't talk

6   anymore."  And then I hung up.  And then I said, "Hey,

7   Deion, I hung up the phone."

8                   And he said, "The phone is hung up, right?"

9   He said, "Make sure it's hung up."

10                   I said, "Yeah, it's hung up."

11                   He said, "Let me tell you something, man,"

12   he said, "this lady is crazy, I have -- she has no

13   custody over the child, we went to court.  Do not talk

14   to her anymore, do not call her anymore."

15                   I said, "Yes, sir," I said, "Okay.  That's

16   fine.  That's no problem."

17                   So, he said, "I need you, I need you to go

18   get the phone."  No, before that he said, "Look and see

19   if he's on his personal phone."  So, I open my door and

20   I look out, and I say, "Yeah, he's on his personal

21   phone, he's probably talking to his mom again."  So, I

22   see him over there by the disciplinary office, he's

23   sitting down and kind of pacing back and forth.

24                   I say, "Yeah, Deion, he's still on the

25   phone."

```
 1                      He said, "Do me a favor," he said, "I'm

 2   your brother in Christ," he said, "I need you to do me a

 3   huge favor, I need you to go get the phone."

 4                      I said, "All right," I said, "But, I mean,

 5   he's kind of hysterical, he's going back and forth and

 6   angry and mad."

 7                      He said, "John," he said, "do me a huge

 8   favor," he said, "you're my brother in Christ, I need

 9   you to go get the phone."  He said, "As soon as you get

10   the phone from him, give me a call back."

11                      I said, "Okay.  I'll give you a call back.

12   All right, bye."  I hung up the phone.  I handed the

13   phone back to his assistant.  That was her personal

14   phone; so, I handed it back to her.

15                      So, I walk over to Shilo and Shilo is,

16   like, "Man, man, I'm telling you, I'm talking to my

17   momma, fuck all y'all, I don't give a fuck, get out of

18   my face, leave me alone, leave me alone."

19                      I say, "Your daddy said you need to get off

20   the phone."  And he has two phones in his hand, I mean,

21   he has one -- he has two of them, he's on one of them.

22   And I said, "Shilo, please, can you just come back

23   to" --

24                      "I'm not coming back to your fucking

25   office.  Fuck this shit.  Y'all not letting me do what I
```

```
 1    want to do.  I'm not getting off from my momma.  Fuck
 2    all y'all, fuck this school."
 3                   So, me trying to figure out, Coach Harden
 4    is not around, Ms. Green is not around, I'm trying to
 5    figure out what do I need to do to get Shilo away from
 6    all these little kids in the gymnasium.  So, I walk back
 7    to my office and get back on the phone with his daddy.
 8    I said, "Hey, Deion, I tried to get the phone, he don't
 9    want to give it to me."
10                   He said, "John, listen," he said, "You
11    don't understand what's going on with the momma, the
12    momma is crazy.  You're my brother in Christ, I love
13    you, John, I love you, John, you're my brother in
14    Christ.  I need you to go get the phone."
15                   I said, "I tried."
16                   He said, "John," he said, "I need you to go
17    get the phone."
18                   I said.  "Okay.  I'll try again, I'll try
19    again."  And so, I went back out there and tried again.
20    So, when I tried again, I said, "Shilo," I said, "Listen
21    to me, man," I was trying to talk to him, I said, "Just
22    get off the phone."
23                   Again, he said, "Fuck that, fuck all that
24    shit, I'm not doing it, I'm telling you I'm not doing
25    it.  These people, my daddy is just trying to keep my
```

```
 1    momma and me away from each other, I'm not doing it."

 2                    So, I turn -- I turn back around -- no, I

 3    grab his bag, I said, "Well, I'm going to take your

 4    backpack."  I grabbed his backpack.  I grabbed his

 5    backpack and I put it on my shoulder, and I went back to

 6    the office.

 7                    I said, "Deion, I have his backpack, but

 8    he's not coming with me and he does not want to get off

 9    the phone, he does not want to get off the phone."

10                    He said, "John, let me tell you something,

11    man, you're my brother in Christ, I love you," he said,

12    "but his momma is retarded, she's crazy and she has no

13    parental paperwork on him at all."

14                    I said, "Well, what you want me to do?"

15                    He said, "John, as your brother in Christ,

16    I need you to go get the phone."

17                    I said, "Well, I mean, he's acting crazy,

18    and I don't want him to swing on me, I don't want him to

19    do nothing crazy, nothing like that."

20                    He said, "John, let me tell you something,

21    Shilo is a whole bunch of talk, he ain't going to do

22    nothing, he ain't going to do nothing."

23                    I said, "All right, Deion."  I said --

24                    He said, "John, just go get the phone.

25    Shilo ain't going to do nothing.  He's just a bunch of
```

 1   talk, he's just a whole bunch of lip, he ain't going to

 2   do nothing."

 3           I said, "Okay."  So, I hang up the phone.

 4   And then when I hang up the phone, I walk back over

 5   toward the disciplinary area.  And then when I walk to

 6   the disciplinary area, he gets up.  He stands up, and

 7   then that's when everything kind of come into the --

 8   then everything is on video, then you can see everything

 9   on video from there.  And then that's when everything

10   happened.

11           So, I just want to take a break and just

12   drink some water and see if you want me to --

13      Q.   (BY MR. BOYD)  We can go off the record and

14   take a quick break and then we can get back on and let

15   you finish.

16      A.   Well, I can keep going, but can I just get some

17   water?

18      Q.   Absolutely.

19      A.   Okay.  So, where are we?  We are -- oh, Shilo

20   stands up out of the chair, and he walks like he's

21   walking out of the building.  So, when Shilo is walking

22   out of the building, I walk behind him and I said, "I'm

23   going to need that phone."  So, I took his right arm and

24   I was -- with my left hand and then I reached for the

25   phone.  And then he kind of threw an elbow at me, and it

1    grazed me.  I kind of fell back just a little bit.  And

2    then -- and then I didn't know another one was coming

3    because I was looking for the phone to reach the phone.

4            So, I'm not going to jerk real hard because

5    of my neck and my back, but he took his elbow and

6    slammed it as hard as he could, super hard, right at my

7    chest and up in my -- and then it drove it into my neck,

8    and then I fell back.  And then when I fell back, my

9    mind instantly went into restrain, restrain, restrain

10   from hitting any kids because we had about seven kids

11   right there, from hitting me again or him hurting

12   himself again.

13            So, I come to and I come back up.  As I

14   fall back, I come back up.  I feel two more blows right

15   at my chest and my neck, boom, boom.  And then I took my

16   elbow so he wouldn't hit me.  And I just kept pushing,

17   pushing, pushing his chest area, his chest area into the

18   glass and just held him up against the glass because I

19   didn't want him to hit me anymore.

20            And when I held him, when I held him into

21   the glass, he had a phone in his hand.  The other phone

22   he had stuck in his underwear, in his drawers.  If you

23   look at the video, you can see him stick the phone in

24   his drawers, and then he has the other phone.  He's

25   pretending like I'm choking him.  And spit and drool is

1    coming out, and he's spitting on purpose, "Momma, I

2    can't breathe, Momma, I can't breathe, the security man,

3    the security man is -- I can't breathe."

4              And I said, I said, "You need to go down to

5    the ground," I said, "I'm going to take you down to the

6    ground, come down with me, we're going down to the

7    ground, we're going down to the ground, we're going down

8    to the ground."  That's what I'm trained as a security

9    officer to let them know that I am taking you down,

10   we're going down, we're going down to the ground and I'm

11   going to need you to lay on your stomach, get down, get

12   down, get down.

13             So, we get down to the ground.  And then I

14   sit not on his back because they trained us to sit on

15   his buttocks area so you won't cave his back in, and

16   then I put his hands behind his back.  And by that time,

17   Ms. Green -- and he's cursing, "Fuck this shit.  Momma,

18   come get me.  They're hurting me, they beat me up,

19   they're hurting me, Momma, they're hurting me."

20             And Ms. Green and Coach Gaines -- well,

21   first, Coach Shields come, he's the PE guy, he comes and

22   said, "Hey, Coach, Coach, Coach," he said, "I got it, I

23   got it from here," he say, "I saw everything," he said,

24   "you don't have nothing to worry about."

25             And I said, I said, "I just want to make

```
 1   sure that y'all got him.  Do y'all have him?"

 2                   "We got him."  And then Ms. Green came in,

 3   and Coach Gaines came in.  Coach Gaines came in and I

 4   said, "Y'all got him?  Y'all are going to take over?"

 5   And then they took over.

 6                   And then immediately I started feeling a

 7   tingling like when you sleep on your hand or when you go

 8   to sleep on your body and then you got to move your

 9   hands.  And I was, like, golly.  And then my equilibrium

10   was off.  So, once my equilibrium was off, I said, man,

11   am I lightheaded from just going through all this stuff

12   or what's going on, I don't know what's going on.

13                   So, Coach Gaines and Ms. Ruda Nash, Ms.

14   Nash said, "I'm going to need a quick report."

15                   I said, "I don't feel good."

16                   They said, "Coach, we need you to take a

17   quick report real fast."

18                   I say, "I'm dizzy, and I'm lightheaded."

19   And that's why I wrote that way on the paper because

20   it's just kind of mumbo jumbo.  I wrote as best as I

21   could, you know, like, not everything, but I wrote what

22   happened to the best that I could.  And then after I

23   wrote it, I gave them the piece of paper and I just got

24   away and I went into one of the classrooms.

25                   And when I went in one of the classrooms,
```

1    one of the teachers said, "Coach, you all right?"

2              I said, "I'm real dizzy, and I got a lot of

3    pain in my body in my neck and my back."

4              And she said, "Well, just lay down on one

5    of these, lay down on my table, just lay down on my

6    table."  So, I laid down on the table, and she called

7    9-1-1.

8              And Mr. Leroy McClure, he had heard about

9    the situation and he walked down the hallway and he

10   walked in and he said, "Coach, are you okay?"

11             I said, "No, I'm not doing good at all," I

12   said, "I'm in a lot of pain and I got a lot of tingling

13   on the left side of my body and just a little bit on the

14   right side."

15             He said, "Well, the ambulance is on their

16   way, just sit here and relax."  So, five minutes later

17   the ambulance come and Mr. Leroy McClure helped me up

18   and we walked down the hallway and I got in the -- I got

19   on the stretcher and then they started giving me

20   medicine and asking me what was going on and I told them

21   what was going on and they asked me, you know, have I

22   ever had any surgeries, you know, the routine and all

23   that stuff.

24             MR. NEGEM:  I think that may take Counsel

25   through the question that he asked you.

```
 1                    Is that correct, Larry?
 2                    MR. BOYD:  Yeah.  We can start now.
 3         Q.  (BY MR. BOYD)  All right.  Mr. Darjean, have
 4    you told me now everything you recall about the
 5    incident?
 6         A.  Yes, sir.  That I recall, yes, sir.
 7         Q.  Now, do you know the name of the teacher into
 8    whose room you went who called 9-1-1?
 9         A.  Can I look at my phone?
10         Q.  Sure.
11         A.  Okay.  I think I might know her name.  I'll
12    turn my phone on.  Let me see if I can think of her
13    name.  I don't have her phone number, but I know a
14    friend of mine that has it.
15                    MR. NEGEM:  So, he doesn't want you to call
16    anybody.  Why don't when we take a break, why don't you
17    try to determine --
18                    THE WITNESS:  Okay.
19                    MR. NEGEM:  -- the name of that teacher so
20    we can move on.
21                    THE WITNESS:  Okay.  No problem.
22         Q.  (BY MR. BOYD)  Let's just leave -- I'll tell
23    you what we'll do, Mr. Darjean, if we can't find it
24    today, I'm going to leave a blank in the record and ask
25    you to fill in the name when you find out who it is.
```

1      A.  Yes, sir.

2      _____

3      Q.  Other than the statement you just told me about

4  that you told Mr. McClure about how you were feeling,

5  did you tell anyone else at FOCUS about how you were

6  feeling after this incident?

7      A.  Yeah.  The first people that I told was Coach

8  Gaines, Coach Shields and Ms. Nash because they're the

9  ones that came and took over.

10      Q.  All right.  And then you talked to Mr. McClure.

11      A.  Then I talked to the -- then I walked to the

12  hallway and then the lady told me to lay down, the

13  teacher told me to lay down on the desk and after that

14  Mr. McClure came into the room.

15      Q.  All right.  Did you file a police report

16  regarding this incident?

17      A.  Yes, sir, I did.

18      Q.  And with whom did you file it?

19      A.  Dallas Police.  And I told them that I want to

20  press charges.

21      Q.  All right.  And did you file a police report

22  immediately after the incident?

23      A.  We -- when I was going into the ambulance, he

24  said, "I see you're in a" -- the guy said, "I see you're

25  in a lot of pain," he said, "I'm going to ask you a

```
 1   as a security officer if it became necessary for you to

 2   restrain a student?

 3        A.  Yes, sir.

 4        Q.  Were those the policies to which you were

 5   referring earlier today?

 6        A.  Yes, sir.

 7        Q.  Would you consider restraint of a child

 8   corporal punishment?

 9        A.  Restraint is -- no, sir, that's not corporal

10   punishment, no, sir.

11        Q.  And how would you differentiate those two?

12        A.  Corporal punishment is, for example, Mr. Gaines

13   and Coach Hart would take a paddle and hit the kids

14   across the behind for corporal punishment.  Restraint is

15   when you don't want the child to harm himself, harm

16   another person or harm me.

17        Q.  All right.  Were you aware, Mr. Darjean, that a

18   CPS investigation was undertaken after this incident?

19        A.  Ask me that question again.  I'm sorry.

20        Q.  Yes, sir.  Were you aware that a CPS

21   investigation was undertaken after this incident?

22        A.  Yes, sir.

23        Q.  Were you interviewed by the CPS investigator?

24        A.  No, sir.

25                    (Exhibit No. 6 marked.)
```