**EXHIBIT DAR007**



### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**COMMISSIONER**
John J. Specia, Jr.

November 16, 2015

Re: Child Protective Services record:  **[Case ID: 43991520 - Darjean,John]**

Dear Sir/Madam,

Enclosed is a copy of our Child Protective Services investigation regarding this school employee. Information which would identify the reporter has been deleted, as required by Texas law. The fee has been waived for this record.

If you have any questions about your records, please contact us by:

    *Mail:*    Department of Family and Protective Services
            Attention: RMG (Y-937)
            P.O. Box 149030
            Austin, Texas 78714-9030

    *E-mail:*    Records.Management@dfps.state.tx.us
    *Telephone:*    (512) 929-6764 or toll-free (877) 764-7230

Thank you for allowing the Records Management Group to fulfill your request and hope that this provides you the information that you need.

Sincerely,

*Floyd Wright*

Floyd Wright | DFPS Records Management Group | Entitlement & Redaction Specialist

RECEIVED
DEC 0 7 2015
BY: Clay

14000 Summit Drive ♦ Suite 100 ♦ Austin, Texas 78728 ♦ (512) 834-3195

EXHIBIT 6
WIT: Darjean
DATE: 7/7/17
Jan Newman Carter, CSR

Deion Sanders  000048

Request 5

Investigation Report

# INVESTIGATION REPORT

Case Name: Darjean,John
Case #: 43991520

| | | | |
|---|---|---|---|
| **Intake Received:** | 9/23/2015 | **Caseworker:** | Ham,Jordan |
| **Investigation Initiated:** | 10/1/2015 | **Supervisor:** | Harvick,Cheryl L |
| **Investigation Completed:** | 10/30/2015 | **County:** | DALLAS |
| **Investigation Approved:** | 10/30/2015 | **Office:** | 3 NORTHPOINT DR |
| **Overall Disposition:** | Reason to Believe | | HOUSTON, TX 77060-3231 |
| **Recommended Action:** | Close – School Investigation | | |
| **Initial SDM Safety Decision:** | Safe | | |
| **Safety Plan Completed:** | No | | |
| **Sensitive Case:** | Yes | | |
| **Priority:** | 2 | | |
| **Multiple Referral:** | | | |

## Intake Narrative

| | |
|---|---|
| **Intake Received:** | 9/23/2015 |
| **Stage ID:** | 66575130 |
| **Stage Type:** | PHAB2 |



*Document worker safety issues, special or sensitive case handling information on the Special Handling Window.*

### GENERAL INFORMATION/DESCRIPTION:

The information in this internet report narrative has not been edited by Statewide Intake personnel.

### Special Needs

**Does the child have any special needs (e.g., mental retardation, emotional disorder, physical disability, etc.)?**
No

**Victimized Child:** Shilo Sanders

**Where is the child right now?**
Letot Juvenile Facility

**Other Child Involved:** Unknown Unknown

**Did this child allegedly abuse or neglect the victim(s)?**
No

Deion Sanders  000049

**EXHIBIT DAR007 - Page 2**

Investigation Report

**Other Child Involved:** Unknown Unknown

**Did this child allegedly abuse or neglect the victim(s)?**
No

**Adult Involved:** connie knight

**Where is the person right now?**
Unknown

**How often does this person have contact with the victimized child(ren) and in what capacity?**
Unknown

**Are children residing in this person's home**
Unknown

## Incident Details

**What date did the incident happen? If there is not a specific date, please provide a timeframe (e.g. today, yesterday, three days ago, last week, two weeks ago, one month ago, etc.)**
Patient reports the incident happened at school (Triple A academy) last week.

**Please describe, in date order, your concerns at this time.(What did the parent/relative/caretaker do to the child or fail to do for the child? Is there an ongoing pattern of abuse and/or neglect?) Provide specific details describing the current incident and any previous incidents.**
Patient reports that security gaurd physically choked him and slammed his head into a wall. Patient states he had marks on his neck but nothing appears visible today.

## Current Injuries

**Does the child have any injuries?**
No

## Medical Treatment

**Was(is) there a need for medical treatment/care?**
No

## Physical Condition

**Do you have any current concerns regarding the child's physical condition (e.g., weight, access to food, etc.)**

Deion Sanders  000050

EXHIBIT DAR007 - Page 3

Investigation Report

No

## Emotional State and Behaviors

**Do you have any current concerns regarding the child's emotional state and behaviors?**
No

## Supervision

**Do you have any current concerns that the child(ren) are not being supervised adequately?**
No

## Living Conditions

**Are there concerns regarding the current condition of the home (e.g., safety hazards, lack of utilities, etc.)?**
No

## Family Dynamics

**Are there any indications of alcohol or drug abuse?**
No

**Are there any indications of parent/child conflict? Please explain:**
Unknown

**Describe the family's support system (e.g., relatives, community, church, etc.).**
Unknown

**Are there any indications of domestic violence?**
No

## Prior Incidents

**Are you aware of any prior abuse or neglect of the child(ren)?**
No

## Past Injuries

**Has the child ever been injured in the past?**
Unknown

Deion Sanders  000051

EXHIBIT DAR007   Page 4

Investigation Report

## Discovery and Shared Knowledge

**How did you find out about the situation? Who told you about it? When did they tell you?**
Patient self report on shelter intake physical

**Has the child told anyone about what happened? Who, When? What did the child say? (Use the child's wording, when possible.)**
Patient reports that school personnel and students witnessed the occurrence.

**Has the parent/caretaker been asked about the alleged abuse/neglect?**
Unknown

## Additional Information

## Law Enforcement Jurisdiction

**Did the alleged abuse/neglect occur at the family's home address?**
No

**If the alleged abuse/neglect did not occur at the family's home address, do you know where it occurred?**
Yes

**The address of the location**

**To the best of your knowledge is the address of the operation inside or outside the city limits?**
Inside City Limits

Assessed by Ebonie Solin SWI III
Staffed by Clara Roberson SWI Supervisor

*Email & voice mail notification sent to Diane Jones, CPS Sensitive Contact for Dallas County.*
*Clara Roberson,  SWI Supervisor*

**CONCLUSIONS:**
CPS, PHAB, P2

15YO obtained marks to a vital area of the body as a result of being chocked and slammed into a wall by SC.

**LOCATING INFORMATION:** Directions. When the family is home. Where the victim can be seen.

Deion Sanders  000052

**EXHIBIT DAR007 - Page 5**

Investigation Report

## Allegation Detail

| Victim | Allegation | Alleged Perpetrator | Disposition | Severity | Child Fatality Allegation |
|--------|-----------|--------------------|-------------|----------|---------------------------|
| Sanders, Shilo | Physical Abuse | Darjean, John | RTB | Serious | NA |

Based on the information gathered during the investigation, the Department finds Reason to Believe that the fifteen year old child, Shilo Sanders, was inappropriately disciplined by the security guard at his school, FOCUS Learning Academy, Mr. John Darjean. Per the school's independent investigation, Mr. Darjean was found to be in violation of policy by employing inappropriate and excessive physical methods of discipline on the child. The school's disposition has requested immediate termination of Mr. Darjean's employment. Mr. Darjean's access to the campus has been restricted by the school; and Mr. Darjean no longer has contact/access to the fifteen year old victim child.

## Person List

█████████████████████████████████████████████████

## Principal Information

| Name: Sanders, Shilo | | Person ID: 76553724 | | SSN: |
|---|---|---|---|---|
| Rel/Int: | Oldest Victim | Role: | | Designated Victim |
| DOB: | 2/9/2000 | DOD: | | |
| Age: | 15 | Death Reason: | | |
| Gender: | Male | Date of Removal: | | |
| Race: | Black | Ethnicity: | | Not Hispanic |
| Address: | PO BOX 1984 | Characteristics: | | No Characteristics Applicable |
| | FORT WORTH, TX 76101-1984 | | | |

| Name: Darjean, John | | Person ID: 86683755 | | SSN: ████ |
|---|---|---|---|---|
| Rel/Int: | School Personnel | Role: | | Designated Perpetrator |
| DOB: | 4/3/1976 | DOD: | | |
| Age: | 39 | Death Reason: | | |
| Gender: | Male | Date of Removal: | | |
| Race: | Unable to Determine | Ethnicity: | | Unable to Determine |
| Address: | DALLAS, TX | Characteristics: | | No Characteristics Applicable |

| Name: Knight, Connie | | Person ID: 79885456 | | SSN: |
|---|---|---|---|---|
| Rel/Int: | Parent | Role: | | Unknown |
| DOB: | 1/1/1951 | DOD: | | |
| Age: | 64 | Death Reason: | | |
| Gender: | Female | Date of Removal: | | |
| Race: | Unable to Determine | Ethnicity: | | Unable to Determine |
| Address: | 2314 SUNSET RIDGE CIR | Characteristics: | | No Characteristics Applicable |

Deion Sanders  000053

**EXHIBIT DAR007 - Page 6**

Investigation Report

CEDAR HILL, TX 75104-4547

## Collateral Information

## Abuse/Neglect History

| Response | Question |
|---|---|
| | Abuse/Neglect History search completed during the Safety Assessment? |
| | Abuse/Neglect History search completed at any time during the investigation on each principal? |
| | Has there been a prior abuse/neglect investigation, regardless of finding (or for FAD, serious incidents or complaints)? |

Summary of abuse/neglect history found?

## IMPACT History for All Principals



Deion Sanders  000054

EXHIBIT DAR007 - Page 7

Investigation Report

## Criminal History

| Name: Darjean, John | Date of Search: 10/29/2015 |
|---|---|

**Type of Search:** DPS Criminal History
**Results:** No-hit
**Summary:**
**Comments:**

| Name: Sanders, Shilo | Date of Search: 10/29/2015 |
|---|---|

**Type of Search:** DPS Criminal History
**Results:** No-hit
**Summary:**
**Comments:**

## SDM Safety Assessment Summary

| Date of Assessment | Assessment Type | Safety Decision | Date Completed |
|---|---|---|---|
| 10/6/2015 | Initial | Safe | 10/6/2015 |

## Parental Child Safety Placements

## Investigation Information

| Did CPS and Law Enforcement make first contact jointly? | |
|---|---|
| **Why Not?** | |
| **Comments:** | |

| Did the worker audiotape or videotape interviews with children? | Yes |
|---|---|
| **Why not all interviews?** | |
| **Comments:** | |

| Were photographs taken of each child involved in the investigation? | Yes |
|---|---|
| **Why Not?** | |
| **Comments:** | |

| Gave copy of the Parent's Guide to the parent (including absent parent) or legal guardian and to the alleged perpetrator. | Yes |
|---|---|
| Notified parent (including absent parent) or legal guardian of interview or examination of a child within 24 hours of contact with child. | Yes |

Deion Sanders  000055

**EXHIBIT DAR007 - Page 8**

Investigation Report

| Were multiple person identification numbers found on any principal in the a/n history search? | Yes |
| If Yes, were the multiple person identification numbers merged? | Yes |

| Was methamphetamine manufacturing alleged at intake? | No |
| Was methamphetamine manufacturing discovered/confirmed during investigation? | N |

| Abbreviated Investigation? | No |

| Was a Family Team Meeting offered? | No |
| If yes, did it occur? | No |

| Were there indications any child was the subject of sex trafficking by a person who was not within CPS jurisdiction to investigate? | No |
| Were there indications any child was the subject of labor trafficking by a person who was not within CPS jurisdiction to investigate? | No |

## Investigation Contacts

Date of Contact: 9/30/2015            Date Entered: 10/1/2015
Person(s) Contacted:        FPS Staff        Purpose: Staffed Case
Narrative:
09/30/2015 10:00AM Staffed Case w/ Supervisor Cheryl Harvick:

I, Jordan Ham, was informed that a new referral was received alleging Physical Abuse (PHAB) to the fifteen year old child, Shilo Sanders, by school personnel at his school. ██████████████████████ Supervisor Harvick instructed me to contact the DFPS Managing Attorney for Region 3, Ms. Regina Anderson; and request Ms. Anderson to contact the attorney, Mr. Rick Robertson, who represents the child's father, Mr. Deion Sanders; and request permission to conduct an interview with the fifteen year old child at the facility the child is currently admitted at - the Dallas County Letot Center.

**Per the father ████████████████████████████████ the Department does not have permission to conduct interviews with any of the children residing in the father's home without prior permission granted by the father and/or the father's legal representation.**



Investigation Report





**Date of Contact:** 10/1/2015                                      **Date Entered:** 10/1/2015
**Person(s) Contacted:**          Sanders,Shilo               **Purpose:** Initial
                                  Legal

**Narrative:**
**09/25/2015 11:41AM Telephone Call to Ms. Pilar Sanders, mother**

Ms. Sanders reported that on Thursday, September 17, 2015, she received a phone call from Shilo at approximately 11:00AM. She stated that Shilo indicated that he was attacked by a security guard at school, Mr. John Darjean. Ms. Sanders noted that Mr. Darjean is a former Major League Baseball player. Ms. Sanders stated that Shilo reported that Mr. Darjean requested to search Shilo's belongings and Shilo refused. Ms. Sanders indicated that she does not know why Mr. Darjean requested to search Shilo's belongings. Ms. Sanders stated that Shilo indicated that Mr. Darjean proceeded to choke him and slam him against the wall. Ms. Sanders stated that the call was disconnected; and indicated that she did not hear from Shilo again until the following day, Friday, September 18, 2015. Ms. Sanders reported that Shilo contacted her and informed her that the father, Mr. Deion Sanders, indicated that he was going to take Shilo "somewhere" because of all the false allegations he is making. Ms. Sanders indicated that she could hear the father yelling at Shilo in the background to "hurry up and come on." Ms. Sanders stated that Shilo eventually had to end the phone call.

Ms. Sanders indicated that she did not know where Shilo was being taken to. She stated that she contacted her attorney, Ms. Bobbie Edmonds, to inform her of the information. Ms. Sanders stated that her attorney placed various phone calls and located the child at the Dallas County Juvenile Department - Letot Center. Ms. Sanders stated that the child is able to communicate with Ms. Sanders from the center; and indicated that she does speak to the child on a regular basis.

**09/29/2015 11:30AM Face to Face Mr. Deion Sanders, father**

I, Jordan Ham, conducted an interview with the father, Mr. Deion Sanders, in a private conference room at the FOCUS Learning Academy (2524 W. Ledbetter Drive, Dallas, TX 75233). Mr. Sanders was accompanied by his attorney, Mr. Rick Robertson.

Mr. Sanders reported that on Thursday, September 17th, 2015, the security cameras at the Focus Learning Academy observed Shilo and another student shooting dice on the school premises. Mr. Sanders stated that Shilo was confronted by security personnel, Mr. John Darjean. Mr. Sanders indicated that Mr. Darjean did find dice in Shilo's bag. Mr. Sanders stated that Shilo was sent to in school suspension (ISS). Mr. Sanders reported that Shilo became disruptive while in ISS. He indicated that Shilo attempted to use his cell phone while in ISS, which is a violation of school policy. Mr. Sanders reported that Shilo was confronted by Mr. Darjean a subsequent time while in ISS. Mr. Sanders stated that Shilo reportedly struck Mr. Darjean in the chest; and began resisting away

Deion Sanders  000057

Investigation Report

from Mr. Darjean. Mr. Sanders stated that Mr. Darjean was required to restrain Shilo. Mr. Sanders stated that school personnel are all trained on how to perform proper restraints. Mr. Sanders stated that he does not suspect any excessive physical force used in restraining Shilo. Mr. Sanders stated that he feels as if the situation was handled appropriately by Mr. Darjean. Mr. Sanders reported that Shilo's grandmother, Ms. Connie Knight, was contacted and requested to pick Shilo up from school, as Mr. Sanders was out of town. Mr. Sanders stated that Shilo was suspended from attending school the following day as a result of the incident.

Mr. Sanders stated that despite Shilo's suspension, Shilo still proceeded to attend school the following morning with the intentions of "fighting" the student who told on him for playing dice. Mr. Sanders reported that Shilo did engage in a physical altercation with the student and was again sent back to his residence. Mr. Sanders stated that he proceeded to transport Shilo to the Dallas County Juvenile Detention - Letot Center; and admitted Shilo into the crisis intervention program; where Shilo is currently enrolled.

Mr. Sanders stated that Shilo is just being a fifteen year old, defiant teenager, who is acting out. Mr. Sanders reported that he feels it is in Shilo's best interest to remain at the Letot Center at this time. He stated that Shilo's progress will determine how long Shilo remains at the facility. Mr. Sanders stated that Shilo needs time to sit down and think about the path he is currently heading down. Mr. Sanders stated that Shilo may end up in prison at his current rate. Mr. Sanders reported that he does attend weekly meetings with Shilo's therapist and caseworker; and does obtain updates in regards to Shilo's progress.

### 09/29/2015 12:35PM Attempted Face to Face Mr. John Darjean, Security Guard at FOCUS Learning Academy / Alleged Perpetrator

I, Jordan Ham, requested to speak to Mr. Darjean in regards to the case. The front desk receptionist reported that Mr. Darjean is currently on medical leave for an indeterminate period of time.

### 10/01/2015 9:20AM Telephone Call to Ms. Regina Anderson, DFPS Managing Attorney for Region 3

I, Jordan Ham, spoke to Ms. Anderson in regards to the case. I informed Ms. Anderson of the allegations contained in the referral received by the Department. I explained to Ms. Anderson that the fifteen year old child, Shilo Sanders, has made an outcry of Physical Abuse (PHAB) by school personnel at the FOCUS Learning Academy (2524 W. Ledbetter Drive, Dallas, TX 75233). I informed Ms. Anderson that the fifteen year old child is currently admitted at the Dallas County Letot Center, a residential crisis intervention shelter for juveniles. I requested Ms. Anderson to contact the attorney, Mr. Rick Robertson, who represents the child's father, Mr. Deion Sanders; and request permission for the Department to conduct an interview with the child at the Letot Center.

### 10/01/2015 3:30PM Text Message Received From Ms. Regina Anderson, DFPS Managing Attorney for Region 3

I, Jordan Ham, received a text message from Ms. Anderson in regards to the case. Ms. Anderson indicated that it has been requested of me to contact the father's attorney's office and ask to speak to the associate attorney, Mr. Deron Suggs in regards to scheduling an interview with the fifteen year old child. I was informed that the father has requested the interview take place on either Monday, 10/05/2015, or Tuesday, 10/06/2015, as those are the days the father is able to accompany the child at the facility.

### 10/05/2015 3:02PM Telephone Call From Mr. Deron Suggs, associate attorney for the father, Mr. Deion Sanders

I, Jordan Ham, received a call from Mr. Suggs in regards to the case. I explained to Mr. Suggs that the Department is required to speak to the fifteen year old child, Shilo Sanders, in regards to an incident that allegedly occurred at the child's school. I explained to Mr. Suggs that I wanted to ensure the father, Mr. Deion Sanders, permits the Department to conduct an interview with the child at this time. Mr. Suggs stated that he will contact his client and inform him of the Department's request. Mr. Suggs agreed to contact me back in reference to the response from his client.

### 10/06/2015 4:10PM Telephone Call From Mr. Deron Suggs, associate attorney for the father, Mr. Deion Sanders

I, Jordan Ham, received a call from Mr. Suggs in regards to the case. Mr. Suggs stated that the father, Mr. Deion Sanders, has agreed to allow me to conduct a visit with Shilo at the Letot Center on tomorrow, 10/07/2015, at 12:00PM.

### 10/07/2015 12:07PM Face to Face Shilo Sanders (15 years old)

Deion Sanders  000058

https://impact.dfps.state.tx.us/document/DocumentConversation/showDocument[11/16/2015 10:14:24 AM]

Investigation Report

I, Jordan Ham, traveled to the Dallas County Juvenile Department - Letot Center in order to conduct the aforementioned interview with the fifteen year old child, Shilo Sanders. Upon arrival, I was greeted by the receptionist. I introduced myself and explained my role. The child's father, Mr. Deion Sanders, arrived subsequently. Mr. Sanders and I signed in on the visitor's log, per the receptionist's request. Mr. Sanders and I were informed that the child was currently not present at the facility, as the child was being taken to the doctor for a follow-up medical appointment, by the child's juvenile detention officer. The receptionist instructed Mr. Sanders and I to have a seat in the lobby of the facility. Mr. Sanders and I proceeded to the lobby, as instructed. Approximately ten minutes later, Mr. Sanders and I were notified that the child arrived back to the facility. It was requested of me to enter through a secured door and into a conference room where the child was located. Mr. Sanders opted to remain in the lobby; and agreed to allow me to conduct a private interview with the child.

I observed Shilo to be clean and dressed appropriately in a navy blue juvenile detention center jumpsuit. I did not observe any marks, bruises, or any other visible indicators of abuse or neglect to Shilo's person. ███████████████████████████████████████ I explained to Shilo that I was here on this day to discuss an incident that allegedly happened at his school in which he was disciplined by a security guard.

Shilo reported that on Thursday, September 17, 2015, the security guard at FOCUS Learning Academy, Mr. John Darjean, requested to see Shilo's phone while Shilo was in the gym. Shilo indicated that he was talking on the phone to his mother, Ms. Pilar Sanders. Shilo stated that Mr. Darjean cornered him. Shilo stated that he tried to move around Mr. Darjean; and Mr. Darjean proceeded to grab Shilo by his right arm. Shilo indicated that Mr. Darjean applied excessive pressure. Shilo stated that he yanked his arm away; and Mr. Darjean grabbed Shilo by his neck and pushed him against the wall. Shilo stated that Mr. Darjean had him pinned up against the wall for approximately one minute. Shilo indicated that Mr. Darjean stated, "Boy, don't try to put your hands on me!" Shilo reiterated that Mr. Darjean was applying excessive pressure at the time of the incident. He stated that he began banging on the wall in attempt to get someone's attention to assist in the matter. Shilo reported that Mr. Darjean proceeded to "drop" Shilo to the ground. Shilo indicated that Mr. Darjean hovered above him and would not allow him to get off the ground. Shilo stated that another teacher came over and got Mr. Darjean off of him. Shilo stated that he stood up and sat down in a chair to catch his breath.

Shilo indicated that the police were contacted and they arrived at the school and questioned him. Shilo described the incident as "frustrating." Shilo reported that he also contacted him mother to inform her of the incident. Shilo stated that a short time later, the director of FOCUS Learning Academy arrived to the office where Shilo was sitting in and took his phone away from him. Shilo reported that he was informed that he was being suspended. He stated that his grandmother, Ms. Connie Knight, was contacted and it was requested of Ms. Knight to report to the school to pick Shilo up. Shilo stated that Coach Seven (Mr. Seven Jones) was the one who eventually took Shilo home.

Shilo reported that on the following morning, Friday, September 18, 2015, Shilo attended school as normal. Shilo stated that the student who put Shilo in the situation with the security guard to begin with approached Shilo and tried to be "friendly" with Shilo. Shilo indicated that he told the student to get out of his face. Shilo stated that the student refused; so Shilo proceeded to engage in a physical altercation with the student. Shilo stated that he does not know the name of the student. He indicated that a teacher broke up the physical altercation and separated the students, respectively. Shilo reported that he was then sent to In School Suspension (ISS) as a result of his role in the physical altercation.

Shilo stated that Coach Seven arrived and indicated that it was requested of him to pick Shilo up and take him to his residence. Shilo stated that Coach Seven transported Shilo to his residence. Shilo reported that his father was waiting for him when he arrived home; and told him to get ready because they were leaving in ten minutes. Shilo stated that he did not know where his father was going to take him at the time, until they arrived at the Letot Center, where he has remained since being admitted on Friday, September 18, 2015.

### 10/27/2015 11:10AM Face to Face Collateral Ms. Ruda Nash, School Principal at the FOCUS Learning Academy

I, Jordan Ham, accompanied by DFPS Investigator Trainee, Mr. Joseph Harris, traveled to the FOCUS Learning Academy in attempt to make contact with Mr. Darjean. Upon arrival, Mr. Harris and I were greeted by the front desk receptionist. I introduced myself and explained my role. I requested to speak to Mr. John Darjean. I was informed that Mr. Darjean is on administrative leave at this time. I requested to speak to the school principal, Ms. Ruda Nash. Mr. Harris and I were escorted to Ms. Nash's office.

Ms. Nash invited Mr. Harris and I to sit down in her office. I introduced myself and explained my role. Ms. Nash reported that Mr. Darjean is currently on administrative leave as a result of the alleged incident in which Mr. Darjean excessively restrained the fifteen year old child, Shilo Sanders. Ms. Nash stated that the school did conduct an investigation; and has found Mr. Darjean to be in violation of the school's policies in regards to appropriate student discipline. Ms. Nash stated that the school has began the process of terminating Mr. Darjean's employment; however, Mr. Darjean has filed a workers' compensation claim, which has caused a delay

Deion Sanders  000059

https://impact.dfps.state.tx.us/document/DocumentConversation/showDocument[11/16/2015 10:14:24 AM]

Investigation Report

in his termination. Ms. Nash stated that Mr. Darjean is claiming that he was allegedly injured as a result of the physical altercation with the fifteen year old child, Shilo. Ms. Nash reported that she was in the vicinity of the incident at the time the incident occurred. Ms. Nash reported that she did observe scratch marks on Shilo's arm and neck; however, the scratches were only superficial cuts that did not cause any bleeding. Ms. Nash noted that Shilo did have a hoodie on at the time of the incident, of which did offer thicker protection.

Ms. Nash provided me with the formal letter that was served to Mr. Darjean informing him of the school's investigation, which reads verbatim:

**\*\*Beginning of Letter\*\***

Date: September 17, 2015
To: John Darjean, Security Officer, FOCUS Academies
From: Ruda Nash, Principal, FOCUS Learning Academy
Re: Investigation into Policy Violation (Suspension During Investigation)

Dear Mr. Darjean,

It has been reported that you violated the FOCUS Academies policy Section 12: Student Discipline (Physical Restraint and Timeouts). The alleged incidence occurred on September 17, 2015 in the FLA gym foyer. The alleged incidence involved a ninth grade student (Shilo Sanders) and included the following teacher behaviors:
- attempting to physically remove student's phone from his hand;
- slamming student's body and head into corner against the glass window
- slamming student to the floor while choking him;

The FOCUS Academies policy on physical restraint does not allow teachers to use excessive force by choking under any circumstances. The FOCUS Academies physical restraint policy is as follows:

*Physical Restraint and Timeouts*
Any employee man, within the scope of the employee's duties, use and apply physical restraint to a student that the employee reasonably believes is necessary in order to:
1. Protect the student from injuring himself
2. Protect another person, including the person applying the physical restraint, from physical injury
3. Obtain possession of a weapon of dangerous items.
4. Protect property from serious damage.
5. Remove from a specific location a student refusing a reasonable command of a school employee, including from a classroom or other school property, in time to restore order or to impose disciplinary measures.
6. Control and subdue an irrational student.

FOCUS Academies will conduct a full investigation into the aforementioned alleged policy violation. During the time of the investigation, you will be suspended with pay. During the period of your suspension, you may neither access the campus nor engage in communications with any faculty, staff, parents, or students of FOCUS Academies. Your suspension is effecting Thursday, September 17, 2015. You will be notified of the outcome of the investigation.

Sincerely,

Ruda Nash, Principal, FOCUS Learning Academy (signed and dated 09/17/2015)

**\*\*End of Letter\*\***

Subsequently, Ms. Nash provided me with an additional letter addressed to Mr. John Darjean, titled: FINDINGS AND DISPOSITION RE INVESTIGATION INTO POLICY VIOLATION:

**\*\*Beginning of Letter\*\***

Date: September 21, 2015
To: John Darjean, Security Officer, FOCUS Academies
From: Patricia J. Byrd, Superintendent, FOCUS Academies

Deion Sanders  000060

**EXHIBIT DAR007 - Page 13**

Investigation Report

Dear Mr. Darjean:

On September 17th, 2015, you were suspended with pay, pending the outcome of an investigation regarding your physical involvement with a student of FOCUS Academies. The purpose of this letter is to provide you with the findings and disposition regarding the violation.

Findings
- Violation of policy and inappropriate physical methods

Disposition
- Termination effective immediately

This letter will be placed in your personnel file. You have the right to respond to this letter, and your response will be included with this letter in your personnel file.

Sincerely,

Patricia J. Byrd, Superintendent, FOCUS Academies (signed and dated 09/21/2015)

**\*\*End of Letter\*\***

Ms. Nash provided me with additional documents containing written statements from various entities:

**\*\*Written Statement from Mr. John Darjean, Security Guard at the FOCUS Learning Academy\*\***

I was trying to retrieve the phone from Shilo because he kept calling his mom after I told him not to. I took his bag and put it in my office. I walked back and asked him again to get off the phone. He then stood up and told me get out of my face before I swing on you. I grabbed for the phone out his hand then he elbowed me in my chest. I then restrained him then took him to the ground. He then started to yell momma he's hurting me.

**\*\*Written Statement from Mr. Andre Hart, discipline coordinator at FOCUS Learning Academy\*\***

Mr. Darjean informed me that Shilo Sanders was named as a member of a dice game that took place in Mrs. Singh's classroom. Mr. Darjean wanted to check to his bag for the dice and asked for my assistance. I spoke with Shilo and asked to search his bag, he refused, stating, "I do not want anyone to check my bag that has the power to suspend me." Mr. Darjean then walked back in the room. I wrote Shilo Sanders up on a level II for insubordination and not following the directive. I gave Mr. Darjean the referral letter and told him to take him to In School Suspension (ISS); and I would call his father and have him help us search the bag. Mr. Darjean informed me that his security license gave him permission to search the bag without student consent if he contacts the police. I left Shilo Sanders with Mr. Darjean and went to my meeting with Mrs. Henderson at 11:20AM.

**\*\*Written Statement from Ms. Ruda Nash, School Principal at Focus Learning Academy\*\***

Shortly before noon on Thursday, September 17, 2015, I was standing at the FLA front desk in the lobby. I heard banging on the glass and saw Mr. Darjean pushing Shilo Sanders into the corner of the glass windows in the FLA gym foyer. Mr. Darjean had Shilo by the neck with both hands, banging his head into the glass before throwing him on the ground and falling on top of him. I opened the glass foyer door to see Mr. Darjean choking Shilo with one hand; with the other, fighting for Shilo's phone. I was saying, "stop! stop!" as I tried to pull Mr. Darjean off of Shilo, but Mr. Darjean would not let go of his grips. Someone came to help pull Mr. Darjean off of Shilo who was saying, "I can't breathe!" repeatedly. I helped Shilo up and tried to get him to sit in the chair and breathe, but he was gasping and saying, "Call the police!" I went toward the FLA front desk toward the phone, but instead told a colleague to give me her phone. I went back into the foyer to get Shilo and guided him out the FLA front door to the former Triple A lobby door. Shilo went straight to the desk phone and dialed 911. I took the receiver and gave the 911 operator a report on what I saw. During this time, Shilo was on his cell phone telling his mother what happened. After the 911 call, I spoke to Ms. Sanders. She said, "Please protect my son from those men." I told her I would call her back when the police arrived. I then took pictures of Shilo's neck and upper right arm after he took off his FOCUS Academies hoodie. I also called my supervisor to report what was happening. I filled out an incident report and nurse referral. Someone brought Shilo ice while we waited for the policemen.

Deion Sanders  000061

**EXHIBIT DAR007 - Page 14**

Investigation Report

**\*\*Written Statement from Edward Harrison, student\*\***

What I seen was the student didn't want to give the adult his phone so the adult kept on asking for it. Then the adult reached for it and the student pushed the adult and the adult began to push him and choked him. The student was yelling, "I can't breathe;" and was crying and yelling; and that's when adults came over and pulled the adult off of the student.

**\*\*Written Statement from Christopher Tyson, student\*\***

Shilo walked off while the man was asking for his phone. He was about to hand it to him, but then he walked off. Then the man pulled him. Shilo tried to move away from the corner and the man took him down to the ground. Shilo started screaming for help and banging on windows because he couldn't breathe.

**\*\*Written Statement from "Derrick," student\*\***

He pushed him on the floor and choked him.

**\*\*Written Statement from Kendreon Phifer, student\*\***

He was choking him for the phone and the kid said you're choking me.

**\*\*Written Statement from Rodney Richardson, Jr., student\*\***

Coach said give me the d\*\*\* phone and Shilo walked away and coach pulled his jacket and Shilo pulled away. Coach grabbed him and pushed him on the wall and started choking him.

**\*\*Written Statement from Devuntrae Bookman, student\*\***

He was asking for his phone, so the boy was trying to run and elbowed the man. The man started to choke the boy and the man slammed him into the glass wall. The boy could barely breathe.


**10/29/2015 6:54AM Whitepages Search - Mr. John Darjean, Security Guard at FOCUS Learning Academy / Alleged Perpetrator**

I, Jordan Ham, conducted a Whitepages search for Mr. Darjean:

**Results:** 1720 Ridgemar Dr. Grand Prairie, TX 75051


**10/29/2015 12:40PM Attempted Face to Face Home Visit Mr. John Darjean, Security Guard at FOCUS Learning Academy / Alleged Perpetrator**

I, Jordan Ham, accompanied by DFPS Investigator Trainee, Mr. Joseph Harris, attempted to conduct an unannounced home visit at the address obtained from the miscellaneous search - 1720 Ridgemar Dr. Grand Prairie, TX 75051. The door was not answered. I observed no movement in or around the home. I observed no vehicles in the driveway. I left my business card and requested contact.

Mr. Harris and I proceeded to walk next door to the home located to the immediate right of Mr. Darjean's alleged residence in attempt to inquire about the neighbor's knowledge of Mr. Darjean. The door was not answered. I observed no movement in or around the home. I observed a small, older model green pickup truck parked in the driveway. The truck did not appear to be in operable condition, as I observed the front driver's side tire to be completely flat. I left my business card and requested contact.

Deion Sanders  000062

Investigation Report

**10/30/2015 8:10AM Attempted Face to Face Home Visit Mr. John Darjean, Security Guard at FOCUS Learning Academy / Alleged Perpetrator**

I, Jordan Ham, made an additional attempt to conduct an unannounced home visit at the alleged address - 1720 Ridgemar Dr. Grand Prairie, TX 75051. The door was not answered. I observed no movement in or around the home. I observed no vehicles in the driveway. I did not observe the business card I left on the previous visit.

**SDM Safety Assessment**
**Date of Assessment:** 10/6/2015                    **Date Completed:** 10/6/2015
**Assessment Type:** Initial                              **Safety Decision:** Safe
**Children/Caregivers Assessed:**       Sanders,Shilo
                                                    Knight,Connie
**Safety Assessment Discussion:** The fifteen year old child, Shilo Sanders, is currently admitted at the Dallas County Letot Center, per crisis intervention. The child has no contact with the school personnel at the child's school.
**Current Danger Indicators:**
**Safety Interventions:**

**Date of Contact:** 10/30/2015                          **Date Entered:** 10/29/2015
**Person(s) Contacted:**              FPS Staff         **Purpose:** Staffed Case
**Narrative:**
**Allegation Dispositions:**

**Reason to Believe Allegations**
Based on the preponderance of the evidence, abuse or neglect has occurred; therefore, the disposition is Reason to Believe/Factors Controlled.

**Allegations:**
CPS, Physical Abuse (PHAB) - P2: The fifteen year old child, Shilo Sanders, obtained marks to a vital area of the body as a result of being choked and slammed into a wall by school personnel.

**Disposition:**
Based on the information gathered during the investigation, the Department finds Reason to Believe that the fifteen year old child, Shilo Sanders, was inappropriately disciplined by the security guard at his school, FOCUS Learning Academy, Mr. John Darjean. Per the school's independent investigation, Mr. Darjean was found to be in violation of policy by employing inappropriate and excessive physical methods of discipline on the child. The school's disposition has requested immediate termination of Mr. Darjean's employment. Mr. Darjean's access to the campus has been restricted by the school; and Mr. Darjean no longer has contact/access to the fifteen year old victim child.

## Relationship Information

| Associated Person | PID | Relationship | End | Context Person | PID |
|---|---|---|---|---|---|
| No Family Tree relationships exist. | | | | | |



0063

**EXHIBIT DAR007 - Page 16**

Investigation Report



Deion Sanders 000064

Investigation Report



Deion Sanders 000065

Investigation Report



Deion Sanders  000066

## SECTION 4: EMPLOYEE CHAIN OF COMMAND/CONCERNS, DISCIPLINE, DISMISSAL/TERMINATION, RESIGNATION, GRIEVANCES, AND COMPLAINTS

### Chain of Command/Concerns

A.   **Chain of Command & Organizational Structure**
FOCUS operates under a defined organizational structure based on a hierarchy of authority.  Each employee, no matter what their position, should always recognize and support the chain of command.

When the proper line of authority is circumvented, adverse repercussions will take place. To avoid any temptation in doing this, the employee who is a professional and truly desiring to handle the situation appropriately will follow the lines of authority.  **The immediate supervisor is the one to whom each employee should go when a question or problem arises.**

B.   **Employee Concerns**
At all times, the staff should exhibit a gracious spirit, which is not easily offended. He/she will not speak about others or himself/herself in ways that are unwholesome but in ways that are positive.

If You Have A Concern:
1.   **Examine yourself**. As humans we are vulnerable to overlooking our own faults while easily recognizing the faults of others. We should always examine ourselves before confronting others.
2.   **Seek appropriate wise counsel**. The safety of obtaining wise counsel can protect you from error and give a larger perspective.
3.   **Speak only after facts are gathered and thought through**. Fact gathering includes: what, when, where, how. It does not include opinions. Asking questions of those directly involved will clear many misconceptions. Speak only after careful thought.
4.   **Tell the right person/persons with the right heart motive in a spirit of love and at the right time.** Remember that words are for comfort, hope, restoration, and uplifting. No other motive is appropriate.

If You Overhear Or Are Told A Concern:
4.   Ask the person, especially if it is a parent, to report it directly to the person responsible for the situation or the one who can help correct it.
5.   Report it to a responsible person. If the concern is urgent and quite serious, get the basic facts, and see that it is channeled properly.

If A Concern Is Made To Or About You:
1.   Make sure you clearly understand the concern through appropriately asked questions. If you recognize an offense on your own part, respond immediately.
2.   If you have erred, ask forgiveness and as far as you are able, make restitution.
3.   Don't be easily offended. Rather, hear through a heart of grace and seek always to restore relationships, even if you are called to lay down personal rights.
4.   Always seek to have a clear conscience between yourself and others.

C.   **The Academy School Climate**
The Right Learning Atmosphere
The appropriate learning atmosphere is of vital importance for FOCUS Academies. In absence of such, the school has no reason to exist. We must examine our hearts daily to have a right heart attitude toward the mission and purpose for this school.

The following guidelines will be useful as we strive to attain an atmosphere that will be positive for both employee and student:
1.   Commit to each other as administration, faculty, staff, and students.
2.   Commit to the fulfillment of the Academy's mission.
3.   Seek to communicate truthfully, transparently, and appropriately with teachers, parents, students, and administration.
4.   Be available for conferences and counseling with students and parents.

### Disciplinary Policy
All employees are expected to adhere to the written and oral directives and instructions of their immediate and other supervisors, as well as the policies, procedures and regulations of the Academy, including but not limited to those set out in policies adopted by the Board of Directors, employment notices and agreements, contracts, letters of employment, employee handbooks, the Code of Ethics and Standard Practices for Texas Educators and all applicable state and Federal laws and regulations.

Of great importance to the success of the organization is that its policies are enforced. Violations of policy, procedures, rules, regulations, directives, or laws may result in disciplinary action. Such action may begin at any of the following steps, depending on the severity of the infraction.
❖   Counseling or verbal reprimands
❖   Written reprimands
❖   Final warning, suspensions, with or without pay, or probation
❖   Dismissal

### Discipline
FOCUS Academies is intent on administering equitable and consistent discipline for unsatisfactory conduct in the workplace. The best disciplinary measure is the one that does not have to be enforced and comes from good leadership and fair supervision.

FOCUS' own best interest lies in ensuring fair treatment of all employees, and in making certain that disciplinary actions are prompt, uniform, and impartial.  The major purpose of any disciplinary action is to correct the problem, prevent recurrence, and prepare the employee for satisfactory service in the future.

Although employment with FOCUS Academies is based on mutual consent and both the employee and FOCUS has the right to terminate employment at-will, with or without cause or advance notice, FOCUS **may** use progressive discipline at its discretion.

Disciplinary action may call for any of four steps: (1) verbal warning, (2) written warning, (3) suspension with or without

Deion Sanders_000067

EXHIBIT DAR007 - Page 20

Request #16

The compliance training associated with these topics is intended to provide employees with information to promote FOCUS' initiatives of academics, finance, school safety, and special education. While all employees must complete compliance training annually on, blood-borne pathogens, sexual harassment, and STAAR/EOC training. FOCUS Academies (the district) may also require that certain employee groups complete training related to other topics that are relevant to their work responsibilities.

FOCUS Academies will provide compliance training on the topics identified above. FOCUS provides online training tutorials that employees can complete using any computer that has an internet connection, and internal or external speakers. Employees will log on to Eduphoria and complete the required training tutorials from January 1-31. The time needed to complete each online tutorial varies from 30 to 45 minutes, and employees may complete all required tutorials in one session or in separate sessions. All certificates are due by the first business day in February.

Training completion for the following personnel will be verified by Academic Cluster Supervisors, Triple A Academy School Director, Business Office, and Administrative Health Services. The e-Courses are available through Eduphoria.

### Faculty/Staff Meetings/Professional Development Workshops

Instructional staff meetings are held once per week after school.  Instructional staff is required to attend both regularly scheduled and called faculty meetings before, during, or after school hours, and required full-day or half-day professional development workshops. Leaving early from a professional development workshop could result in docked pay for the time missed. Permission must be obtained in advance from the campus Lead Principal or Principal if you cannot attend or must leave early from a faculty meeting, staff meeting or professional development workshop.

Departmental staff is also required to attend regularly scheduled office and staff meetings, and professional development workshops. The immediate supervisor must know in advance if you are not able to attend or must leave early, and must approve release from attendance. Staff participation and input at the meetings is encouraged.

### Growth Plan/Disciplinary Action

In light of FOCUS Academies' (the district) balanced approach of both accountability and support, under normal circumstances, supervisors first informally coach and support employees to help increase performance before instituting a formal growth plan or disciplinary action. An employee with a performance or behavior issue is typically given a warning so that he or she has an opportunity to correct the problem. If further coaching is necessary, a supervisor may elect to develop a written growth plan in order to help the team member correct the behavior. A formal written warning of disciplinary action may be necessary.

Though discharge or demotion for poor performance or attendance ordinarily will be preceded by an oral warning

and a written warning, FOCUS Academies (the district) reserves the right to proceed directly to a written warning, demotion, or termination when FOCUS Academies (the district) deems such action appropriate or necessary.

An employee may be placed on leave without pay, without prior written warning for a period not to exceed fifteen calendar days, in order to review or investigate actions, including but not limited to, insubordination, acts endangering others, or other allegations of serious misconduct.

### Professional Development

FOCUS Academies (the district) is committed to the professional development of all its employees. For educators, FOCUS Academies (the district) provides training before the start of the school year, on-site coaching and modeling throughout the school year, day-to-day instructional leadership, and access to external workshops. For non-instructional staff, FOCUS Academies (the district) provides technical training before the start of the school year and throughout the year.

In addition, all employees are encouraged to pursue external professional development opportunities in the form of workshops or additional certification. Employees should talk with their supervisors about additional development opportunities and specific career paths. Supervisors must approve professional development before it is taken.

### Professional Growth & Employee Training

The Board shall acknowledge the importance of and the need for professional growth for all employees of the organization.  Both internal and external professional growth opportunities are encouraged.  The CEO or designee shall implement appropriate provisions to ensure continued study and training for all employees.

*Employee Training Policy*

- Any FOCUS employee with a Bachelor's degree who supervises instruction or provides instruction may elect to attend Alphabetic Phonics training.  This includes physical education teachers, computer teachers and teaching assistants.
- All remaining staff must attend a three-day overview of the learning different child.  This overview includes characteristics of learning differences, especially reading disorders, social implications of learning differences and learning styles/multiple intelligence information.
- Other in-house professional development sessions may be required throughout the year.
- Staff is also encouraged to attend classes, meetings and conferences to keep abreast of new information in the employee's area of service.

### Staff Meetings

School-wide staff meetings are scheduled during the school year as needed. The agenda may include organizational and professional growth topics.

The immediate supervisor will determine days per month on which these meetings may be scheduled, and employees will be expected to remain on duty until the end of the

Deion Sanders_000068

Request 17

4. The Lead Principal, CEO or designee, may administer corporal punishment.
5. When corporal punishment is administered, it shall be done in the presence of another FOCUS Academies employee and only in a place out of the view of other students.
6. An Academy approved paddle must be used.
7. A detailed disciplinary record shall be maintained and shall contain the name of the student, a description or summary of the type of misconduct, any previous disciplinary actions, the number of licks administered[not to exceed three (3)], the name of the person administering the punishment, the name of witness(es) present, and the date and time of punishment. Disciplinary records shall be made available to parents and/or the student upon request.

### Disciplinary Probation
A student placed on disciplinary probation is in imminent danger of losing the right to remain at FOCUS Academies. Moreover, a student's behavior, which is so unsatisfactory as to cause him to be placed on probation, will forfeit any class office or official position held in any school-related organization. A student placed on probation may forfeit the privilege of representing the school in any contest, public program, or extra-curricular activity and will not be eligible to receive any honors or be granted any privileges. When a student is placed on probation, the Lead Principal will notify the parents.

The CEO and Director of Discipline will review the probationary status of a student at the end of the semester. Sufficient correction of behavior must be evidenced at that time for the student to be removed from probationary status or the student will not continue to attend FOCUS Academies.

Further disciplinary actions which would place a student on probation for the second time in two (2) consecutive semesters prevents continued enrollment.

### Expulsion
If documented attempts to correct a student's misbehavior have failed and the misbehavior persists, or if the offense is so serious as to warrant the school's most drastic sanction, the administration may expel a student.
The following serious offenses are potential grounds for expulsion:
1. Defiance or direct confrontation with school authorities
2. A second suspension from school
3. Failure to comply with the terms of disciplinary probation
4. Stealing and other serious moral offenses
5. Repeated instances of cheating
6. Chronic violations of FOCUS Academies rules and regulations not corrected by lesser measures
7. Activities outside the school which call for police intervention
8. Any off-campus misconduct seriously detrimental to the reputation of FOCUS Academies
9. Assault of a teacher or other individual
10. Extortion
11. Arson
12. Intentional destruction of school property

13. Possessing, delivering, using, or being under the influence of: any alcoholic beverage; controlled substance or dangerous drug; abusable glue, paint, or other chemical substance; any mood-changing, mind-altering, or behavior-altering drugs while on school premises or while in attendance at any school-related activity or event
14. Possessing, delivering, or using any firearm, explosive, knife, or other weapon while on school premises or while in attendance at any school-related activity or event

### Identification of Offenses
A classroom teacher needs to be thoroughly familiar with the Parent/Student Handbook and the Positive Behavior Intervention System (PBIS) holding the students responsible for adhering to all rules and regulations addressed in it. Most offenses are common and self-explanatory. However, the following definitions apply:

### In-School Suspension (ISS)
ISS is not currently offered at FOCUS Academies.

### Interrogations and Searches
FOCUS Academies CEO or designee may search a student or student's property with reasonable cause, with or without the student's free and voluntary consent. Moreover, vehicles, which students have driven to school or to school-sponsored activities, are also subject to search.

Areas such as lockers, which are owned by the school, may be searched if reasonable cause exists. Students shall not place or maintain any item in school-owned lockers that is forbidden in the Parent/Student Handbook nor shall they place or maintain any item that would lead school administration to reasonably believe that it would cause a substantial disruption on school property or at a school-sponsored function. Searches of a student's outer clothing and pockets may be conducted if reasonable cause exists. More intrusive invasions of a student's privacy, such as searches of a student's person, may be conducted only if probable cause exists to believe the student possesses contraband dangerous to himself or others.

### Legal Proceedings
In the event a student's offense involves a violation of the law, the administration will normally refer the offense to law enforcement officials. Any decision to refer a matter to civil authorities will be made immediately known to the student's parents. This would result in dismissal of the student from FOCUS Academies.

### Loss of Play Time or Class Privilege
Normally, the loss of playtime will range from five (5) to fifteen (15) minutes during recess time. Class privileges include such activities as serving as line leader, row monitor, door holder, teacher's helper, and the like.

### Physical Restraint and Timeouts
Any employee may, within the scope of the employee's duties, use and apply physical restraint to a student that the employee reasonably believes is necessary in order to:
1. Protect the student from injuring himself.

Deion Sanders_000069

EXHIBIT DAR007 - Page 22

2. Protect another person, including the person applying physical restraint, from physical injury.
3. Obtain possession of a weapon or other dangerous items.
4. Protect property from serious damage.
5. Remove from a specific location a student refusing a reasonable command of a school employee, including from a classroom or other school property, in order to restore order or to impose disciplinary measures.
6. Control and subdue an irrational student.

### Police Questioning of Student

For police questioning of a student in school, the following guidelines shall apply:

1. Before the CEO or designee permits the questioning of a student by law enforcement officers, the officer must state the necessity of questioning the student at school. The questioning officer's name and title shall be obtained and recorded by school personnel.
2. The CEO or designee shall make reasonable and immediate efforts to contact the student's parents.
3. Law enforcement officers shall not question a student unless the C CEO or designee is present.

### Positive Behavior Intervention & Supports (PBIS)

Teacher success, in relation to both student learning and teacher efficacy, can often be traced to the ability of the teacher to manage the classroom. Research shows that effective classroom organization and management during the first few weeks of school are crucial in determining expectations, behavior patterns, and procedures that will persist throughout the school year. Much of the instruction and social interaction that occurs during the months after September can be traced directly or indirectly to the way teachers initially establish instructional and social systems during the first weeks.

The purpose of the FOCUS Academies Classroom Organization System (COS) and Positive Behavioral Interventions & Supports (PBIS) is to provide a proactive systems-level approach to creating and sustaining orderly learning environments in which students and staff will thrive.

FOCUS Academies adheres to a discipline management system based on positive and negative reinforcement for behavior and the expectation that students will assume a reasonable share of responsibility for their own learning and conduct. It also includes a strong parental involvement component.

### Our students will "Keep the FOCUS"

F- follow all directions
O- own our responsibilities
C- care about others more than yourself
U- use time wisely
S- succeed beyond the limits

### Classroom Expectations

1. Enter the room in a silent, orderly manner.
2. Be prepared daily with the appropriate supplies.
3. Listen and follow directions on the first request at all times.
4. Keep hands, feet, and object to yourself.

5. Get permission to speak or leave your seat.
6. Be honest, truthful, and respectful to peers and adults at all times.

### Restroom Expectations

1. Go- Walk silently to and from restroom.
2. Flush- Place only tissue in toilet (clean seat if needed).
3. Wash- Wash your hands.
4. Dry- Rub hands under dryer.
5. Leave- Depart immediately (no horseplay or fellowship).

### Hallway Expectations

1. Walk in single file.
2. Walk on the right side (second square from the wall).
3. Use hallway voice level "0".
4. Walk with hands at side.
5. Use hall pass when not with an adult.

### Cafeteria Expectations

1. Enter and exit the cafeteria in a orderly manner.
2. Request permission to leave your seat.
3. Treat all staff members with respect.
4. Assume responsibility for keeping personal area clean, including wiping tables and picking up trash.
5. Use "Voice Control" level as permitted.

### Procedures for Use of Restraint and Time-Outs

School employees, volunteers or independent contractors are authorized to use restraint in the event of an emergency and subject to the following limitations:

- Only reasonable force, necessary to address the emergency, may be used.
- The restraint must be discontinued at the point at which the emergency no longer exists.
- The restraint must be implemented in such a way as to protect the health and safety of the student and others.
- The student may not be deprived of basic human necessities.

At no time, however, may a student be placed in seclusion.

A student with a disability may not be confined in a locked box, locked closet or other specially designated locked space as either a discipline management practice or a behavior management technique.

### Redirection

Redirection is a logical extension of the reprimand. It seeks to replace an inappropriate behavior with one that is appropriate.

### Removal from Class

Immediate removal from the classroom for the duration of the class period is a response available to FOCUS Academies teachers and Lead Principal to discourage improper classroom behavior. Do not send students out into the hall without supervision.

Deion Sanders_000070

**EXHIBIT DAR007 - Page 23** Request #20