```
 1  the face and then Mr. Darjean, he just pinned him up
 2  against the wall, the glass wall, and stuff like that
 3  and then he just took him down to the ground and was
 4  holding him down and then they was just -- you know, he
 5  was tussling with him and stuff like that.  And then
 6  that's when I told Ms. Nash she just need to go in
 7  there; so, they go in there and Mr. Gaines.  Then Ms.
 8  Nash, she was trying to help.  But then Mr. Gaines, I
 9  told him to go in there, too, they need more help.  So,
10  they was trying to control him and stuff.  And then they
11  got him on out.
12       Q.  Who were they trying to control?
13       A.  Shilo.
14       Q.  Shilo Sanders?
15       A.  Yes, sir.
16       Q.  Now, you said you saw Shilo punch Coach John in
17  the face?
18       A.  Yes, sir.
19       Q.  And was Shilo using his fist?
20       A.  Yes.
21       Q.  And did Shilo punch him right in the face?
22       A.  Yes, he punched him right in the face, yes,
23  sir.
24       Q.  And can you use your hand showing us where he
25  hit him?
```