```
 1                MR. BOYD:  Objection, form.
 2       A.   According to this, yes, it was three days, yes.
 3       Q.   (BY MR. NEGEM)  Now, after the -- if the
 4  altercation between Shilo Sanders and Mr. Darjean took
 5  place the day before September 18th, 2015, do you know
 6  why he was back at school on September 18th, 2015, to
 7  attack Devuntrae Bookman?
 8                MR. CORREA:  Object, form.
 9                MR. BOYD:  Objection, form.
10       A.   Rephrase that, sir.
11       Q.   (BY MR. NEGEM)  Yes.  Was Shilo Sanders
12  supposed to be at school on September 18th, 2015, the
13  day after the altercation he had with Mr. Darjean?
14       A.   No, sir.
15       Q.   And why is that?
16       A.   Well, he was suspended.
17       Q.   Okay.  The obvious.  Okay.
18       A.   Yes.
19       Q.   How long was he suspended?
20                MR. BOYD:  Objection, form.
21       A.   I'm not certain.
22       Q.   (BY MR. NEGEM)  Okay.  But as a result of the
23  altercation Shilo Sanders had with Mr. Darjean on
24  September 17th, he was suspended from school for a
25  period of time.
```

```
 1        A.   Yes.
 2        Q.   All right.  By Mr. Deion Sanders.
 3        A.   Yes.
 4        Q.   And what words did he use to bring home -- to
 5   bring that home to you?
 6        A.   He talked about how smart Shilo was, he's two
 7   or three years ahead of everybody else in his class and
 8   he's easily bored and do better in an environment that's
 9   not a typical classroom environment.  And he talked
10   around it, but he never said he had an aggression
11   problem.
12        Q.   Did Deion Sanders ever tell you that Shilo had
13   problems at Prime Prep when Shilo went to Prime Prep?
14             MR. BOYD:  Objection, form.
15             MR. CORREA:  Object, form.
16        A.   I don't recall hearing that, sir, from Deion.
17        Q.   (BY MR. NEGEM)  When you noticed that Shilo
18   Sanders had problems with aggression during the spring
19   semester of 2015, did you talk to Deion Sanders about
20   those problems?
21        A.   We talked about it, yes, sir.
22        Q.   What did you tell him as best you recall?
23        A.   There were so many issues going on at the time,
24   Deion versus Pilar, Pilar versus Deion, Shilo wants to
25   live with his mom, Shilo hating his dad.  I mean, you
```

```
 1   had a child that was in the middle of so many issues
 2   where my goal was to try to at least have something
 3   stable for him.  It was challenging for me to see a
 4   father and a son not being able to love each other,
 5   respect each other.  I kind of called myself more of a
 6   counselor to both of them.  So, I can't really -- sir,
 7   I'm not really able to answer that.
 8        Q.  Okay.  All right.  The altercation between
 9   Shilo and John Darjean took place on September 17th,
10   2015.  My question is before that date, had you had
11   discussions with Deion Sanders about Shilo's problem
12   with aggression that you had counseled Shilo over on
13   several occasions?
14        A.  If I did, it was not an agenda item.  It was
15   part of us talking about something and we brought it up
16   and I talked about some issues that was taking place,
17   didn't reach any resolution, then we move onto something
18   else.
19        Q.  I understand.  Before the altercation we're
20   here about, did you talk with Deion Sanders on occasions
21   about the disciplinary problems you were having with
22   Shilo Sanders?
23        A.  Yes.
24        Q.  You mentioned that the disciplinary problems
25   you had with him were too numerous to list, how many
```

```
 1   occasions did you talk to Deion Sanders about these
 2   disciplinary problems?  And you can give me a range.
 3       A.  It's really hard to say because I saw that
 4   Deion was having a very difficult time.  Every time he
 5   turns around, someone is talking to him about a
 6   discipline problem that Shilo had.  So, I was not the
 7   one that want to continue to be burdening him with that
 8   type of information.  So, there were many times when I
 9   could have talked to him about it but I chose not to.
10       Q.  And there were many times you actually talked
11   to him about it.
12               MR. BOYD:  Objection, form.
13       A.  Yes.  There was a few times, quite a few times
14   that I talked to him about it.
15       Q.  (BY MR. NEGEM)  Well, let's handle it this way:
16   During the spring semester of 2015 when Shilo started at
17   FOCUS Academies, did you speak with Deion Sanders about
18   disciplinary problems that you were having with Shilo?
19       A.  Yes.  And he spoke to me about them, too.
20       Q.  Okay.  Did you talk to -- during that same time
21   frame, did you talk to Mr. Sanders, Deion Sanders, about
22   problems that Shilo had with aggression?
23       A.  Yes.  We've had those conversations before,
24   yes.
25       Q.  And did he talk to you about it?
```