| SHILO SANDERS Volume 1 | EXHIBIT DAR010 | February 19, 2018 |
|---|---|---|
| DARJEAN vs SANDERS | | 211 |

```
 1      A.   Because he was a -- I don't know what he was,
 2   but he was at -- remember I used to pick up trash for
 3   them?
 4      Q.   At Focus?
 5      A.   Yeah.
 6      Q.   Oh, and so he was from there?
 7      A.   Yes.
 8      Q.   Okay.  Anybody else, any other pastor-type
 9   people that you've talked to about Mr. Darjean?
10      A.   Not that I can recall at the moment.
11      Q.   Who did you spend Easter with last -- this past
12   Easter, Easter of 2017?
13      A.   My mom.
14      Q.   On your actual birthday this year, did you
15   celebrate on that day with your dad?
16      A.   No.
17      Q.   Did you -- have you celebrated your birthday
18   with him yet?
19      A.   What do you mean "yet"?
20      Q.   For your -- this year -- the 18th birthday.  I
21   know you just said you didn't celebrate that particular
22   day, but have y'all had a chance to celebrate your
23   birthday yet, you and your dad?
24      A.   We didn't celebrate.  I just talked to him.
25      Q.   Okay.  On the phone or in person?
```

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com



```
 1  on, football-related stuff?
 2      A.   Yes, yes.
 3      Q.   He wasn't on the field fussing with you about
 4  something that happened at home, was he?
 5      A.   No.
 6      Q.   Okay.  Did he ever, as your coach while y'all
 7  were at Focus, did he ever discipline you as a coach?
 8      A.   Yes.
 9      Q.   And what kind of things as a football coach did
10  he do to discipline you?
11      A.   Tell me to run.
12      Q.   Anything else besides that as a football coach?
13      A.   No.
14      Q.   Were you ever suspended from the Focus football
15  team for any period of time?
16      A.   No.
17      Q.   Even after the Darjean incident, you were able
18  to go back whenever that next game was and play?
19      A.   No.  I had to go to Letot.
20      Q.   Okay.  So --
21      A.   And that caused me to miss almost half of my
22  season.
23      Q.   Because it was a 30-day stay?
24      A.   It was around 30 days.
25      Q.   Okay.  And so there were -- were there -- do you
```