```
 1   guess it was the high school as a security guard and was
 2   assaulted by Deion Sanders' son basically.  I think he
 3   said he asked him to do something, he didn't want to do
 4   it and got angry and attacked him.
 5       Q.  And did you have a history of some of the care
 6   Mr. Darjean had received before he came to you?
 7       A.  Again, on his first visit I didn't have all the
 8   history other than I knew from what he'd told me he'd
 9   had prior -- he had to have a semi-emergent cervical
10   spine surgery at Methodist Dallas.  And then after that,
11   I did get records to show some of that treatment.
12       Q.  And who did his surgery at Methodist?
13       A.  Dr. Patel.
14       Q.  And when he began treatment with you, what sort
15   of ongoing problems was Mr. Darjean having even after
16   the surgery?
17          MR. WALSH:  Objection, form.
18       A.  He presented with ongoing left neck, shoulder
19   blade and left upper extremity back as well as left low
20   back and left lower extremity pain.
21       Q.  (BY MR. WORTHINGTON)  And how far down the left
22   upper extremity did the pain and symptoms travel?
23       A.  Down into the arm into the extensor forearm and
24   into primarily the index and third finger.
25       Q.  Can you tell the jury what concern you have
```

```
 1  when you see that sort of pattern of symptoms?
 2       A.  So, that's a C7 nerve pattern, and he had on
 3  exam that day definite signs of neuropathic injury and
 4  pain with ongoing loss of strength and decreased
 5  sensation in the C7 pattern.
 6       Q.  And what about the lumbar spine, what problems
 7  was he expressing to you in the lumbar spine?
 8       A.  He was having back pain going into the buttock
 9  down the leg and L5 nerve pattern, posterior thigh,
10  lateral calf, dorsal aspect of the foot into his great
11  toe, which is an L5 nerve pattern.
12       Q.  And why is it a concern when you see symptoms
13  involving a particular nerve pattern?
14       A.  Generally means there's nerve irritation or
15  nerve injury.
16       Q.  Did you make a note of the medications that Mr.
17  Darjean was taking at that time?
18       A.  I did.
19       Q.  And what medications was he on?
20       A.  When he came in for that visit, I believe he
21  was -- I actually started him on some and our records
22  show both what I started with and plus what he was on.
23  We started him on Gabapentin that day, and he came in on
24  Tramadol, Flexeril, Meloxicam or Mobic.
25       Q.  And what is Tramadol?
```

```
 1        A.   Tramadol is a Schedule 3 non-narcotic, it's in
 2   the narcotic family but not a true narcotic pain
 3   analgesic.
 4        Q.   And the cyclobenzaprine, what is that?
 5        A.   It's a muscle relaxer.
 6        Q.   And what is Mobic?
 7        A.   It's an anti-inflammatory, non-steroidal
 8   anti-inflammatory.
 9        Q.   And what is Gabapentin?
10        A.   It's a membrane stabilizer used to treat
11   nerve-type pain disorders.
12        Q.   Under your review of symptoms, you had noted
13   urinary frequency and erectile dysfunction.  Can you
14   describe why those were noted?
15        A.   Those are always included in a review of
16   systems.  If there are nerve deficits or enough nerve
17   irritation, then you can see urologic problems with
18   anything related to the spinal cord.
19        Q.   And did you perform an examination of Mr.
20   Darjean that day?
21        A.   I did.
22        Q.   Can you describe for us what you found in, for
23   instance, the range of motion in the cervical spine?
24        A.   I'll look back and read it to you.  So, he had
25   increased discomfort with neck flexion, lateral bending
```

```
 1      A.   We did.
 2      Q.   And the imaging as well?
 3      A.   Yes.
 4      Q.   At some point, you had an understanding of what
 5 levels were fused in Mr. Darjean's cervical spine --
 6      A.   Right.
 7      Q.   -- as of September of 2015?
 8      A.   Right.
 9      Q.   Which levels did he have fused?
10      A.   He had a C3 through C7 fusion; so, basically
11 most all the cervical spine.
12      Q.   Does that give you an indication of the
13 severity of Mr. Darjean's injury?
14           MR. BOYD:  Objection, form.
15      A.   That was an extensive injury to warrant
16 multi-level fusion.  He'd had one prior level of fusion,
17 and the levels above and below that fusion were
18 herniated and causing cord compression.
19      Q.   (BY MR. WORTHINGTON)  How common is it to have
20 an extensive surgery covering that many levels of the
21 spine?
22      A.   Not very common.
23      Q.   So, what procedures did you plan to address or
24 treat the lumbar spine and the cervical spine?
25      A.   So, we were at first wanting to see if there
```

1  occasionally see that.

2      Q.  Do you occasionally see the urinary

3  incontinence as a neurologic issue?

4      A.  You do see that occasionally, yes.

5      Q.  And why would that be?  What in the cervical or

6  lumbar spine affects the urinary issue?

7      A.  So, any cord compression in the cervical spine

8  can cause bladder or bowel incontinence.  And same thing

9  in the lumbar spine if you have cauda equina syndrome

10 from a herniated disc causing nerve pressure or if you

11 have ongoing nerve irritation into that lumbosacral

12 area, that's a potential sometimes.

13     Q.  And did you schedule an additional procedure at

14 that point?

15     A.  Again, I believe she recommended another

16 lumbar, left L5-S1 and a left C7 selective nerve block

17 because of his good response to the prior treatment.

18             And then we also said if they would not --

19 she said if they won't approve the treatment, then we

20 would need to get a new MRI of his lumbar spine.

21     Q.  And were those injections carried out, repeat

22 injections carried out?

23     A.  He did have those injections, I believe, done a

24 few months later, yeah.  I would have to look at the

25 exact dates.  So, on October 14th, 2016, a repeat left

| | |
|---|---|
| 1 | L5-S1 transforaminal epidural injection for his low back |
| 2 | and left lower extremity pain.  They did not, I guess, |
| 3 | approve a repeat cervical injection at that point. |
| 4 |     Q.  How was Mr. Darjean doing when you saw him back |
| 5 | March the 23rd, 2017, if we go into the next year? |
| 6 |     A.  Are you asking about when I saw him? |
| 7 |     Q.  Yes.  When you saw him back at your office |
| 8 | either you or your office? |
| 9 |     A.  March 23rd of '17? |
| 10 |     Q.  Yes, sir. |
| 11 |     A.  He did see me on that visit and had gotten 70 |
| 12 | percent relief overall of his left back and leg pain |
| 13 | that continued from the injection in October until about |
| 14 | three weeks before his visit with me.  So, in early |
| 15 | March he began having return of pain and was asking to |
| 16 | have a repeat injection at that point.  And with his |
| 17 | neck and upper extremity pain, because he was getting a |
| 18 | few weeks of pain relief, very good but not long-term |
| 19 | relief with the cervical selective nerve root blocks, at |
| 20 | that time I had previously discussed with him spinal |
| 21 | cord stimulation as a long-term treatment option if the |
| 22 | injections did not provide long-term relief.  And again, |
| 23 | I discussed that with him on that visit ==because of his== |
| 24 | ==ongoing neurologic or neuropathic pain in that left C7== |
| 25 | ==pattern.== |

1  Q. What was your assessment, what did you note as
2  your assessment on that visit?
3  A. Assessment No. 1 was chronic pain related to
4  trauma; No. 2 is left cervical radiculopathy and failed
5  cervical spine surgery syndrome, and then lumbosacral
6  radiculitis in the left L5 pattern.
7  Q. And what does it mean when you note failed back
8  syndrome?
9  A. We see that in patients that have had either
10 back, thoracic or lumbar spine -- either neck, thoracic
11 or lumbar spine surgery where they have ongoing pain
12 despite surgical and fusion or treatment where no other
13 surgery is warranted or available.
14 Q. And I noticed in your records, I don't remember
15 whether it was that visit or some other visits, but you
16 note Mr. Darjean had been to the emergency room several
17 times between your visits for breakthrough pain that
18 wasn't controlled by medication. Can you tell us
19 whether or not that's a medically reasonable type
20 treatment in those circumstances?
21 A. You mean to go to the emergency room?
22 Q. Yes, sir.
23 A. I mean, people go to the emergency room if
24 their pain is out of control and their current
25 medication plan or treatments aren't giving them enough

```
 1   chronic pain signals up into the brain and make that
 2   pattern back to a normal on functional MRI of the brain
 3   look normal again.
 4        Q.   And what were the results of the trial spinal
 5   cord stimulator?
 6        A.   So, he got excellent relief with his
 7   stimulator, he was able to stop medications.  And
 8   because of that, we got him approved to put in the
 9   permanent stimulator system.
10        Q.   And when was the permanent stimulator system
11   done?
12        A.   It was in -- let's see, the trial was in
13   October, October 2nd of '17, and the permanent implant
14   was November 2nd, 2017.
15        Q.   And describe for the jury what else you have to
16   do to implant the permanent or to do this permanent
17   spinal cord stimulator.
18        A.   So, again, the patient is brought to the
19   operating room, prepped, sterilely draped.  Using live
20   x-ray guidance, we'll map out the area where we enter
21   the spinal canal, make an incision that's approximately
22   3 centimeters and open up the back in the upper thoracic
23   spine at the T1 through T2 level and dissect down to the
24   posterior longitudinal ligament and the paraspinal
25   fascia.  And then I place needles into the spinal canal
```

| | |
|---|---|
| 1 | previous.  It shows that his stimulator continues to |
| 2 | control his neck and upper extremity thoracic pain very |
| 3 | well.  He continues to have severe muscle spasm that |
| 4 | requires emergency room visits and IM pain injections |
| 5 | three to four times per month despite us trying multiple |
| 6 | medications for spasms.  And he was encouraged to come |
| 7 | back to us to see if we could help any differently with |
| 8 | the spasms in his low back.  So, at that visit we tried |
| 9 | a different muscle relaxer to see if it would provide |
| 10 | any further relief. |
| 11 | And in his March visit, basically the same, |
| 12 | continuing to have the low back and lower extremity, |
| 13 | cervical spine, still well-controlled with his |
| 14 | stimulator with just some mild upper weakness and |
| 15 | lower -- or ongoing upper and lower extremity weakness |
| 16 | on the left side and spasm in the left low back. |
| 17 | Q.  So, basically he's done somewhat better but |
| 18 | still has problems. |
| 19 | A.  Definitely.  So, his neuropathic pain will be |
| 20 | an ongoing problem in the neck and arm.  His low back |
| 21 | has not been -- he's not been able to really treat that |
| 22 | in an appropriate manner because of limitations through |
| 23 | work comp. |
| 24 | Q.  Doctor, based on your training and experience |
| 25 | as a pain management specialist and your treatment of |