```
 1        A    No, huh-uh.
 2        Q    What's the difference in the healing process
 3   for a spinal cord versus like a muscle strain?
 4        A    Spinal cord is very unforgiving.  It's like
 5   lying to your wife.
 6        Q    Okay.  What does a fusion of five vertebral
 7   bodies do to the pressure above and below the fused
 8   level?
 9        A    So there's a term called adjacent level
10   segment.  It's also applied in engineering.  If you --
11   if you -- if you make something that was naturally a
12   certain way, then you make it stronger than before, and
13   that's what we do when we do surgery, the levels above
14   or below can be affected because now there is -- it's no
15   longer even as far as the -- the amount of force that's
16   on -- on the levels of the vertebral bodies.
17        Q    And -- and what's the problem when you get
18   additional forces above and below that -- that fused
19   segment?
20        A    It stresses the areas that are not fused.
21        Q    Okay.  And what does that stress on those
22   levels do?
23        A    I'm sorry?
24        Q    What does that stress on those levels above
25   and below the --
```