FILED
DALLAS COUNTY
11/9/2018 10:30 AM
FELICIA PITRE
DISTRICT CLERK
Cassandra Walker

**EXHIBIT DAR015**

Cause No. DC-16-07371

| | | |
|---|---|---|
| **JOHN DARJEAN,** Plaintiff, vs. | § § § § | IN THE DISTRICT COURT |
| **DEION SANDERS AND SHILO SANDERS,** Defendants, | § § § § § | |
| **SHILO SANDERS,** Third-Party Plaintiff, vs. | § § § § § § | 160TH JUDICIAL DISTRICT |
| **LEROY McCLURE, Jr. AND FOCUS LEARNING INCORPORATED D/B/A LEARNING ACADEMY / A ACADEMY,** Third-Party Defendants. | § § § § § § § | DALLAS COUNTY, TEXAS |

### SHILO SANDERS' APPEAL OF ASSOCIATE JUDGE'S DECISION DENYING MOTIONS FOR LEAVE TO FILE CLAIMS AGAINST WHITE STAR CONSULTING, LLC

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Defendant/Counter-Plaintiff/Third-Party Plaintiff Shilo Sanders and files this Appeal of Associate Judge's Decision Denying Amended Motion for Leave to File Claims Against White Star Consulting, LLC and would show the Court as follows:

On October 19, 2018, the Honorable Sheryl Day McFarlin conducted the hearing on Shilo Sanders' Motion for Leave to File Third Party Petition Against

White Star Consulting, LLC. At the conclusion of the hearing, the Honorable McFarlin requested additional briefing from Shilo Sanders and Plaintiff John Darjean.

On October 23, 2018, Shilo Sanders filed an Amended Motion for Leave to File Claims against White Star Consulting, LLC. Subsequently, the parties provided briefing to the Honorable Judge McFarlin.

On November 7, 2018, the Honorable McFarlin informed the parties that she was denying the Motion.

Pursuant to Rule 54A.111 of the Texas Government Code, Shilo Sanders appeals Honorable McFarlin's decision denying his Amended Motion for Leave to File Claims Against White Star Consulting, LLC and requests a *de novo* hearing before the Honorable Jim Jordan. The specific issues that will be presented to the Honorable Jim Jordan are *Shilo Sanders' Motion for Leave to File Third-Party Petition Against White Star Consulting, LLC, Shilo Sanders' Amended Motion for Leave to File Claims Against White Star Consulting, LLC,* and Honorable McFarlin's ruling denying the Motions, including *the Order Denying Shilo Sanders' Motions for Leave to File Claims Against White Star Consulting, LLC.*

Respectfully submitted,

**SAUNDERS, WALSH & BEARD**

_/s/ M. Shannon Kackley_

LEWIS L. ISAACKS
Texas Bar #10430300
MARK A. WALSH
Texas Bar #24003135
M. SHANNON KACKLEY
Texas Bar #00790993
CHRISTOPHER M. LOWERY
Texas Bar #24093626
6850 TPC Drive, Suite 210
McKinney, Texas 75070
Telephone: 214/919-3555
Telecopier: 214-615-9019
lewis@saunderswalsh.com
mark@saunderswalsh.com
chris@sanderswalsh.com
shannon@saunderwalsh.com
**Attorneys for Shilo Sanders**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served via electronic filing and electronic mail to all counsel of record in this case on November 9, 2018.

_/s/ M. Shannon Kackley_
M. Shannon Kackley
