Case 23-14859-MER    Doc#:40-17    Filed:01/29/24    Entered:01/29/24 16:16:44    Page 1 of 3

CBS  NCAA FB   HOME  SCORES  SCHEDULE  RANKINGS  ...

CBSSPORTS.COM   247SPORTS   MAXPREPS   SPORTSLINE   SHOP   PLAY GOLF   STUBHUB   ESSENTIALS

Bowl Schedule    College Football Rankings

**EXHIBIT DAR017**

#  Deion Sanders gifted new home in Colorado by sons Shilo, Shedeur, Deion Jr., near university campus

By Cameron Salerno  •  21 hrs ago  •  1 min read



Getty Images

Colorado coach Deion Sanders has a new home thanks to the generosity of his three sons, Shilo, Shedeur and Deion Sanders Jr. The three have given back to their father by buying him a new pad in the Boulder area near the Colorado campus.

"For y'all three just to want to put it together, so you'll make sure I'm straight when y'all gone is unbelievable son," Deion said in a video posted to Deion Jr.'s Well Off Media YouTube account. "It almost provokes a tear. ... my three sons, want to do for this for me, wow. This is awesome."

The elder Sanders bought a house in Longmont, Colorado, last March.

Shilo and Shedeur Sanders are both set to play one final season for their father at Colorado before heading to the 2025 NFL Draft. The elder Sanders signed a five-year contract in December 2022 that will keep him at the school long after his two sons declare for the draft.

**EXHIBIT DAR017 - Page 1**

1/28/24, 1:35 AM  Deion Sanders gifted new home in Colorado by sons Shilo, Shedeur, Deion Jr. near university campus - CBSSports.com

Case 23-14859-MER Doc#:40-17 Filed:01/29/24 Entered:01/29/24 16:16:44 Page2 of 3



CBS  NCAA FB   HOME   SCORES   SCHEDULE   RANKINGS   •••        LOG IN

Shilo, Shedeur, & Deion Sanders Jr. are purchasing Coach Prime a new home in Colorado!

Shilo and Shedeur will be declaring for the 2025 NFL draft after one final season with the Colorado Buffaloes in 2024. They wanted to ensure pops was okay while they are away chasing their NFL… pic.twitter.com/vRrBEko4uY

— NoSkoZone (@noskozone) January 27, 2024

Colorado is coming off a 4-8 record in Year 1 of the Sanders era. The Buffaloes started the 2023 season 3-0 before dropping eight of their final nine games in the final season as a member of the Pac-12. Colorado is set to join the Big 12 in 2024, alongside conference members Arizona, Arizona State and Utah.

**Our Latest College Football Stories**

  **'23 college football coaching carousel, tracker, grades**
BARRETT SALLEE • 14 MIN READ

**EXHIBIT DAR017 - Page 2**

1/28/24, 10:35 AM
Deion Sanders gifted new home in Colorado by sons Shilo, Shedeur, Deion Jr. near university campus - CBSSports.com

Case 1:23-14859-MER Doc#:40-17 Filed:01/29/24 Entered:01/29/24 16:16:44 Page 3 of 3






HOME    SCORES    SCHEDULE    RANKINGS    •••    LOG IN

### Top moments from Harbaugh's tenure at Michigan
DEAN STRAKA • 5 MIN READ

### Timeline of Harbaugh's rollercoaster tenure at Michigan
WILL BACKUS • 8 MIN READ

### Jim Harbaugh leaves Michigan with legendary status
DENNIS DODD • 6 MIN READ

### Michigan promotes Moore to replace Harbaugh
DAVID COBB • 4 MIN READ

**CBS SPORTS DIGITAL**

**CBS SPORTS GOLAZO NETWORK**



      

HELP    ABOUT US    CAREERS    NEWSLETTERS    MOBILE APPS    CLOSED CAPTIONING    PRIVACY POLICY    TERMS OF USE    YOUR PRIVACY CHOICES
CALIFORNIA NOTICE




© 2004-2024 CBS INTERACTIVE. ALL RIGHTS RESERVED.

CBS Sports is a registered trademark of CBS Broadcasting Inc. Commissioner.com is a registered trademark of CBS Interactive Inc.

Images by Getty Images and US Presswire