UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-14859-MER |
| SHILO SANDERS ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

I certify that on February 2, 2024, I served a complete copy of the **RESPONSE TO TRUSTEE'S LIMITED OBJECTION TO CLAIM OF EXEMPTION** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Simon E. Rodriguez, Esq.
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

James Van Horn, Esq.
Barnes & Thornburg LLP
555 12th Street NW
Suite 1200
Washington, D.C. 20004

Alan Sweetbaum, Esq.
Sweetbaum Miller, P.C.
1200 Seventeenth Street
Suite 1250
Denver, CO 80202

Ori Raphael, Esq.
Mathias Raphael PLLC
13101 Preston Road
Suite 501
Dallas, TX 75240

Jeffrey Dayne Carruth, Esq.  **/s/Vicky Martina**
Weycer Kaplan Pulaski & Zuber, P.C.  Vicky Martina
24 Greenway Plaza  Kutner Brinen Dickey Riley PC
Suite 2050
Houston, TX 77046