UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO DION SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

## ORDER

**THIS MATTER** having come before the Court on the **TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE** by David V. Wadsworth, Chapter 7 trustee ("Trustee"), the Court being advised in the premises,

**HEREBY ORDERS** that the Trustee's Motion is GRANTED and the Debtor shall immediately allow the Trustee's Auctioneer access to the Debtor's home/apartment for the sole purpose of inventorying and valuing Debtor's assets, and it is:

**FURTHER ORDERED** that within 10 days, the Debtor provide the Trustee:

A. Titles and/or registrations to all vehicles in which the debtor has an ownership interest.
B. 2023 State and Federal tax returns, if filed, and/or immediately upon filing with tax agencies.
C. An inventory of the jewelry which was originally scheduled on Schedule A/B of the case filing along with all contracts between the Debtor, Debtor's affiliate entities and third parties for the use of such jewelry.

Dated this _____ day of _____, 2024.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE