UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO DION SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF THE TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF ESTATE

### OBJECTION DEADLINE: March 11, 2024

**YOU ARE HERBY NOTIFIED** that the Trustee of the Estate has filed with the Court **TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE**, to wit the Trustee requests that the Court enter its Order directing the Debtor to provide access to the Trustee's Auctioneer to the Debtor's home/apartment to inventory and value Debtor's assets, and to require turnover to the estate the Debtor's 2023 State and Federal Tax returns, if filed, an inventory of the jewelry originally listed on Schedule A/B on the case filing along with the name, telephone and address of the purported owner and any contracts between the Debtor, his entities and third parties which would show the jewelry was to be used for promotional purposes within 10 days from the date of the Order

If you oppose the motion of object to the requested relief your objection and request for a hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to Creditors or other interested parties.

Dated: February 26, 2024

Respectfully Submitted,

*/s/ Simon E. Rodriguez*
Simon E. Rodriguez, #18967
P O Box 36324
Denver, CO 80236
(303) 969-9100

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on February 26, 2024, a true copy of the foregoing **NOTICE OF TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF ESTATE**, was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered an appearance in the above referenced case:

UNITED STATES TRUSTEE
VIA CM/ECF

Shilo Dion Sanders
PO Box 1864
Longmont, CO 805023

Keri Riley, Esq.
VIA CM/ECF

Simon E. Rodriguez


   /S/ Simon E. Rodriguez