UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-14859-MER |
| SHILO SANDERS ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE**

The Debtor, Shilo Sanders ("Debtor"), by and through his attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for entry of an Order extending the time by which he is required to respond to the Trustee's *Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate* ("Turnover Motion") through and including April 1, 2024 as follows:

1. The Debtor filed his Voluntary Petition pursuant to Chapter 7 of the Bankruptcy Code on October 23, 2023 ("Petition Date").

2. David Wadsworth was appointed as the Chapter 7 Trustee ("Trustee").

3. The Debtor has attended his meeting of creditors and is cooperating in all respects with the Chapter 7 Trustee, including turning over non-exempt property, providing extensive documents, and is working to coordinate an inspection of personal property.

4. On February 26, 2024, the Trustee filed the Turnover Motion, seeking to compel the Debtor to conduct a property inspection and turnover certain documents. Responses to the Motion are required to be filed on or before March 11, 2024.

5. Since the filing of the Turnover Motion, the Debtor has continued to cooperate with the Trustee, including providing additional documents and conducting an apartment inspection on March 9, 2024.

6. The Debtor and the Trustee are continuing to discuss the need for additional documents including those previously provided.

7. The Debtor therefore requests an extension of the date by which he is required to respond to the Turnover Motion through and including April 1, 2024.

8. Allowing for an extension of the date by which the Debtor is required to respond to the Turnover Motion will allow for the Debtor and the Trustee to coordinate the continued

exchange of information and for the Trustee to determine what, if any, additional documents he may want to request.

9. Counsel for the Debtor has conferred with counsel for the Trustee, who does not oppose the requested relief.

WHEREFORE, the Debtor respectfully requests the Court make and enter an Order extending the date by which he is required to respond to the Turnover Motion through and including April 1, 2024, and for such further and additional relief as to the court may appear just and proper.

DATED: March 11, 2024 Respectfully submitted,

By: /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com