UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-14859-MER |
| SHILO SANDERS | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE**

THIS MATTER having come before the Court on the Debtor's Unopposed Motion to Extend Time to Respond to the Trustee's Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate ("Motion"), the Court having reviewed the Motion and finding cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED.  The Debtor shall have through and including April 1, 2024 to file a response to the Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate.

Dated March 12, 2024

Honorable Michael E. Romero
United States Bankruptcy Judge