UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 23-14859-MER
SHILO SANDERS )
) Chapter 7
)
Debtor. )

**SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE**

The Debtor, Shilo Sanders ("Debtor"), by and through his attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for entry of an Order further extending the time by which he is required to respond to the Trustee's *Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate* ("Turnover Motion") through and including May 1, 2024 as follows:

1. The Debtor filed his Voluntary Petition pursuant to Chapter 7 of the Bankruptcy Code on October 23, 2023 ("Petition Date").

2. David Wadsworth was appointed as the Chapter 7 Trustee ("Trustee").

3. The Debtor has attended his meeting of creditors and is cooperating in all respects with the Chapter 7 Trustee, including turning over non-exempt property, providing extensive documents, and is working to coordinate an inspection of personal property.

4. On February 26, 2024, the Trustee filed the Turnover Motion, seeking to compel the Debtor to conduct a property inspection and turnover certain documents. The Debtor timely sought an extension of the time in which he was required to respond to the Motion, and such extension was granted through and including April 1, 2024.

5. Since the filing of the Turnover Motion, the Debtor has continued to cooperate with the Trustee, including providing additional documents and conducting an apartment inspection on March 9, 2024. Upon information and belief, the Trustee is still waiting on a full report of the inspection.

6. In addition to providing all of the documents that were initially requested to the Trustee, the Debtor has also supplemented with additional documents that were subsequently requested.

7. The Debtor has recently received an expanded request related to certain information previously provided, and the Debtor is working with the Trustee with respect to the additional requests, including discussing the parameters for providing such additional documents.

8. Given the continued cooperation of the Debtor and the communication with the Trustee, the requests an extension of the date by which he is required to respond to the Turnover Motion through and including May 1, 2024.

9. Allowing for an extension of the date by which the Debtor is required to respond to the Turnover Motion will allow for the Debtor and the Trustee to coordinate the continued exchange of information and for the Trustee to determine what, if any, additional documents he may want to request. The extension may ultimately obviate the need for any litigation over the Turnover Motion, or substantially reduce the scope of any such litigation.

10. Counsel for the Debtor has conferred with counsel for the Trustee, who does not oppose the requested relief.

WHEREFORE, the Debtor respectfully requests the Court make and enter an Order extending the date by which he is required to respond to the Turnover Motion through and including May 1, 2024, and for such further and additional relief as to the Court may appear just and proper.

DATED: April 1, 2024

Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

I certify that on April 1, 2024, I served a complete copy of the foregoing **SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Simon E. Rodriguez, Esq.
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

James Van Horn, Esq.
Barnes & Thornburg LLP
555 12th Street NW
Suite 1200
Washington, D.C. 20004

Alan Sweetbaum, Esq.
Sweetbaum Miller, P.C.
1200 Seventeenth Street
Suite 1250
Denver, CO 80202

Ori Raphael, Esq.
Mathias Raphael PLLC
13101 Preston Road
Suite 501
Dallas, TX 75240

Jeffrey Dayne Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza
Suite 2050
Houston, TX 77046

/s/Vicky Martina
**Vicky Martina**