UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-14859-MER |
| SHILO SANDERS ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE**

THIS MATTER having come before the Court on the Debtor's Second Unopposed Motion to Extend Time to Respond to the Trustee's Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate ("Motion"), the Court having reviewed the Motion and finding cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The Debtor shall have through and including May 1, 2024 to file a response to the Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate.

Dated April 2, 2024.

Honorable Michael E. Romero
United States Bankruptcy Judge