**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | Case No. 23-14859 MER |
| Shilo Dion Sanders, | Chapter 7 |
| Debtor. | |

**ORDER SEALING PLEADINGS**

Until further order of this Court, the clerk shall seal the following pleadings filed in this case:

a. Complaint at ECF No. 39;

b. Complaint at ECF No. 40.

Dated: May 16, 2023.

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court