# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## DENVER DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JOHN DARJEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. Nos. 24-01022-MER; |
| | ) | 24-01023-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF 160TH DISTRICT COURT IN DALLAS COUNTY, TEXAS ORDER IN CASE NO. DC-16-07371 GRANTING DEFENDANT SHILO SANDERS' AMENDED MOTION FOR OTHER APPROPRIATE RELIEF FOR PROTECTIVE ORDER VIOLATIONS

On May 2, 2024, following a Video Hearing on Defendant Shilo Dion Sanders' Motion for (I) a Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order and Status and Scheduling, this Court ordered, in pertinent part: "[T]he parties shall litigate the scope of the State Court Protective Order, as that term is defined in the Motion for Protective Order, in the Texas court that issued it. The parties shall advise this Court as soon as the Texas court makes its determination." Pursuant to that order, Defendant Shilo Dion Sanders hereby notifies the Court that, on May 15, 2024, the 160th District Court in Dallas County, Texas in Cause No. DC-16-07371 (the "State Court") entered an Order Granting Defendant Shilo Sanders' Amended Motion for Other Appropriate Relief for Protective Order Violations (the "State Court Order"), a copy of which is attached hereto as Exhibit A.

Notably, the State Court Order orders that the "Protective Order dated April 16, 2018 remains in effect, except the parties are expressly allowed to retain documents and information

covered by the Protective Order for use solely in connection with the following bankruptcy case: *In re Shilo Dion Sanders,* Case No. 23-14859; and associated Adversary Proceeding Nos. 24-01022 and 24-01023."

| | |
|---|---|
| Dated: May 20, 2024 | **KUTNER BRINEN DICKEY RILEY, P.C.** |
| | */s/ Keri L. Riley*<br>Keri L. Riley, #47605<br>1660 Lincoln Street, Suite 1720<br>Denver, CO 80264<br>Tel: (303) 832-2400<br>Email: klr@kutnerlaw.com |

*- and -*

**BARNES & THORNBURG LLP**

Victor D. Vital (of counsel)
2121 N. Pearl St., Suite 700
Dallas, TX 75201-2469
Tel: (214) 258-4124
Email: Victor.Vital@btlaw.com

*- and –*

James E. Van Horn (of counsel)
555 12th St NW, Suite 1200
Washington, DC 20004
Tel: (202) 371-6351
Email: JVanHorn@btlaw.com

*Attorneys for Defendant Shilo Dion Sanders*

CERTIFICATE OF SERVICE

I certify that on May 21, 2024, I served a complete copy of the foregoing **NOTICE OF 160TH DISTRICT COURT IN DALLAS COUNTY, TEXAS ORDER IN CASE NO. DC-16-07371 GRANTING DEFENDANT SHILO SANDERS' AMENDED MOTION FOR OTHER APPROPRIATE RELIEF FOR PROTECTIVE ORDER VIOLATIONS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Simon E. Rodriguez, Esq.
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

James Van Horn, Esq.
Barnes & Thornburg LLP
555 12th Street NW
Suite 1200
Washington, D.C. 20004

Alan Sweetbaum, Esq.
Sweetbaum Miller, P.C.
1200 Seventeenth Street
Suite 1250
Denver, CO 80202

Ori Raphael, Esq.
Mathias Raphael PLLC
13101 Preston Road
Suite 501
Dallas, TX 75240

Jeffrey Dayne Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza
Suite 2050
Houston, TX 77046

James E. Van Horn, Esq.
Barnes & Thornburg, LLP         **/s/Vicky Martina**
555 12th Street NW              Vicky Martina
Suite 1200
Washington, D.C. 20004