CAUSE NO. DC-16-07371

| | | |
|---|---|---|
| JOHN DARJEAN, | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| v. | § § | 160TH JUDICIAL DISTRICT |
| DEION SANDERS, PILAR SANDERS, and SHILO SANDERS, | § § § § | |
| *Defendants.* | § § | DALLAS COUNTY, TEXAS |

**ORDER GRANTING DEFENDANT SHILO SANDERS' AMENDED MOTION FOR ~~CONTEMPT AND/OR~~ OTHER APPROPRIATE RELIEF FOR PROTECTIVE ORDER VIOLATIONS**

On this day, Defendant Shilo Sanders' Amended Motion for ~~Contempt and/or~~ Other Appropriate Relief for Protective Order Violations ("Amended Motion") came on for consideration, and the Court having considered the pleadings and arguments of counsel, finds that the Amended Motion is well taken and should be granted.

IT IS HEREBY ORDERED that the Amended Motion is GRANTED.

In connection with this ruling, the Court hereby orders that: (a) its Protective Order dated April 16, 2018 remains in effect, except the parties are expressly allowed to retain documents and information covered by the Protective Order for use solely in connection with the following bankruptcy case: *In re Shilo Dion Sanders*, Case No. 23-14859; and associated Adversary Proceeding Nos. 24-01022 and 24-01023; (b) Plaintiff John Darjean ("Darjean") shall rectify and remedy all of his violations of the Protective Order by removing all confidential documents and information, including, but not limited to, depositions and videos of depositions in this matter, covered by the Protective Order, posted by Darjean and any representatives, agents, attorneys, and all other persons acting on behalf of, and/or in active concert or participation with, Darjean, from all social media and internet and/or media platforms; and (c) Darjean and any representatives,

agents, attorneys, and all other persons acting on behalf of, and/or in active concert or participation with, Darjean, are hereby enjoined from disseminating information and documents subject to the Protective Order on or through social media and internet and/or media platforms.

IT IS SO ORDERED.

SIGNED ON _May 15_, 2024.

_[signature]_

HON. AIESHA REDMOND
PRESIDING JUDGE