UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-14859-MER |
| SHILO SANDERS ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**JOINT STATUS REPORT REGARDING TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE**

The Debtor, Shilo Sanders ("Debtor"), and the Chapter 7 Trustee, David Wadsworth ("Trustee"), by and through their undersigned attorneys, provide this Joint Status Report regarding the Trustee's *Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate* ("Turnover Motion") as follows:

1. The Debtor filed his Voluntary Petition pursuant to Chapter 7 of the Bankruptcy Code on October 23, 2023 ("Petition Date").

2. David Wadsworth was appointed as the Chapter 7 Trustee ("Trustee").

3. The Debtor has attended his meeting of creditors and is cooperating in all respects with the Chapter 7 Trustee, including turning over non-exempt property, providing extensive documents, and is working to coordinate an inspection of personal property.

4. On February 26, 2024, the Trustee filed the Turnover Motion, seeking to compel the Debtor to conduct a property inspection and turnover certain documents. The Debtor timely sought an extension of the time in which he was required to respond to the Motion, and such extension was granted through and including May 1, 2024.

5. Since the filing of the Turnover Motion, the Debtor has continued to cooperate with the Trustee. A property inspection was conducted on March 9, 2024, and the Trustee has received a full report detailing the Debtor's assets. The Debtor has also provided a Dropbox with extensive documents requested by the Trustee, including bank statements, information on the Debtor's business and business operations, and documents related to the vehicles discussed at the Debtor's Section 341 Meeting of Creditors.

6. The Trustee is continuing to review documents to determine if any additional documents are needed for the Trustee's administration of the estate. The Debtor and the Trustee will continue to discuss any additional outstanding issues and documents requested by the Trustee.

7. While the Motion remains pending, the Debtor is continuing to provide documents to the Trustee at the Trustee's request, and will continue to do so as the Trustee completes the administration of the estate.

DATED: June 27, 2024　　　　　　　　　　　Respectfully submitted,

By: /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com
*Attorney for the Debtor*

/s/ Simon E. Rodriguez
Simon E. Rodriguez, #18967
P O Box 36324
Denver, CO 80236
(303) 969-9100
*Attorney for the Trustee*

CERTIFICATE OF SERVICE

I certify that on June 27, 2024, I served a complete copy of the foregoing **JOINT STATUS REPORT REGARDING TRUSTEE'S MOTION TO COMPEL COOPERATION OF THE DEBTOR AND FOR TURNOVER OF PROPERTY OF THE ESTATE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Simon E. Rodriguez, Esq.
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

James Van Horn, Esq.
Barnes & Thornburg LLP
555 12th Street NW
Suite 1200
Washington, D.C. 20004

Alan Sweetbaum, Esq.
Sweetbaum Miller, P.C.
1200 Seventeenth Street
Suite 1250
Denver, CO 80202

Ori Raphael, Esq.
Mathias Raphael PLLC
13101 Preston Road
Suite 501
Dallas, TX 75240

Jeffrey Dayne Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza
Suite 2050
Houston, TX 77046

James E. Van Horn, Esq.
Barnes & Thornburg, LLP
555 12th Street NW
Suite 1200
Washington, D.C. 20004

/s/Vicky Martina
**Vicky Martina**