IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO DION SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**TRUSTEE'S APPLICATION TO EMPLOY SHERMAN & HOWARD L.L.C. AS SPECIAL COUNSEL FOR THE TRUSTEE *NUNC PRO TUNC* TO AUGUST 5, 2024**

David V. Wadsworth, the Chapter 7 trustee herein (the "Trustee"), by his attorneys Sherman & Howard L.L.C., applies to this Court for authorization to employ Sherman & Howard L.L.C. ("Sherman & Howard"), as special counsel pursuant to 11 U.S.C. § 327(e), Federal Rule of Bankruptcy Procedure 2014, and L.B.R. 2014-1.  In support of this Application, the Trustee states as follows:

1. On October 23, 2023 (the "Petition Date"), Shilo Dion Sanders (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. On October 23, 2023, the Trustee was appointed and is the duly-appointed chapter 7 trustee of Debtor's bankruptcy estate (the "Estate").

3. The Trustee previously retained the law firm of Simon E. Rodriguez ("SER") in this case. SER will continue to provide general legal representation to the Trustee including, but not limited to, routine investigation, discovery, and litigation matters.  SER is a solo practitioner and does not have the support and depth of a larger firm such as Sherman & Howard.  Accordingly, the Trustee desires to retain Sherman & Howard for more complicated investigation, discovery, and litigation that will require greater bandwidth than can be provided by SER as a solo practitioner.  Sherman & Howard will exercise caution to avoid duplicating the services provided by SER.

4. The Trustee anticipates that disputes may arise in the case in the near future that will require the assistance of Sherman & Howard.  Among other things, the Trustee and SER have investigated: (a) the Debtor's name, image, and likeness contracts ("NILs"); (b) revenue generated by the NILs; (c) whether the Debtor has undisclosed assets and/or sources of revenue; (d) the value of entities in which the Debtor is a member or may claim an interest; (e) the value of any trademarks or other intellectual property the Debtor may have owned as of the Petition Date; and (d) whether there are avoidable prepetition transfers.

59041672.3

5. While the Debtor has provided the Trustee with certain NILs, the Trustee needs to confirm he has received all of the NILs and has full information of the use of revenue generated by the NILs. SER and Debtor's counsel have reached an impasse in their discussions concerning the turnover of this information, as well as other documents and information.

6. For example, SER filed the Trustee's Motion to Compel Cooperation of the Debtor and for Turnover of Property of the Estate filed on February 26, 2024 (Docket No. 43) (the "Turnover Motion"). The Trustee consented to several requests for extension of time for the Debtor to respond to the Turnover Motion, and the Debtor has provided certain documents and information to SER but not everything that has been requested. Recent discussions between SER and Debtor's counsel for additional documents and information have reached an impasse, and the Trustee has determined it is necessary to proceed through Rule 2004.

7. In sum, Sherman & Howard will handle the more complex factual investigation, discovery disputes, and more complicated litigation matters (the "Services") as necessary. SER and Sherman & Howard will coordinate to provide efficient and cost-effective representation for the Trustee.

8. Trustee requests that Sherman & Howard be appointed as his special counsel to perform the Services. Trustee has chosen Sherman & Howard because of its experience in bankruptcy and litigation, including asset recovery.

9. Sherman & Howard is willing to perform such Services on Trustee's behalf and believes its employment would be in the best interests of the Estate.

10. Sherman & Howard will charge the Trustee for fees and expenses incurred in this bankruptcy case at its customary rates. Sherman & Howard anticipates that Peter A. Cal will be the attorney primarily responsible in this case and will be assisted by John Gray. Mr. Cal's current hourly rate is $680 per hour. In this case, Mr. Cal will bill at a discounted rate of $650 per hour. Mr. Gray's hourly rate is $345. The firm currently charges $235-$285 per hour for paralegal services. Where appropriate, Mr. Cal will delegate tasks to attorneys and paralegals who can perform the task more efficiently or at a lower billing rate. Sherman & Howard's rates are subject to periodic change in the ordinary course of business, typically at the end of each calendar year.

11. Sherman & Howard will apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure, and orders of this Court.

12. To the best of Trustee's knowledge based upon the Verified Statement of Peter A. Cal in Support of Trustee's Application to Employ Sherman & Howard, L.L.C. as Special Counsel for the Trustee (attached hereto), Sherman & Howard does not hold or represent an interest adverse to Trustee or the estate in matters upon which Sherman & Howard is to be engaged. Sherman & Howard does not have any connection with Trustee, Debtor, Debtor's creditors, or any other party in interest or their respective attorneys and accountants, the United

States Trustee, or any person employed in the office of the United States Trustee, except as stated in the Verified Statement.

**WHEREFORE**, Trustee respectfully requests that the Court enter an order in the form submitted with this Application authorizing the employment of Sherman & Howard as counsel to Trustee pursuant to 11 U.S.C. § 327(e), and for such other and further relief as the Court deems appropriate.

Dated: August 5, 2024.

Respectfully submitted,

SHERMAN & HOWARD L.L.C.

/s/ Peter A. Cal
Peter A. Cal, Esq., #27779
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Phone: 303 297-2900
Fax: 303 298-0940
E-Mail: pcal@shermanhoward.com

Attorneys for David V. Wadsworth, as the Chapter 7 Trustee

59041672.3

## CERTIFICATE OF SERVICE

   I hereby certify that on August 5, 2024, I electronically filed the foregoing **TRUSTEE'S APPLICATION TO EMPLOY SHERMAN & HOWARD L.L.C. AS SPECIAL COUNSEL FOR THE TRUSTEE** *NUNC PRO TUNC* **TO AUGUST 5, 2024** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Keri L. Riley, Esq.
klr@kutnerlaw.com

James Van Horn, Esq.
Victor D. Vital, Esq.
JVanHorn@btlaw.com
victor.vital@btlaw.com

David V. Wadworth, Esq.
dwadsworth@wgwc-law.com

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Simon E. Rodriguez, Esq.
lawyercolo@aol.com

Ori Raphael, Esq.
ori@mr.law

Alan Sweetbaum, Esq.
asweetbaum@sweetbaumlaw.com

Jeffrey Dayne Carruth, Esq.
jcarruth@wkpz.com

                *s/ Roberta Neal*

59041672.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO DION SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**VERIFIED STATEMENT OF PETER A. CAL IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY SHERMAN & HOWARD L.L.C. AS SPECIAL COUNSEL FOR THE TRUSTEE *NUNC PRO TUNC* TO AUGUST 5, 2024**

I, Peter A. Cal, a member of the firm of Sherman & Howard L.L.C. ("Sherman & Howard"), declare as follows under penalty of perjury:

1. Sherman & Howard L.L.C is engaged in the practice of law and maintains an office at 675 Fifteenth St., Ste. 2300, Denver, Colorado 80202.

2. I am an attorney licensed to practice law in the State of Colorado and am a member of this Court.

3. Sherman & Howard conducted a search in its conflicts system of all creditors identified in the schedules. Sherman & Howard currently is and in the past has been adverse to other creditors in unrelated matters. Sherman & Howard has represented both David V. Wadsworth and Simon E. Rodriguez as chapter 7 trustees in unrelated bankruptcy cases and also has been adverse to David V. Wadsworth and Simon E. Rodirguez as chapter 7 trustees in unrelated bankruptcy cases. Sherman & Howard does not have any other connections with Trustee, Debtor, Debtor's creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

4. Sherman & Howard will charge the Trustee for fees and expenses incurred in this bankruptcy case at its customary rates with the exception of Peter A. Cal, who will charge the Estate a reduced hourly rate. Sherman & Howard anticipates that Peter A. Cal will be the attorney primarily responsible in this case. Mr. Cal's current hourly rate is $680 per hour; in this case, Mr. Cal will charge the Estate $650 per hour. Mr. Cal anticipates being assisted primarily by John Gray. Mr. Gray's hourly rate is $345. The firm currently charges $235-$285 per hour for paralegal services.

5. Sherman & Howard will apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure, and orders of this Court.

59042445.1

Under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

DATED: August 5, 2024.

*s/ Peter A. Cal*
Peter A. Cal

2