IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SHILO DION SANDERS ) | Case No. 23-14859-MER |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY SHERMAN & HOWARD L.L.C. AS SPECIAL COUNSEL FOR THE TRUSTEE *NUNC PRO TUNC* TO AUGUST 5, 2024**

THIS MATTER comes before the Court upon Trustee's Application to Employ Sherman & Howard L.L.C. ("Sherman & Howard") as Special Counsel for the Trustee *Nunc Pro Tunc* to August 5, 2024 (the "Application"). The Court has examined the Application and the Verified Statement of Peter A. Cal in Support of Trustee's Application to Employ Sherman & Howard L.L.C. as Special Counsel for the Trustee *Nunc Pro Tunc* to August 5, 2024.

THE COURT FINDS that Sherman & Howard is disinterested and represents no interest adverse to the estate with respect to matters within the scope of its retention, and Sherman & Howard's employment as special counsel is necessary and in the best interests of the Estate.

IT IS THEREFORE ORDERED that the Application is GRANTED and David V. Wadsworth, Trustee herein, is authorized to employ Sherman & Howard as special counsel for the Trustee *Nunc Pro Tunc* to August 5, 20204, to provide the Services as defined in the Application. All fees and expenses are subject to application to and approval by the Court.

Dated: August 6, 2024.

BY THE COURT:

Michael E. Romero
United States Bankruptcy Court Judge

59042421.1