**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | Case No. 23-14859-MER |
| Shilo Dion Sanders, | Chapter 7 |
| Debtor. | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court will hold an in-person status conference and non-evidentiary hearing on the Motions for 2004 Examinations filed by creditor John Darjean (ECF Nos. 65 & 66).  The hearing will occur on **Thursday, November 7, 2024, at 10:30 a.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado, following the conclusion of oral arguments in *Darjean v. Sanders*, Adv. Pr. No. 24-1022.

The chapter 7 trustee and/or his counsel is required to attend the status conference and should be prepared to update the Court on the status of the case and his investigation of the estate's assets.

Dated: November 4, 2024          BY THE COURT:

_____
Michael E. Romero, Judge
United States Bankruptcy Court