UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO DION SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

**TRUSTEE'S *EX PARTE* MOTION FOR ORDER AUTHORIZING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 (RED POINT FINANCIAL GROUP)**

David V. Wadsworth, Chapter 7 trustee (the "Trustee"), through his undersigned counsel, respectfully moves this Court for an order authorizing Trustee to examine Red Point Financial Group pursuant to Fed. R. Bank. P. 2004, and in support thereof states as follows:

1. Shilo Dion Sanders ("Debtor") filed for relief under Chapter 7 of the Bankruptcy Code on October 23, 2023 (the "Petition Date").

2. David V. Wadsworth is the duly appointed Chapter 7 trustee of the Debtor's bankruptcy estate.

3. The Debtor is a Student/Athlete at the University of Colorado Boulder Campus.

4. On or about July 1, 2021, the National Collegiate Athletic Association ("NCAA") adopted rules and regulations allowing athletes to benefit from their name, image, and likeness ("NIL").

5. The Debtor at his 11 U.S.C. § 341 Meeting of Creditors testified that since his initial enrollment at the University of Colorado he had entered into a number of NIL deals for compensation.

6. He further testified that he is represented by an entity named SMAC Entertainment, Inc. and that the NIL deals were to be performed by the Debtor through an entity named Big 21, LLC.

7. The Debtor further testified that compensation related to the NIL deals were deposited into an account at Wells Fargo, N.A.

8. The Debtor and/or Big 21, LLC, also used the accounting/CPA services of Redpoint Financial Group.

9. The Debtor also claimed that he has an interest in an entity named SS 21, LLC which may hold one or more trademarks.

10. To investigate the assets and financial transactions of the Debtor and claims the estate may hold, if any, Trustee seeks authority under Rule 2004 to obtain documents, whether physically or electronically stored information, and if Trustee determines appropriate, testimony from the following:

      a.    Red Point Financial Group.

11. The Trustee seeks authority to conduct an examination of the Redpoint Financial Group, pursuant to Fed.R.Bankr.P. 2004 in furtherance of Trustee's investigation of the Debtor's acts, conduct or property, the liabilities and financial condition of the Debtor, and to any matter which may affect the administration of the Debtor's estate.

12. In conjunction with the examination of the Parties, the Trustee may compel the production of certain records, pursuant to Fed.R.Bankr.P. 9016, which the Trustee believes are in the Parties' possession.

13. The Trustee requests that this Court authorize the Rule 2004 examination of the Parties. The examination shall be scheduled at a date not earlier than ten (10) days from the date of service of the subpoena upon the Parties pursuant to Fed.R.Bankr.P. 9016, at the offices of SHERMAN AND HOWARD LLC, 675 Fifteenth Street, Suite 2300, Denver, Colorado 80202

WHEREFORE, the Trustee respectfully requests that this Court enter an Order authorizing the Trustee to conduct an examination of the Parties pursuant to Fed. R. Bankr. P. 2004, and for such other and further relief as this Court deems appropriate.

Dated: November 5, 2024.

Respectfully Submitted,

/s/ Simon E. Rodriguez
Simon E. Rodriguez, #18967
P O Box 36324
Denver, CO 80236
E-Mail: lawyercolo@aol.com

and

SHERMAN & HOWARD L.L.C.

/s/ Peter A. Cal
Peter A. Cal, Esq., #27779
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Phone: 303 297-2900
Fax: 303 298-0940
E-Mail: pcal@shermanhoward.com

Attorneys for David V. Wadsworth, as the Chapter 7 Trustee

## CERTIFICATE OF MAILING

      I hereby certify that on November 5, 2024, I electronically filed the foregoing **TRUSTEE'S *EX PARTE* MOTION FOR ORDER AUTHORIZING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 (RED POINT FINANCIAL GROUP)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Keri L. Riley, Esq.<br>klr@kutnerlaw.com | James Van Horn, Esq.<br>Victor D. Vital, Esq.<br>JVanHorn@btlaw.com<br>victor.vital@btlaw.com |
| David V. Wadsworth, Esq.<br>dwadsworth@wgwc-law.com | U.S. Trustee<br>USTPRegion19.DV.ECF@usdoj.gov |
| Simon E. Rodriguez, Esq.<br>lawyercolo@aol.com | Ori Raphael, Esq.<br>ori@mr.law |
| Alan Sweetbaum, Esq.<br>asweetbaum@sweetbaumlaw.com | Jeffrey Dayne Carruth, Esq.<br>jcarruth@wkpz.com |

                *s/ Roberta Neal*