## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| November 7, 2024 | | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|---|
| In re: <br><br> Shilo Dion Sanders <br><br> Debtor. | | Case No. 23-14859 MER <br><br> Chapter 7 |

Appearances:

| | | | |
|---|---|---|---|
| US Trustee | | Counsel | |
| Trustee | | Counsel | Peter Cal |
| Debtor | | Counsel | Keri Riley, Victor Vital |
| Creditor | John Darjean | Counsel | Ori Raphael, Jeff Carruth, Andrew Miller |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings: In-Person Status Conference on Motions for 2004 Examinations filed by John Darjean

Orders:

☒ The parties and the chapter 7 trustee shall confer and file a discovery plan on or before **November 21, 2024**.

☒ The Court will hold the various motions for 2004 examinations (ECF Nos. 65, 66, 68, 69 and 70) in abeyance pending submission of the discovery plan.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: _____
Deputy Clerk