**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

Shilo Dion Sanders

    Debtor.

Case No. 23-14859 MER

Chapter 7

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that the Court will hold a status conference regarding discovery with the Debtor, the Chapter 7 Trustee, and the Plaintiff in the two pending adversary proceedings on **Tuesday, January 14, 2025, at 10:30 a.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. The Chapter 7 Trustee and counsel for the parties must appear in person.

DATED: December 19, 2024

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508