IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO DION SANDERS | ) | Case No. 23-14859-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**

  Pursuant to L.B.R. 9011-4, Peter A. Cal, counsel for David V. Wadsworth, as the Chapter 7 Trustee, submits this Notice of Change of Firm Affiliation and Contact Information.  As of January 1, 2025, Sherman & Howard L.L.C. has merged with and will operate under the name of Taft Stettinius & Hollister LLP.  Counsel's contact information is as follows:

  Peter A. Cal, Esq.
  Taft Stettinius & Hollister LLP
  675 Fifteenth Street, Suite 2300
  Denver, CO 80202
  Telephone:  303-297-2900
  Facsimile:  303-298-0940
  Email: pcal@taftlaw.com

Dated: January 2, 2025.

  Respectfully submitted,

  TAFT STETTINIUS & HOLLISTER LLP

  /s/ Peter A. Cal
  Peter A. Cal, Esq., #27779
  675 Fifteenth Street, Suite 2300
  Denver, Colorado  80202
  Phone:  303 297-2900
  Fax:  303 298-0940
  E-Mail:   pcal@taftlaw.com

  Attorneys for David V. Wadsworth, as the Chapter 7 Trustee

59635527.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January, 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Keri L. Riley, Esq.<br>klr@kutnerlaw.com | James Van Horn, Esq.<br>Victor D. Vital, Esq.<br>JVanHorn@btlaw.com<br>victor.vital@btlaw.com |
| David V. Wadworth, Esq.<br>dwadsworth@wgwc-law.com | U.S. Trustee<br>USTPRegion19.DV.ECF@usdoj.gov |
| Simon E. Rodriguez, Esq.<br>lawyercolo@aol.com | Ori Raphael, Esq.<br>ori@mr.law |
| Alan Sweetbaum, Esq.<br>asweetbaum@sweetbaumlaw.com | Jeffrey Dayne Carruth, Esq.<br>jcarruth@wkpz.com |

s/ Roberta Neal

59635527.1