UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minute Order**

| January 14, 2025 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re: | Case No. 23-14859 MER |
| Shilo Dion Sanders, | Chapter 7 |
| Debtor | |

Appearances:

| Trustee | David Wadsworth | Counsel | Peter Cal |
|---|---|---|---|
| Debtor | | Counsel | Keri Riley, Victor Vital |
| Creditor | | Counsel | Ori Raphael, Jeff Carruth |

Proceedings: In Person Status Conference on Discovery

Orders:

☒ For the reasons stated on the record, the Court DENIED Mr. Darjean's Motions for 2004 Examinations (ECF No. 65 and 66). Mr. Darjean must seek discovery in the pending adversary proceedings.

☒ Mr. Darjean is entitled to participate in any Rule 2004 depositions the Trustee conducts. Mr. Darjean's participation in those depositions will not count towards the deposition limits applicable to the adversary proceedings under L.B.R. 7026-2(b).

BY THE COURT:

Michael E. Romero, Bankruptcy Judge