**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                                         Case No. 23-14859-MER
                                                                   Chapter 7

SHILO DION SANDERS, *Debtor*

MERCEDES-BENZ FINANCIAL SERVICES USA LLC, *Movant*

v.

SHILOH DION SANDERS and
DAVID V. WADSWORTH, Chapter 7 Trustee, *Respondents*

_____

### ORDER ON MOTION FOR RELIEF FROM STAY
_____

      MERCEDES-BENZ FINANCIAL SERVICES USA LLC, Movant, has filed herein a motion for relief from stay

      1.  [X]  to foreclose on and/or take possession and control of property described as follows: 2023 Mercedes-Benz GLE63C4S VIN: 4JGFD8KB8PA893241

      2.  [ ]  to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in: _____.

      3.  [ ]  other: _____.

      The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant, is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property.)   If applicable, the chapter 13 trustee will make no more distributions on Movant's secured claim.

      The Court further orders that the 14-day stay under F.R.B.P. 4001(a)(4) ☐ is/ ☐ is not waived.

Dated:_____  BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
The Honorable Michael E. Romero